IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CATHERINE GRAVITT and TRAVIS GRAVITT, <br><br> Plaintiffs <br><br> v. <br><br> MENTOR WORLWIDE, LLC, a foreign corporation, <br><br> Defendant | Case. No. 1:17-cv-5428 <br><br> JUDGE GARY FEINERMAN |

**PLAINTIFFS' MEMORANDUM OF RECORD REFERENCES TO WHISTLEBLOWERS IN SUPPORT OF MOTION TO COMPEL DOCUMENTS RELATED TO WHISTLEBLOWERS AND MOTION FOR SANCTIONS**

Plaintiffs Catherine Gravitt and Travis Gravitt, in support of their Motion to Compel Documents Related to Whistleblowers and Motion for Sanctions, and in compliance with the Court's Order during the proceedings held July 18, 2019 (transcript 29:21-25), provide the below submission of references to multiple whistleblowers or to whistleblower witnesses other than the Public Citizen whistleblower.

As directed by the Court, the below list of references is limited only to references in the record or in open court.

1

| Date | Document/Event | Reference (emphasis added) |
|---|---|---|
| 01/04/2018 | Plaintiffs' First Request to Produce (Exh. To Doc. 56) | Par. 47-53. All requests were intended to be plural: "any current or former Mentor employee or contractor" |
| 04/29/2018 | Doc. 56 – Plaintiffs' Motion to Compel | Language of pars. 47-53 quoted, repeated |
| 04/29/2018 | Doc. 57-12 – Decl. in Support of Doc. 56, Exh. 11 | Senators Feinstein and Snowe Press Release: "We are writing to express our concern about new allegations made by a former Mentor scientist regarding data on the company's silicone gel breast implants. If true, it raises serious concerns about the accuracy of the data your agency is using to consider final approval for these implants. *We have written previously to express our concerns about allegations from another former Mentor employee*." |
| 08/23/2018 | Doc. 90 – Hearing transcript | 4:5-7: "It is impossible that Mentor did not believe or understand that *whistleblowers* might be material *witnesses* some day." |
| 02/14/2019 | Doc. 108 – Plaintiffs' Motion to Compel 20(b)(6) Witnesses[1] | P.2: "Requests 47 through 53 address whistleblower issues including the identification of *witnesses*, documents reflecting *employees or contractors* who disclosed…" P.3: "The last request, Request 53, sought documents through which any current or former Mentor whistleblower disclosed…" |
| 02/14/2019 | D 109-1: August 23, 2018 Hearing Transcript[1] | (Doc. 90 above) |
| 02/14/2019 | D 109-4: Notice of 30(b)(6) Deposition Regarding Whistleblower Document Production | P.4: "Mentor's Document Retention Policies and Procedures … Mentor employee or consultant internal complaints …" (repeated 4 times) |
| 02/14/2019 | Doc. 109-6 – Composite Exhibit of Counsel Emails | P.57: [Defense counsel in objection to scope of notice] "I could see the topic of the retention of files related to the specific letter to the FDA or 'complaints regarding testing or safety' as it relates to this incident or his personnel file …. But the following are not related…" P.65 [Plaintiffs' counsel in support of scope of notice] "Mentor has had multiple whistleblowers/employees *who* have information and communications related to the rates of rupture and gel bleed disclosed to the company…" |

---

[1] Document nos. 108 and 109 were filed with the Court but were withdrawn following what appeared at the time to be eleventh-hour compliance.

| | | |
|---|---|---|
| | | "Subtopic 4 goes directly to… retention of the personnel files. If it is your position that these employees were all fired and not truthful with regards to their statements about gel bleed and rupture, their personnel files become relevant…" <br><br> "The seven RTPs deal with exactly that list – all documents through which any current or former Mentor employer (sic) or contractor purported to disclose or report to anyone…" |
| 05/13/2019 | Doc.123 – Amended Notice of 30(b)(6) Deposition Regarding Whistleblower Document Production | P.4: "Mentor's Document Retention Policies and Procedures … Mentor employee or consultant internal complaints …" (repeated 4 times) |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via electronic mail to Defendant's counsel of record at sherry.knutson@tuckerellis.com, Dustin.Rawlin@tuckerellis.com, and brittany.weiss@tuckerellis.com on July 25, 2019.

|  |  |
|---|---|
| Jennifer Lenze, Esq. <br> California Bar No.: 246858 <br> Lenze Lawyers, PLC <br> 1300 Highland Avenue, Suite 207 <br> Manhattan Beach, CA 90266 <br> 310-322-8800 <br> jlenze@lenzelawyers.com <br><br> Lowell Finson,Esq. <br> California Bar No.: 275586 <br> The Finson Law Firm <br> 126 Westwind Mall <br> Marina del Rey, CA 90292 <br> 602-377-2903 <br> lowell@finsonlawfirm.com | **DOGALI LAW GROUP, P.A.** <br><br>   /s/ Andy Dogali <br> Fla. Bar No.: 0615862 <br> Barbara Uberoi <br> Fla. Bar No.: 145408 <br> 401 East Jackson Street, Suite 1825 <br> Tampa, FL 33602 <br> 813-289-0700 <br> adogali@dogalilaw.com <br> buberoi@dogalilaw.com <br><br> *Attorneys for Plaintiffs* <br> *Catherine and Travis Gravitt* |

3