# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Catherine Gravitt, et al.

                       Plaintiff,

v.                                            Case No.: 1:17–cv–05428

                                                     Honorable Gary Feinerman

Mentor Worldwide, LLC

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion to seal document [213] is granted. Plaintiffs may file under seal the designated materials, so long as they publicly file a redacted version of those materials. Motion hearing set for 11/5/2020 [215] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.