Gravitt v. Mentor Worldwide LLC

Case No. 1:17-cv-5428

# Exhibit "14"

# Expert Report

## Report on Statistical and Epidemiological Evidence in the MemoryGel Litigation

**Prepared by:**

**Robert D. Gibbons**
**Blum-Riese Professor**
**University of Chicago**

**March 29, 2022**

**CONTENTS**

| Section | Contents | Page |
|---------|----------|------|
| **PART A: INTRODUCTION** | | |
| 1. | Overview | 4 |
| 2. | Summary of Qualifications | 5 |
| 3. | List of Issues Considered | 7 |
| 4. | Executive Summary | 7 |
| **PART B: FACTUAL AND SCIENTIFIC BACKGROUND** | | |
| 5. | Statistics | 8 |
| | 5.1 Explanation of statistics and key concepts and methods used in statistical analysis | 8 |
| | 5.2 Causation vs. association | 10 |
| | 5.2.1 causation in statistics | 10 |
| | 5.3 Common statistical terms used in this report | 12 |
| 6. | Explanation of Epidemiology Concepts and Methods Relevant to My Analysis | 13 |
| 7. | Overview of MemoryGel Implants | 14 |
| **PART C: OPINION** | | |
| 8. | Review of Product Labeling | 15 |
| 9. | Analysis of available evidence | 17 |
| | 9.1 Adjunct Study | 17 |
| | 9.2 Core Study | 19 |
| | 9.3 PAS Study | 20 |
| | 9.4 Sharpe and Collis Study | 22 |
| | 9.5 U.S. Rupture Rates | 23 |
| | 9.6 Danish Study (Holmich, 2003) | 24 |
| | 9.7 Reanalysis of Core Study Data | 24 |
| | 9.8 Longer Term Rupture Risk | 26 |
| | 9.9 Safety | 27 |
| | 9.10 Additional Product Labeling | 29 |

| 10. | Opinions | 31 |

**Appendices**

Appendix 1 – List of materials considered
Appendix 2 – Curriculum Vitae
Appendix 3 – List of expert testimony from the past four years

**PART A: INTRODUCTION**

**1.    OVERVIEW**

1.    I have prepared this report at the request of Nelson Mullins, the attorneys for
      Mentor Worldwide LLC, in connection with litigation involving ruptures of
      MemoryGel breast implants.

2.    I confirm that as an independent expert I understand that my duty is to the Court.
      I have complied with and will continue to comply with that duty.

3.    I confirm that I have made clear which facts and matters referred to in this report
      are within my own knowledge and which are not. Those that are within my own
      knowledge I confirm to be true. The opinions I have expressed represent my true
      and complete professional opinions on the matters to which they refer.   My
      opinions are based on my education, training, and professional experience in the
      fields of statistics and epidemiology, and my review of the materials listed in
      Appendix 1.   My opinions are expressed to a reasonable degree of scientific
      certainty.

4.    My curriculum vitae is attached as Appendix 2.  A list of the matters in which I
      testified at deposition or trial during the past four years is attached as Appendix 3.
      I am being compensated for my work on this matter at a rate of $850 per hour for
      literature review, telephone or in-person conferences and report preparation, and
      $1,000 per hour for deposition or court testimony.

5.    I reserve the right to add or amend my opinions if new information or articles
      become available, to respond to Plaintiffs' experts, and to use graphics and
      demonstratives to explain and illustrate material discussed in this report.

## 2. SUMMARY OF QUALIFICATIONS

6.     I am the Blum-Riese Professor of Biostatistics and Pritzker Scholar at the University of Chicago. I have appointments at the rank of Professor in the Departments of Public Health Sciences, Medicine, Psychiatry, and Comparative Human Development, and I am the Director of the Center for Health Statistics at the University of Chicago. I am a founding member of the Committee on Quantitative Methods in Social, Behavioral, and Health Sciences. I am a Fellow of the American Statistical Association, a fellow of the International Statistical Institute, and a fellow of the Royal Statistical Society. I am a two-time recipient of the American Statistical Association's Youden Award for statistical contributions to the field of Chemistry (2001 and 2006), and I received the 2009 Outstanding Statistical Application Award for the development of new and innovative statistical approaches to drug safety and for clarifying the relationship between antidepressant pharmacotherapy and suicide. I have received the Harvard Award for lifetime contributions to the fields of Psychiatric Epidemiology and Biostatistics, and I have received the Rema Lapouse Award from the American Public Health Association for lifetime contributions to the fields of Psychiatric Epidemiology and Biostatistics. I have received the Long-Term Excellence Award in Health Policy Statistics from the American Statistical Association, and I have received the distinguished achievement award from the Environmental Statistics Section of the American Statistical Association. I am the founding member of the Mental Health Statistics Section of the American Statistical Association. I am an elected member of the National Academy of Medicine (NAM) of the National Academy of Sciences (NAS), and served for six years on the NAM Board on Health Sciences Policy.

7.     I am the author of over 350 peer-reviewed scientific papers and seven books, a large number of which are on the interface between statistical theory and practice. Two of these books are considered foundational in the area of environmental statistics (*Statistical Methods for Groundwater Monitoring* (1st edition 1994, 2nd edition 2009) and *Statistical Methods for Detection and Quantification of Environmental Contamination* (2001) with David Coleman, both published by John Wiley & Sons). The 2001 book received the distinction of being in the top 5 books for statisticians from the American Statistical Association. My book with Don Hedeker, *Longitudinal Data Analysis*, also published by John Wiley & Sons and soon to be in its 2nd edition, presents a comprehensive overview of methods for the analysis of longitudinal data. My book entitled *Statistical Methods for Drug Safety*, published by Chapman & Hall, is the premier book in the field of statistics in drug safety and pharmacoepidemiology.

8.     I have served as a member of the NAM Committee on the safety of the drug Halcion and developed the statistical methodology used to show that Halcion had comparable efficacy and safety to the other drugs in its class. I also served on the NAM Committee on U.S. Drug Safety, which recommended major changes in the way in which the Food and Drug Administration ("FDA") evaluates safety and post-marketing surveillance of pharmaceuticals. These recommendations have

been adopted by Congress and have been implemented at FDA. I personally wrote the recommendation that led to the creation of the new FDA Sentinel Network that is using large-scale medical records and claims data to evaluate post-marketing drug surveillance and was a founding member of its Scientific Advisory board. I also served on the FDA Scientific Advisory Committee on Suicide and Antidepressants in Children. I am the primary author of the chapter on post-marketing drug surveillance in the 2010 *Annual Review of Public Health*.

9. I have extensive experience in the design and analysis of both Randomized Clinical Trials (RCTs) and observational studies. As an example, I have re-analyzed all of the placebo controlled RCT data on the safety and efficacy of fluoxetine, venlafaxine, and varenicline and published the results of these analyses in the leading psychiatric journals (*JAMA Psychiatry* and the *American Journal of Psychiatry*). I also directed the statistical core for one of a handful of Centers for Education and Research on Therapeutics (CERT) funded by the Agency for Healthcare Research and Quality. In addition, I have been a member of several data safety monitoring boards for large-scale multicenter RCTs. With respect to observational studies and pharmacoepidemiologic studies in particular, I have worked with the US Department of Veterans Affairs (VA) in an observational study of 226,000 veterans with new episodes of depression, which demonstrated protective effects of antidepressants in terms of suicide attempt rates both between individuals who took and did not take antidepressants and within individuals during periods in which they were and were not exposed to antidepressants. I have also studied the relationship between antiepileptic drugs (AEDs) and suicide in a cohort of 50,000 patients with bipolar disease, who are at the highest risk of suicide among AED consumers, and a cohort of 130,000 patients taking the AED gabapentin (Neurontin) for a variety of indications. In addition, I have studied the safety of the anti-smoking drug Chantix, which in part led to removal of the drug's black box warning by the US FDA. The results of all of these observational studies were published in leading journals. Moreover, I am currently involved with the Veterans Administration in a large-scale analysis of the potential protective effect of vitamin D on COVID-19 infection.

10. I received my doctorate in statistics and psychometrics from the University of Chicago in 1981. I mentored numerous doctoral students at the University of Illinois at Chicago, where I was a Professor from 1981-2010. In 2010, I joined the faculty of the University of Chicago, where I am the Blum-Riese Professor of Biostatistics and teach the advanced *Statistical Applications* course that is offered in the departments of Statistics and Public Health Sciences (Biostatistics). I continue to mentor several doctoral students in a variety of departments across the University of Chicago.

11. My CV, which includes all of my publications in the last 10 years and prior, is attached as Appendix 2 to this expert report. A list of matters in which I have testified as an expert in the past four years is attached as Appendix 3.

### 3. LIST OF ISSUES CONSIDERED

12. I have been asked by Mentor's counsel, to provide opinions on the following issues:

    a) To review the product labeling in terms of relevant information available regarding the likelihood of a MemoryGel breast implant rupturing over time.

    b) The disclosures related to the risk of rupture of MemoryGel breast implants made in the 2009 Patient Labeling and Product Insert Data Sheets (PIDS) as they relate to the available scientific literature and evidence from Mentor studies during these periods.

    c) In particular, I have been asked to focus on the Patient labeling and PIDS from 2009 (the year of implant in this case) related to risk of rupture.

### 4. EXECUTIVE SUMMARY

13. In this report I have considered the materials listed in Appendix 1 and have applied well-accepted statistical and epidemiological principles and methods to reach my conclusions.

14. In my opinion and for the reasons more fully set out below:

    a) The available evidence from the literature and Mentor studies is accurately reflected in the 2009 labeling:

        i) The 2009 patient labeling accurately reflected the risk of rupture.

        ii) The relevant PIDS accurately reflected the risk of rupture.

        iii) Updates to product labeling as longer-term data became available accurately reflected the scientific data.

15. My opinions are expressed to a reasonable degree of scientific certainty.

## PART B: FACTUAL AND SCIENTIFIC BACKGROUND[1]

## 5.    STATISTICS

### 5.1    Explanation of statistics and key concepts and methods used in statistical analysis

16.    *Statistics* is a field of science concerned with the *testing of hypotheses*, *estimation* of summary measures such as the *mean* value (e.g., the *average* value in the case of a *normal* distribution) or the strength of *association* between two or more variables, and the characterization of *uncertainty*.

17.    For example, we may be interested in comparing rupture rates between a new breast implant technology (treated, e.g., textured silicone) and the existing technology (control, e.g., saline). To this end, we might conduct a *randomized clinical trial* (RCT) in which patients receiving breast implants are randomly assigned to the new or existing breast implant device, perhaps in equal numbers and without their knowledge of which treatment they have received (i.e., *blinded*), and then repeatedly evaluated in terms of rupture rates (evaluated by MRI) over time.

18.    At the end of the trial, we are interested in estimating the rupture rates, separately for treated and control patients. This is an example of statistical estimation.

19.    Since these observed rupture rates are estimates of the *population rate* values, we must also characterize our uncertainty in the true population values. To do this we can compute the *standard error* of the estimate, which is a statistical estimate of the uncertainty and/or the *confidence interval*. The confidence interval allows us to construct an upper and lower bound for plausible values of the statistic of interest. The interpretation of the confidence interval is that had we repeated the experiment multiple times, 95% of the time the true population rate would lie within the computed confidence interval. This does not mean that the true population value lies within the confidence interval for any single experiment with the given level of confidence. As the *sample size* (i.e., number of subjects) increases, all other things being equal, the confidence interval decreases in width. As the sample from the population goes to infinity, the confidence interval has no width and is simply the population rate or the point estimate of the statistic of interest.

20.    To this point we have estimated the rate at the end of the study for the two groups (treated and control patients) and have characterized our uncertainty in these two estimated values. At this point we are interested in testing the *null hypothesis* (i.e., the hypothesis of no difference) to determine if our experiment has provided evidence that the rupture rate for the treatment patients is significantly different

---

[1] A glossary of the key terms contained in this report relating to statistics, epidemiology and clinical trials is appended to this report as Appendix 3.

from what was observed for the patients that were randomized to the control condition.

21.    Our null hypothesis is that the treated and control rupture rates at the end of the study are identical.  We may reject that null hypothesis in favor of one of two *alternative hypotheses*:

    i)    the treated subjects have a lower rupture rate following treatment than the controls, or
    ii)   the treated subjects have a higher rupture rate following treatment than the controls.

22.    In many cases our hypothesis is "*one-sided*" in that we are only interested in determining if the new treatment is better than the control. However, there are cases where both alternative hypotheses are of interest, leading to a "*two-sided*" test.  In either case, we use statistical methods to test the null hypothesis of no difference between the treated and control subjects, and if the probability of the null hypothesis is less than a pre-specified value (typically 0.05 or a 5% chance that we are wrong), then we reject the null hypothesis of no difference between the treated and control conditions (in terms of rupture rates at the end of treatment).  We then conclude that the treatment has an effect on rupture rates (relative to the placebo control condition) that is beyond what we would expect by chance alone assuming the experiment was well designed and controlled and the randomization effective at balancing the distribution of observed and unobserved potential confounders between the two treatment groups.

23.    Again, as the sample size (i.e., number of subjects randomized to each condition) increases, we are able to reject the null hypothesis of no difference between treated and control conditions for smaller differences in the rupture rates, all else being equal.  From this description it should be clear that the concepts of confidence intervals and hypothesis testing are closely related.

24.    The American Statistical Association's informal definition of a "p-value" is "the probability under a specified statistical model that a statistical summary of the data (e.g., the sample mean difference between two compared groups) would be equal to or more extreme than its observed value." (Wasserstein & Lazar, 2016).  It is important to note that rejecting the null hypothesis because p<0.05 does not prove that the studied hypothesis is true, nor does the failure to reject the null hypothesis prove that the data were produced by random chance.  Rather, it is simply a statement about the observed data in relation to a specified hypothetical explanation, based on the application of a particular statistical model with a specified set of assumptions, a particular experimental design, and a particular measurement process for the outcomes of interest.  Even under perfect conditions, the magnitude of the p-value tells us nothing about the magnitude of the effect of interest.  For that we require point estimates of the effect of interest (e.g., mean difference) and a confidence interval surrounding the point estimate to describe the range of plausible values.  Of course, there are a similar set of assumptions

9

and conditions that can impact the validity of point estimates and confidence intervals as well. Conducting multiple analyses of the data and only reporting those that are significant will, of course, yield uninterpretable p-values. Even if multiple analyses are not performed, to the extent that the investigators made a selection out of multiple "potential" alternatives, it impacts the validity of inferences based on p-values (Gelman, 2016).

25. Ultimately, testing hypotheses is about good statistical practice that involves good study design, careful statistical modeling, complete reporting of what analyses were conducted, hypothesis testing in combination with estimation of the magnitude of the effect of interest and uncertainty in that estimated effect size. Reliance on any one of these elements in isolation can and will lead to faulty conclusions.

## 5.2  Causation vs. association

### 5.2.1 Causation in statistics

26. *Causality* is the philosophically difficult notion of the relationship between an *explanatory variable* and a response. In general, the cause must in some sense be prior to the response and all alternative explanations of the statistical independence of the explanatory variable (e.g., a treatment) must be excluded. In the purest sense, causality is never fully achievable because it would mandate having treated and controlled conditions observed in the same subjects at the same time. This is known as a "*counterfactual*" and of course is never fully attainable.

27. In general, causal inferences are based on a consensus of information obtained from a variety of different sources that ensure that the inference is both valid and *generalizable*. RCTs are in many ways the gold standard for deriving causal inferences because given a sufficient sample size, systematic differences between treated and control groups are eliminated (i.e., each subject has a pre-specified (often equal) probability of being given the treatment or the control therapy). In *observational studies* (e.g., epidemiologic *cohort* or *case control* studies) that are not based on randomization, unobserved differences between subjects that do or do not receive the treatment of interest may still remain. This can lead to biased estimates of the treatment effect of interest and compromise our ability to derive a causal inference.

28. A classic example is the comparison of mortality between pipe smokers and cigarette smokers described by Cochran (1968). Early epidemiologic study of these relationships revealed that pipe smoking was associated with a higher incidence of mortality than cigarette smoking. However, a more careful analysis revealed that on average, pipe smokers were older than cigarette smokers and as a consequence had higher overall mortality rates. When the data were *stratified* by age (i.e. analyzed within individual age cohorts) the mortality risk associated with cigarette smoking was significantly higher than the risk associated with pipe

smoking within every age cohort. Had this been an RCT and subjects were randomly assigned to be pipe or cigarette smokers, the randomization would have balanced the age distributions between the two groups and the bias would have therefore been eliminated. For this reason, inferences based on RCTs are often granted causal status whereas epidemiologic inferences are described as associations.

29. Pharmacovigilance studies involve spontaneous reports of adverse events (e.g., breast implant ruptures) that are collected as a part of the experience of patients that took a particular drug or used a particular device, such as a breast implant. Typically, these reports are submitted by the patient, physician, or the pharmaceutical company that manufactures the drug or device to a regulatory agency (e.g., the MedWatch program at the U.S. FDA). They can also be submitted by lawyers in support of litigation. This is a passive system in that reporting is generally voluntary.

30. Pharmacovigilance studies are plagued with problems which limit statistically valid inferences that can be derived from them (see IOM report on Drug Safety (2007) and Gibbons and Amatya (2015)). Problems include:

   a) confounding by indication, i.e., patients taking a particular drug may have a disease that is itself associated with a higher incidence of the adverse event (e.g., antidepressants, depression, and suicide);
   b) *systematic underreporting*, which may vary from drug to drug producing the appearance of increased risk of one particular drug versus another;
   c) questionable representativeness of patients;
   d) effects of media publicity and litigation on numbers of reports;
   e) extreme *duplication of reports*;
   f) attribution of the event to a single drug when patients may be exposed to multiple drugs; and
   g) failure to account for the *population at risk* (number of patients that are actually treated with each drug).

31. In the present case, spontaneous reports of breast implant ruptures do not support causal inferences for several reasons. First, they are not verified, so many reports may simply reflect the suspicion of a rupture. Surgical or MRI confirmation of a rupture is required to draw causal inferences and accurately estimate incidence rates and there is no such requirement for spontaneous reports of ruptures. Second, the duplication of reports can lead to biased estimates of the incidence of ruptures. Third, limited data are generally available on the timing of the rupture so they will not provide estimates of the likelihood of a rupture over time from implantation. Fourth, stimulated reporting from media attention can inflate rates of incidence, particularly in the absence of a requirement that they be confirmed. As such, spontaneous reports do not support causal inferences.

### 5.3 Common statistical terms used in this report

32.  Related statistical terms that will be discussed in further detail in the report are defined here:

- **Normal Distribution** – A bell-shaped statistical distribution where the mean and variance are independent.
- **Variance** – A measure of spread of the distribution, that is how far each number in the set is from the mean or average value.
- **Standard Deviation** – A measure of dispersion of a sample of data from a population. It is the square root of the sample variance. The larger the standard deviation, the larger the deviations of the individual values from the average value (mean).
- **Kaplan-Meier Estimator** – A nonparametric statistical method that examines the time to event distribution. In the present context, we can use this method to study the time to breast implant rupture incorporating study drop-outs directly into the analysis.
- **Cox Regression Model** – A regression model for time-to-event outcomes (e.g., death) that extends the Kaplan-Meier estimator to the case of a mixture of discrete and continuous explanatory variables. The result of the analysis is a hazard ratio (HR), which describes the increase in risk associated with a unit increase in the explanatory variable on the risk of the outcome. The model is sometimes referred to as a proportional hazards regression model, because it assumes that the effect(s) of the explanatory variable(s) are constant over time.
- **Hazard Ratio** – The ratio of hazard rates corresponding to two levels of an explanatory variable. The hazard rate is the rate at which the event (outcome, for example death) occurs. For a binary variable, it is the ratio of the hazard rates for the level coded as 1 versus 0. For a continuous variable, it is the change in the hazard rate for a unit increase in the explanatory variable. Conceptually, the hazard ratio is similar to a relative risk; however, it incorporates the time-specific population at risk, which changes due to censoring (e.g., patient drop-out).
- **Meta-Analysis** – A form of research synthesis that combines effect sizes (standardized mean differences, ORs, RRs or HRs) across a number of studies. There are random-effect and fixed-effect meta-analysis models. The fixed-effect models assume that there is a common treatment effect across all studies, whereas the random-effect model allows for treatment heterogeneity across the studies. The classical fixed-effect model is the Mantel-Haenszel test and the classical random-effect model is the DerSimonian and Laird model. More recently, mixed-effects regression models have been developed for meta-analysis and have many advantages over the classical approaches.

6. **EXPLANATION OF EPIDEMIOLOGY CONCEPTS AND METHODS RELEVANT TO MY ANALYSIS**

33. While the description of the field of epidemiology and associated key concepts and methods is well beyond the scope of this overview, some relevant concepts are important to keep in mind. First, epidemiologic studies are typically observational in nature and do not have the benefits of *randomization*. As a consequence, it is difficult if not impossible to rule out *bias* in results that are produced by differences in other characteristics of subjects who do and do not obtain the treatment of interest (i.e., confounders). Some of the more common types of bias and confounders in observational studies include:

   a) **Recall Bias:** Occurs when subjects do not remember previous events or experiences accurately or omit details.

   b) **Surveillance Bias:** Occurs when one group of subjects is more likely to have the study outcome detected because it receives increased surveillance (e.g., more likely to undergo medical examination/testing).

   c) **Misclassification Bias:** Occurs when one group of subjects is assigned to an incorrect category, altering the study outcome.

   d) **Interviewer Bias:** A distortion of response related to the person questioning the subjects (e.g., interviewers' expectations or opinions may interfere with their objectivity, or interviewees may react differently to interviewers' personalities or social backgrounds).

   e) **Publication Bias:** Occurs if scientific studies with negative or null results fail to get published. This can happen due to bias in submitting, reviewing, accepting, publishing, or aggregating scientific literature that fails to show positive results on a particular topic.

   f) **Protopathic Bias:** Occurs when a drug is initiated in response to a symptom of an undiagnosed disease. Protopathic bias is also referred to as reverse causality.

   g) **Confounding by Indication:** Occurs when a drug is used to treat a condition that is an independent risk factor for the outcome of interest.

   h) **Residual Confounding:** Distortion that remains after attempting to control for confounding in an epidemiologic study.

34. There are several types of epidemiologic studies, but the two major categories are cohort studies and case control studies. Cohort studies define a population of interest (e.g., factory workers) and examine the relationship between an exposure (e.g., asbestos) and an outcome (e.g., cancer). Statistically, our goal is to compare subjects with and without the exposure in terms of the rates of the outcome. In general, potential confounders of the exposure-outcome relationship are either controlled by *matching* and/or *statistical adjustment*. It is important to

note, however, that matching, and adjustment are based on observed confounders only, and residual confounding may remain based on unmeasured confounders.

35. By contrast, in case-control studies, cases are individuals who experience the outcome of interest (e.g., cancer) and the controls are otherwise similar individuals who do not experience the outcome. The statistical comparison now involves a comparison of exposures between the cases and controls (i.e., the opposite as in a cohort study). A limitation of the case control study is that we often do not achieve good balance between cases and controls in terms of potential confounders.

36. As can be seen in their descriptions, these sources of bias confound between group comparisons of outcomes (e.g., rupture rates). However, in the current case our interest is in computing the rupture rate and some measure of uncertainty (e.g., a confidence interval) and comparing that statistical estimate to published rupture rates in the product labeling. As such these sources of epidemiologic bias play a much smaller role in the current matter.

## 7. OVERVIEW OF MEMORYGEL BREAST IMPLANTS – from product labeling

37. MemoryGel breast implants were approved for breast augmentation and reconstruction in 2006. Mentor MemoryGel Silicone Gel-Filled Breast Implants and Mentor MemoryGel Xtra Silicone Gel-Filled Breast Implants are devices with shells constructed from silicone elastomer. The shell is filled with MemoryGel, Mentor's proprietary formulation of silicone gel. The shell is constructed of successive cross-linked layers of silicone elastomer, which give the prosthesis its elasticity and integrity.

38. There are two styles of shell: smooth and textured. Mentor MemoryGel Breast Implants are available with a smooth or Siltex textured shell. Mentor MemoryGel Xtra Breast Implants are available in a smooth shell only. In general, Mentor MemoryGel Xtra Breast Implants have a higher fill than Mentor MemoryGel Breast Implants. All implants, MemoryGel and MemoryGel Xtra, are provided sterile.

39. Mentor MemoryGel Silicone Gel-Filled Breast Implants and Mentor MemoryGel Xtra Silicone Gel-Filled Breast Implants are indicated for females for the following uses (procedures):

   a) Breast augmentation for women at least 22 years old. Breast augmentation includes primary breast augmentation to increase the breast size, as well as revision surgery to correct or improve the result of a primary breast augmentation surgery.

   b) Breast Reconstruction. Breast reconstruction includes primary reconstruction to replace breast tissue that has been removed due to cancer or trauma or that has failed to develop properly due to a severe breast abnormality. Breast

14

reconstruction also includes revision surgery to correct or improve the results of a primary breast reconstruction surgery.

40. Rupture – Rupture of a silicone gel-filled breast implant is most often silent (i.e., there are no symptoms experienced by the patient and no physical sign of changes with the implant) rather than symptomatic. The following six-step process is recommended for screening for silent rupture:

   a) Patient self-examination;

   b) New symptom or sign suspected;

   c) Physician physical examination, related to a periodic review or new symptoms and signs, suggests findings that warrant further investigation;

   d) Ultrasound, mammogram, or both of the implant and the breast involved should be acquired;

   e) MRI if ultrasound is inconclusive. The MRI should be performed at a center with a breast coil, with a magnet of at least 1.5 Tesla. The MRI should be read by a radiologist who is familiar with looking for implant rupture; and

   f) If signs of rupture are seen on ultrasound, mammogram and/or MRI, then you should advise your patient to have her implant removed. You should provide her with a list of MRI facilities in her area that have at least a 1.5 Tesla magnet, a dedicated breast coil, and a radiologist experienced with looking for signs of rupture on breast implant MRI films.

41. Explantation – Implants are not considered lifetime devices, and patients likely will undergo implant removal(s), with or without replacement, over the course of their life. When implants are explanted without replacement, changes to the patient's breasts may be irreversible. Complication rates are higher following revision surgery (removal with replacement).

## PART C: OPINION

## 8. DISCUSSION OF RUPTURE IN RELEVANT PRODUCT LABELING

42. The relevant product labeling in this case are the 2009 Patient Labeling and the 2001 and 2006 PIDS. The 2009 patient labeling is relevant in this case because it is provides guidance to patients on the risk of rupture at the time of the implantation in this matter. The PIDS from 2001 and 2006 are relevant to the manufacture dates of the two implants in this case.

43. The 2009 patient labeling provides the following information regarding the risk of rupture.

a)  MRI is recommended at 3 years and then every 2 years thereafter.

b)  The risk of MRI confirmed rupture in the Core study for primary-augmentation was 0.5% through 3 years. This is relevant to the short-term risk that a patient being implanted in 2009 (as is the case in this matter) would experience.

c)  The risk of MRI confirmed rupture in the Core study for revision-augmentation was 7.7% after 3 years.

d)  Longer-term risk is also provided in the patient labeling, based on a study conducted by Sharpe and Collis, which found silent rupture rates of approximately 10% at 9 years (average implant age) based on a follow-up MRI in 101 augmentation patients with the Mentor textured implant. This is relevant to the long-term risk that a patient being implanted in 2009 (as is the case in this matter) would experience.

44.  The relevant PIDS in this case is the January 2001 PIDS for Lot 5588075 and the November 2006 PIDS for Lot 5923846.

45.  January 2001 PIDS

a)  The labeling refers to the study by Brown (2000) as referenced by the FDA. The label reports that based on MRI examination of 344 women (687) implants, 69% had one or more ruptures. The paper cited in the labeling indicates that the median age at rupture was 10.8 years. This is an older study in which women with their first implant prior to 1988 were included. Only 6 of the patients were implanted with a third generation implant relevant to the Mentor product. Of these only 1 implant had a detected rupture (16% for patients and 8.3% for implants). The published rate of 69% is dramatically higher than has been observed in any of the studies of the Mentor MemoryGel implants. Nevertheless, Mentor included the rate of 69% in their PID labeling.

b)  The labeling also cites Robinson (1995), who studied 300 women who had their implants from 1-25 years and had them removed for a variety of reasons. Visible signs of rupture in 51% of women were found. While this is clearly not a representative sample of women with breast implants, the PID still lists a rupture rate of 51% based on this study, again, a rate much higher than ever found for MemoryGel implants.

46.  November 2006 PIDS

a)  MRI is recommended at 3 years and then every 2 years thereafter.

b)  The risk of MRI confirmed rupture in the Core study for primary-augmentation was 0.5% through 3 years.

c)  The risk of MRI confirmed rupture in the Core study for revision-augmentation was 7.7% after 3 years.

16

    d) Longer-term risk is also provided in the patient labeling, based on a study conducted by Sharpe and Collis, which found silent rupture rates of approximately 10% at 9 years (average implant age) based on a follow-up MRI in 101 augmentation patients with the Mentor textured implant.

    e) These are the same rates reported by Mentor in their 2009 patient label.

## 9. SUPPORT FOR THE PRODUCT LABELING FROM MENTOR STUDIES AND THE SCIENTIFIC LITERATURE

### 9.1 Adjunct Study

47. In 1992, under an Agreement between Mentor Corporation and the Food and Drug Administration, commercial distribution of silicone gel breast implants was authorized under an Adjunct Study protocol for Reconstruction and Revision. Mentor Corporation initiated this 5-year prospective clinical study designed to collect safety data associated with the implantation of its silicone gel-filled breast implants at 1, 3, and 5 years post implantation following an enrollment period of 15 years. The implants evaluated in this study include the following: PMA P910037: Mentor MemoryGel Silicone Gel-Filled Breast Implants (Smooth or Siltex Textured Surface) PMA P910038: Becker Adjustable Breast Implant (Smooth or Siltex Textured Surface).

48. The objective of this study was to gather safety data regarding short-term, post-implant events and complications to support Premarket Approval (PMA) submissions for Mentor Silicone Gel-Filled Breast implants. Mentor MemoryGel implants received FDA approval under PMA P030053 in November 2006 and thus this Adjunct Study collected and analyzed post-approval product data on short-term, post-implant events and complications.

49. Data collected during this study provided risk and complication data with regard to short-term use of silicone gel-filled breast implants. This safety assessment includes, but is not limited to: Incidence of capsular contracture, occurrence of complications such as infection and seroma, and rupture rates for the implant. My focus here is on rupture rates.

50. A total of 147,585 patients are included. Of the 147,585 patients, 64,792 had reconstruction surgery, 20,580 had a revision reconstruction, and 62,213 had a revision augmentation. Of the patient respondent data available, the mean age was 43.8 years and 89.5% of patients were Caucasian. The majority were married (63.2%), followed by patients who were single (17.7%) and divorced (14.2%). The mean height and weight were 64.9 inches and 134.6 pounds, respectively. The majority of patients attended or completed college or attended post graduate college (81.0%) and 44.8% of patients had an annual income over $80,000. The demographic characteristics were generally similar across the three types of surgeries.

51. Data were collected over a period of 20 years. Enrollment began in September 1992 and closed to new patient enrollment November 17, 2006. Overall, there were 63,415 follow-up visits at year 1 (44.0%), 35,190 at year 3 (24.7%) and 19,525 at year 5 (13.8%).

52. The safety analysis includes all complications that were reported any time during the study, regardless of whether they were reported at a scheduled study visit. Cumulative complication rates were calculated by accumulating complications reported at each follow-up period.

53. Kaplan-Meier analysis was performed for complications after removing patients who had their devices removed and replaced with another study device. The date the event was reported was used for the analysis, as the actual time to first occurrence was not recorded on the case report forms. Probabilities of reporting a complication within 1, 3, and 5 years after having a surgery were computed and reported. This type of reporting may lead to a slight under-estimation of complication probability because the report date typically comes after the occurrence date. My focus is on Kaplan-Meier estimated rupture rates.

54. The Adjunct study did not include augmentation patients, just reconstruction, revision-reconstruction and revision augmentation. The rupture rates for revision reconstruction would be expected to be higher than initial augmentation. As such the reported estimated cumulative incidence rates presented here are expected to represent upper-bounds for the expected rates based on initial augmentation.

55. The Kaplan-Meier (KM) estimated cumulative incidence rupture rates for revision-augmentation patients were 0.6% (0.5%, 0.7%) at 1 year, 1.9% (1.7%, 2.1%) at 3 years, and 3.5% (3.1%, 3.9%) at 5 years. These estimates incorporate censoring due to study drop-out.

56. Relative to the patient labeling, which was based on the Core study and Sharpe and Collis study, these estimates are well within the expected ranges.

57. In the 2009 patient labeling, and 2006 PIDS the estimated rate for revision augmentation is 7.7% at 3 years and for all implant surgeries 10% through 9 years. These estimates are based on MRI confirmation, whereas the estimates in the Adjunct study are based on spontaneous reports, many of which would not be confirmed by MRI. As such, the 3-year KM estimate of 1.9% for the Adjunct study versus 7.7% for the Core study is even more striking. The 5-year estimate of 3.5% is well below the labeled 9-year estimate of 10%.

58. In summary, the data from the Adjunct study are consistently below the patient safety labeling and PIDS from 2009, which is the time of implant in this case. If anything, we would expect higher estimates from the Adjunct study because the ruptures are based on patients and physician spontaneous reports, many of which did not have the benefit of MRI confirmation.

**9.2    Core Study**

59.    Mentor conducted a 10-year prospective clinical study designed to collect safety and effectiveness data associated with the implantation of smooth and textured Mentor MemoryGel Breast Implants. The study was designed and conducted in accordance with the Food and Drug Administration's then current "Guidance for Saline, Silicone Gel, and Alternative Breast Implants: Final Guidance for Industry and FDA (2001)," and in consultation with experts from a variety of medical disciplines.

60.    The objective of this clinical study was to assess the safety and effectiveness of smooth and textured surface Mentor MemoryGel Breast Implants in women, 18 and older, who had primary breast augmentation, primary breast reconstruction, or revision.

61.    This was a prospective, open-label, multi-center clinical trial involving the Mentor MemoryGel Breast Implant, specifically the smooth surface device and textured surface device, to include augmentation, reconstruction, and revision mammoplasty patients in a 10-year clinical study setting. Patient enrollment began on September 12, 2000.

62.    Pursuant to FDA guidance, a subset of study patients was randomly selected to be included in an MRI (Magnetic Resonance Imaging) substudy to evaluate silent rupture of the Mentor MemoryGel Breast Implant.

63.    One thousand eight (1,008) female patients, including 552 Primary Augmentation, 145 Revision-Augmentation, 251 Primary Reconstruction, and 60 Revision-Reconstruction patients, were enrolled at 48 sites. Patients were considered enrolled in the study upon implantation.

64.    Participating patients were to be followed for 10 years following prosthesis implantation. Data were collected at 6 months and annually at years 1 through 10 following implantation. Postoperatively, breast examinations were conducted and information about complications was collected from the patients at each follow-up visit. The patient's circumferential chest size and bra cup size, nipple and breast sensitivity, capsular contracture assessment, concomitant medications, and surgeries were recorded. The Rheumatic Disease Diagnosis Questionnaire and the Quality of Life questionnaires were collected postoperatively beginning at the 1-year follow-up visit. According to the study design, MRI scans were to be performed on a subset of patients at the 1, 2, 4, 6, 8, and 10 year visits. However, as a condition of approval for the United States, effective November 2006, all Core Gel Study patients were to undergo MRI evaluation at the same times as the MRI subset patients (i.e., 6, 8, and 10 years post-surgery).

65.    For the primary augmentation MRI cohort, KM estimated cumulative incidence rupture rates were 0% at years 1 and 2, 1.33% (0.34%, 5.23%) at year 4, and

19

3.66% (1.54%, 8.60%) at year 6. These estimates incorporate censoring due to study drop-out.

a) In the 2009 patient labeling, the estimated cumulative rupture rate is 0.5% at 3 years and 10% through 9 years. The 0.5% at 3 years (augmentation cohort) is drawn from the published report by Cunningham (2007), based on data submitted to the FDA. The study reports detail KM estimated rupture rates at years 1, 2, 4, 6, 8 and 10. As such, the 2-year estimate of 0% and the 4-year KM estimate of 1.3% for the Core study versus the published 3-year 0.5% are consistent. The 6-year estimate of 3.7% is well below the labeled 9-year estimate of 10%, and virtually identical to the 5-year estimate from the Adjunct study.

66.    For the revision augmentation MRI cohort, KM estimated cumulative incidence rupture rates were 0% at year 1, 1.96% (0.28%, 13.11%) at year 2, 4.24% (1.07%, 15.98%) at year 4, and 9.42% (3.61%, 23.35%) at year 6. These estimates incorporate censoring due to study drop-out.

a) In the 2009 patient labeling, the estimated cumulative rupture rate is 7.7% at 3 years and 10% through 9 years. The 7.7% at 3 years (revision augmentation cohort) is drawn from the published report by Cunningham (2007), based on data submitted to the FDA. The study reports detail KM estimated rupture rates at years 1, 2, 4, 6, 8 and 10. As such, the 2-year estimate of 1.96% and the 4-year KM estimate of 4.24% for the Core study versus the published 3-year estimate of 7.7% are consistent. The higher estimate in the label is because Cunningham (2007) reported both suspected and confirmed ruptures. The 6-year estimate of 9.42% is well consistent with the labeled 9-year estimate of 10%.

67.    In summary, the data from the Core study are quite consistent with the patient safety labeling and PIDS in 2009, which was the time of implant in this case. The KM cumulative incidence estimates for rupture rates are consistent with the product labeling at each time period.

## 9.3    PAS Study

68.    In November 2006, the U.S. Food and Drug Administration (FDA) approved Mentor's MemoryGel silicone gel-filled breast implants for use in women who are undergoing primary or revision breast augmentation or primary or revision breast reconstruction surgery. The approval was conditional on Mentor conducting a 10-year study designed to collect long-term data on women with MemoryGel silicone gel-filled breast implants, the MemoryGel Postapproval Study (PAS). This study is also referred to as the Large Postapproval Study or Large PAS.

69.    Data on rupture rates through 7 years are available. The FDA approved a ReOp protocol that replaced the PAS study in year 8. The database on the PAS study was locked on March 25, 2015.

70.    The original phase of the postapproval study was based on a cohort design of 41,900 women receiving Mentor's MemoryGel breast implants, with 10 years of follow-up. It included primary augmentation, revision-augmentation, primary reconstruction, and revision-reconstruction participants, each in their naturally occurring proportions at participating study sites.

71.    Baseline data were collected from participants using survey methodology. Limited data on operative characteristics were collected from the surgeon. Follow-up data were to be collected from the participant by a combination of mail, internet, and telephone survey methodologies annually from 1-10 years, and, as needed, on an interim/unscheduled basis, for (1) key local complications; reproductive, offspring and lactation history; and results of cancer and MRI evaluations (MemoryGel participants only) and (2) rheumatological and neurological signs and symptoms and results from rheumatological and neurological referral evaluations (both MemoryGel and saline participants). Additionally, the surgeons were to see the MemoryGel participants at year 1, a second time during years 4-6, a third time during years 9-10, and at unscheduled/interim visits. All local complications, reasons for reoperation (with or without removal), and reasons for removal reported by the participant or by the surgeon were to be recorded during these visits.

72.    In the primary augmentation cohort, KM estimated MRI confirmed cumulative rupture rates were 0.1% (0.0, 0.1) at 3 years and 0.7% (0.5, 1.0) at 7 years. Suspected rupture rates were 3.3% (3.0%, 3.7%) at 3-years and 8.2% (7.6%, 8.9%). These estimates incorporate censoring due to study drop-out. The MRI confirmed cases may represent an underestimate, because patients who did not suspect a rupture or who did not schedule and MRI as instructed, may have actually had a rupture. The suspected rates are likely an overestimate, because many of the suspected cases might not be confirmed by MRI.

   a)  Relative to the patient labeling, which was based on the Core study and Sharpe and Collis study, these estimates are well within the expected ranges.

   b)  In the 2009 patient labeling, the estimated cumulative rupture rate is 0.5% at 3 years and 10% through 9 years. The MRI confirmed cumulative rupture rate of 0.1% at 3 years (augmentation cohort) is lower than the 0.5% in the patient labeling. The 7-year estimate of 0.7% is well below the labeled 9-year estimate of 10%. 7 years is the time of explantation in this case. I note that the suspected rupture rate at 7 years is 8.2%, which is also lower than the patient labeling of a 10% rate through 9 years. Of course, this is the upper bound on the true rupture rate in that it assumes that all suspected ruptures were real ruptures.

73.    In the revision-augmentation cohort, KM estimated MRI confirmed cumulative rupture rates were 0.9% (0.6, 1.2) at 3 years and 2.8% (2.1, 3.5) at 7 years. Suspected rupture rates were 6.5% (5.8%, 7.4%) at 3 years and 14.2% (12.9%, 15.6%) at 7 years. These estimates incorporate censoring due to study drop-out. The MRI confirmed cases may represent an underestimate, because patients who

did not suspect a rupture or who did not schedule and MRI as instructed, may have actually had a rupture. The suspected rates are likely an overestimate, because many of the suspected cases might not be confirmed by MRI.

a) Relative to the patient labeling, which was based on the Core study and Sharpe and Collis study, these estimates are well within the expected ranges.

b) In the 2009 patient labeling, the estimated cumulative rupture rate is 7.7% at 3 years and 10% through 9 years. The MRI confirmed cumulative rupture rate of 0.9% at 3 years is lower than the 7.7% in the patient labeling. The 7-year estimate of 2.8% is well below the labeled 9-year estimate of 10%. 7 years is the time of explantation in this case. I note that the suspected rupture rate at 7 years is 14.2%, which is higher than the patient labeling of a 10% rate through 9 years. Of course, this is the upper bound on the true rupture rate in that it assumes that all suspected ruptures were real ruptures.

74. In summary, the data from the PAS study for both primary and revision augmentation cohorts are quite consistent with the patient safety labeling and PIDS in place in 2009, which is the time of implant in this case. The KM cumulative MRI confirmed incidence estimates for rupture rates are substantially lower than the labeled rates.

**9.4    Sharpe and Collis Study**

75. The Sharpe and Collis study was published in a peer reviewed paper by Collis and co-authors in 2007.

76. A database was compiled detailing all patients who received or were treated for complications arising from the use of silicone breast implants for both cosmetic and reconstructive purposes. The database was started in February of 1997 and updated continuously so that by December of 1998 it contained the details of the 1140 patients who had undergone surgery since 1986 and that were related to the use of silicone breast implants since 1971. To reduce the number of variables for the magnetic resonance imaging study, the single largest cohort in the database consisted of those who had received subglandular Mentor textured silicone gel breast implants for cosmetic reasons.

77. This cohort contained 338 patients. To avoid the possible effects of surgical trauma and to ensure the cohort included those with the oldest implants, patients were excluded who had undergone revisional procedures. None of these excluded patients had surgery because of suspected implant ruptures. Three hundred ten patients remained who had undergone no further interventions since their original breast augmentation.

78. Given the cross-sectional nature of the data (i.e., an MRI conducted at a fixed point in time for implants of various ages), and isotonic regression model was used to estimate the cumulative probability of rupture.

79.     Of the 338 patients, 149 with bilateral subglandular Mentor Siltex silicone gel implants accepted the magnetic resonance imaging scan invitation. 23 patients had ruptures (15.4%). Average implant age was 8.8 years (average of 298 implants), with a range from 4.8 to 13.5 years.

80.     The distribution of ruptures as a function of implant age is displayed in the following figure. Interestingly, the hazard rate appears to be reasonably constant after 6 years, with zero ruptures prior to 6 years.



**Fig. 1.** Radiologic implant integrity with age (implants).

81.     At 7 years the estimated cumulative probability of implant rupture was 5.0% (0.0%, 12.3%).

82.     In the 2009 patient labeling and PIDS, the estimated cumulative rupture rate is 0.5% at 3 years and 10% through 9 years. The MRI confirmed cumulative rupture rate of 5.0% at 7 years (for augmentation) is squarely between the 3-year and 9-year estimates from the patient labeling.

83.     In summary, the data from the Collis (2007) study are quite consistent with the patient safety labeling at 2009, which is the time of implant in this case.

### 9.5     US Rupture Rates

84.      Data from the U.S. from 11/2006 – 12/2017 identified 2,040,160 Gel Implants and 11,431 reports of ruptures, for a per patient rate of 1.1%.

85.     These data are based on spontaneous reports and not necessarily MRI confirmed reports. The data are also not stratified by implant age.

23

86.     The rate is overestimated because many of these may be suspected ruptures that would not be confirmed by MRI.  The rate is underestimated because not all ruptures are spontaneously reported.  The magnitude of these biases, which are in opposite directions, are unknown.

87.     Nevertheless, they are consistent with other studies and product labeling.  For example, in the PAS study survey, rates through 7 years were 0.7% for MRI confirmed ruptures and 8.2% for suspected ruptures, which bracket the spontaneously reported rate of 1.1%.

**9.6     Danish Study (Holmich, 2003)**

88.     The study consisted of 271 women in 1999 who received a breast implant at least 3 years before in Denmark.  These women underwent an initial MRI.  A second MRI was administered 2 years later in 2001.  The second MRI was conducted in 186 women (317 silicone implants).  Analyses were stratified by 1st, 2nd, and 3rd generation implants.

89.     For 3rd generation implants (e.g., the Mentor MemoryGel implant), the estimated cumulative rupture incidence at 5 years was 2%.  At 7 years, the estimated cumulative rupture rate was approximately 3%.

90.     The estimated rate of between 2% at 5 years and 3% at 7 years is lower than the 9-year rate of 10% reported rate in the 2009 patient labeling and 2006 PIDS.

**9.7     Reanalysis of Core Data**

91.     The Core study evaluated rupture rates at 1, 2, 4, 6, 8 and 10 years.  Relevant to this case are years 3 and 7, for which estimates are not available from the Core study report.

92.     To this end, I reanalyzed the Core study data using information in Table 13.3.1, using a discrete-time survival model (Efron, 1988), from which I was able to estimate cumulative hazard rates for years 1-7.

93.     I restricted my analysis to the 202 augmentation patients in the MRI cohort. All MRI confirmed ruptures were included in the analysis.  My analysis includes all enrolled subjects at each time-point.

94.     Results of my analysis are displayed graphically in the following figure.  The figure provides estimates of the cumulative hazard (incidence) function on an annual basis from 1 to 7 years.



**MRI Confirmed Cumulative Rupture Incidence**
Augmentation Cohort

Includes all enrolled patients at each time-point

95.     Results of the analysis reveal a cumulative incidence at 3 years of 0.26% and at 7 years of 4.9%.  The 3-year incidence is half of that reported in the 2009 label (0.5%), and the 7-year estimate is half of that reported in the 2009 label at 9 years of 10%.

96.     I have also provided the same analysis for the revision augmentation cohort.

## MRI Confirmed Cumulative Rupture Incidence
### Revision Augmentation Cohort



Includes all enrolled patients at each time-point

97. Results of the analysis reveal a cumulative incidence at 3 years of 0.96% and at 7 years of 8.5%. The 3-year incidence is one seventh of that reported in the 2009 label (7.7%), and the 7-year estimate is less than that reported in the 2009 label at 9 years of 10%.

**9.8     Longer Term Rupture Risk**

98. Although the current litigation is focused on risk through 7 years based on the plaintiff's experience, for completeness I now describe the literature and later patient labeling that describes risk at 10 years and beyond.

99. Collis (2007) reports implant-level rupture risk at 13 years of 11.8% (7.2, 16.5) based on an isotonic regression model which is a statistical model that is appropriate for the analysis of cross-sectional time-to-event data. At the patient level, there were 23 radiologically confirmed ruptures out of 149 patients with a mean implant age of 9.5 +/- 1.6 years, which is 15.4%. The 2021 patient label lists a rate of 15% and is consistent with both the crude and statistical cumulative rupture incidence rates reported in this study.

100. The Danish study (Holmich, 2003) see 9.6, reported rupture free survival rates at 10 years between 83% (definite and possible) and 85% (definite only) and cumulative incidence rates between 15% and 18%. These results are consistent with Collis (2007) and the 2021 patient labeling.

101. In the Core study, for primary augmentation, the KM estimated 10-year cumulative incidence rate was 24.2%, and 23.7% for the revision augmentation cohort which are the estimates included in the 2021 patient labeling.

a) It is important to note that as we go out on the survival curve and data become more limited, the KM estimates become unstable. To illustrate, consider the following example. The KM survival estimator at time point $t+1$ is given by $S_{t+1}=S_t((N_{t+1}-D_{t+1})/N_{t+1})$ and the cumulative hazard is $P_{t+1}=1-S_{t+1}$, where $D_{t+1}$ is the number of events (in our case ruptures) in at time point $t+1$. Assume that $S_t=0.8$ or $P_t=0.2$ or a 20% cumulative event rate at year $t$. Also assume that in the final time interval $t+1$, there are only $N_{t+1}=4$ people remaining in the sample. If none of them experience a rupture, $D_{t+1}=0$, $S_{t+1}=0.80$ and $P_{t+1}=0.20$ or a 20% cumulative incidence. However, if one of them experiences a rupture, $D_{t+1}=1$, $S_{t+1}=0.60$ and $P_{t+1}=0.40$ or a 40% cumulative incidence. If two of them experience ruptures, $D_{t+1}=2$, $S_{t+1}=0.40$ and $P_{t+1}=0.60$ or a 60% cumulative incidence. If three of them experience ruptures, $D_{t+1}=3$, $S_{t+1}=0.20$ and $P_{t+1}=0.80$ or a 80% cumulative incidence. Finally, if all four of them experience ruptures, $D_{t+1}=4$, $S_{t+1}=0.0$ and $P_{t+1}=1.0$ or a 100% cumulative incidence. As is clearly evident, at the end of the study period, if the data are sparse, the estimated cumulative survival and corresponding cumulative incidence estimates can be extremely unstable for the KM method.

b) An alternative method that does not suffer at least as dramatically as the KM estimator is the discrete time survival model that I used in the analysis of the 7-year Core study data. The reason is that the discrete time intervals can be chosen widely enough (e.g. years) to include a larger number of survivors in the final time interval (i.e. $N_{t+1}$). Using this method to analyze the 10-year augmentation cohort Core study data yields a 10-year hazard rate of 11.7% (i.e. rate at 10 years), a cumulative survival of 81.6%, and a cumulative incidence rate of 18.4%. As expected, the discrete-time survival cumulative incidence rate of 18.4% is lower than the KM estimate of 24.2% at 10 years.

c) Using this method to analyze the 10-year revision-augmentation cohort Core study data yields a 10-year hazard rate of 10.0% (i.e. rate at 10 years), a cumulative survival of 80.9%, and a cumulative incidence rate of 19.1%. As expected, the discrete-time survival cumulative incidence rate of 19.1% is less extreme that the KM estimate of 23.7% at 10 years.

### 9.9 Safety

102. Caplin (2021) published the final analysis of the Core study 10-year follow-up. Many of the findings reported in this study are already reviewed under rupture rates. However, in addition, they report several relevant safety outcomes.

a) No patients in the Core study were diagnosed with breast-implant associated anaplastic large cell lymphoma.

b) Eleven confirmed new diagnoses of connective tissue disease (rheumatoid arthritis, Sjogren's syndrome, systemic lupus erythematosus, scleroderma) during the 10-year follow-up period. With a total of 8,469 person-years of follow-up across all four cohorts, this represents an annual incidence of 1.3 new diagnoses per 1000 person years. Brinton (2004) reported a rate for the same connective tissue disorders of 2.7 per 1000 person years (64 out of 23,724 person years of follow-up) in their plastic surgery controls. These data do not suggest increased rate of connective tissue disease associated with MemoryGel breast implants.

c) Four confirmed new diagnoses of rheumatoid arthritis were reported during the 10-year follow-up, yielding a rate of 0.5 per 1000 person years. By comparison Brinton (2004) reported a rate of 2.1 per 1000 person years (49 cases out of 23,724 person-years of follow-up) in plastic surgery controls. These data do not suggest increased rate of RA associated with MemoryGel breast implants.

d) Ten new diagnoses of breast cancer were reported during the 10-year follow-up, yielding a rate of 1.2 per 1000 person years. By comparison Brinton (2000) reported a rate of 2.3 per 1000 person years (60 cases out of 26,151 person-years of follow-up) in plastic surgery controls. Furthermore, Britton computed a standardized incidence ratio (SIR) for breast implant patients relative to the Surveillance Epidemiology and End Results (SEER) National Cancer Institute data. A SIR of 0.89 (95% CI = 0.7, 1.2) was found indicating that the rate of breast cancer in the breast implant patients (136 breast cancers out of 96,675 person-years (rate of 1.4 per 1000 person-years), was lower in the breast implant patients relative to the national data. These data do not suggest increased rate of breast cancer associated with MemoryGel breast implants.

e) Finally, there were 6 cases of fibromyalgia for a rate of 0.71 per 1000 patient years. Based on Brinton (2004) the rate was 2.4 per 1000 patient years (57 cases out of 23,724 person-years of follow-up) in plastic surgery controls. These data do not suggest an increased rate of fibromyalgia associated with MemoryGel breast implants.

103. Maxwell (2021) studied a case series of 777 patients who underwent primary breast augmentation using MemoryGel breast implants from 2006-2016 with a minimum of 2 years of follow-up. Kaplan-Meier estimated capsular-contraction (Baker grade III/IV) rates were 4.7% (95% CI = 3.0%, 7.4%). The Core study estimate was 12.1% (95% CI = 9.6%, 15.2%) in the primary augmentation cohort. The authors suggest that the lower rate was due to changes in standard of care from the period of 2000 to 2002 when Core study patients were implanted versus 2006-2016 when patients in this study were implanted. Rate of infection in this study was also low 0.1% (95% CI = 0.0%, 0.9%), and lower than the Core study (1.6%, 95% CI = 0.9%, 3.1%). Rupture rates were also low 1.6% (95% CI = 0.7%, 3.6%); however, this study did not require prospective MRIs, and therefore may have missed silent ruptures. The authors conclude that the data support the long-term safety and efficacy of MemoryGel implants in a primary augmentation cohort.

28

104. Balk (2016) conducted a meta-analysis of 32 studies (58 publications) of long-term safety outcomes in women with silicone gel implants. The authors reported significantly reduced risk of breast cancer in 6 studies that performed direct comparisons (OR or RR or HR = 0.63, 95% CI = 0.54, 0.73), and 7 studies that reported standardized incidence ratios (SIR) comparing to population controls (SIR = 0.76, 95% CI = 0.64, 0.91). Two studies evaluated endometrial cancer. The first found significantly decreased risk for direct comparison (RR = 0.55, 95% CI = 0.38, 0.78) and versus population controls (SIR = 0.44, p<0.05), and the second a nonsignificant difference from population controls (SIR = 0.73, 95% CI = 0.36, 1.30). Results for connective tissue diseases were mixed with increased risk for rheumatoid arthritis (OR or RR or HR = 1.38, 95% CI = 1.02, 1.97) and Sjogren's syndrome (OR or RR or HR = 2.92, 95% CI = 1.01, 8.47) but no associations for other connective tissue diseases. No association with fibromyalgia was found (OR or RR or HR = 1.20, 95% CI = 0.83, 1.72). Direct comparisons for lung cancer were not significant (OR or RR or HR = 1.50, 95% CI = 0.21, 10.70); however, significant increase relative to population controls was found (OR or RR or HR = 1.82, 95% CI = 1.37, 2.42). The authors note that it was rare to have studies that appropriately adjusted for potential confounds, which would raise larger questions for significant associations than lack of association.

## 9.10 Additional Updated Product Labeling

105. The 2013 patient educational brochure provides the following information regarding the risk of rupture.

   a) MRI is recommended at 3 years and then every 2 years thereafter.

   b) The risk of MRI confirmed rupture in the Core study for primary augmentation was 3.4% through 6 years. This is relevant to the intermediate-term risk that a patient being implanted in 2009 (as is the case in this matter) would experience.

   c) The risk of MRI confirmed rupture in the Core study for revision augmentation was 7.2% through 6 years.

   d) Longer-term risk is also provided in the patient labeling, based on an updated analysis of the Sharpe and Collis study data, which found that by 13 years 12% of implants will have ruptured (confirmed by MRI). This is relevant to the long-term risk that a patient being implanted in 2009 (as is the case in this matter) would experience.

106. In 2017, as in earlier patient labeling, Mentor recommends that breast implant recipients have an MRI in the 3rd year following implantation and every 2 years thereafter. The 2017 Patient Educational Brochure also echoes the 2013 brochure in citing data from the Core study indicating a 3.4% and 7.2% estimated rupture rate for primary augmentation and revision augmentation respectively through 6

29

years. They also cite the Sharpe and Collis study findings of an overall 12% MRI confirmed rupture rate by 13 years.

107. In the 2021 Patient Labeling, recommendations for patients not having symptoms are to have their first ultrasound or MRI at 5-6 years post implant, and then every 2-3 years thereafter. Symptoms of rupture should be investigated immediately by MRI if an initial ultrasound provides uncertain results. MRI is recommended as the best way to diagnose rupture. In terms of risk of rupture, the patient labeling reflects the latest Core study data through 10 years based on Kaplan-Meier estimated cumulative incidence. For primary augmentation, the patient-level estimated rupture rate for suspected and confirmed ruptures in the MRI cohort is reported as 24.2%. For the supplemental MRI cohort the suspected or confirmed rate was 21.4%. The overall occurrence of ruptures (number of suspected or confirmed ruptures out of number of patients in both initial and supplemental MRI group), was 9.8%. For revision augmentation, the patient-level estimated rupture rate for suspected and confirmed ruptures in the MRI cohort is reported as 23.7%. For the supplemental MRI cohort the suspected or confirmed rate was 7.5%. The overall occurrence of ruptures (number of suspected or confirmed ruptures out of number of patients in both initial and supplemental MRI group), was 7.6%. The label also states that based on the Sharpe and Collis study, by 12 years, approximately 15% of all implants will have ruptured. I believe this to be an overestimate based on the published report of Collis (2007), which estimates the rate at 11.81%.

108. Adjunct Study

   a) In the 2013 patient labeling, the estimated rate is 7.2% at 6 years (revision augmentation) and 12% through 13 years (all implants). These estimates are based on MRI confirmation, whereas the estimates in the Adjunct study are based on spontaneous reports, many of which would not be confirmed by MRI. The 5-year estimate of 3.5% from the Adjunct study is half of the labeled 7.2% 6-year estimate from the Core study and is also well below the labeled 13-year estimate of 12%.

109. Core Study

   a) For the primary-augmentation cohort, in the 2013 patient labeling, the reported rate is 3.4% at 6 years and 12% through 13 years. The 3.4% is the overall incidence rate through 6 years. The KM estimate from the study report is 3.7% which is virtually identical to the raw rate of 3.4%. The 5-year estimate of 3.5% from the Adjunct study is consistent with the 3.7% 6-year estimate from the Core study and is also well below the labeled 13-year estimate of 12%.

   b) For the revision-augmentation cohort, in the 2013 patient labeling, the reported rate is 7.2% at 6 years and 12% through 13 years. The 7.2% is the overall incidence rate through 6 years. The KM estimate from the study report is 9.4%

which is similar to the raw rate of 7.2% and is also well below the labeled 13-year estimate of 12%.

110. PAS Study

    a) For the primary-augmentation cohort, the 2013 patient labeling reported a rate of 3.4% at 6 years and 12% through 13 years. The PAS KM MRI confirmed cumulative incidence rate at 6 years was 0.5% (0.4%, 0.7%), which is substantially lower than the labeled rate. The suspected cumulative rupture rate at 6 years of 6.4% (6.0%, 6.9%) is higher than the labeled rate of 3.4%, because it did not require MRI confirmation. However, even the 7-year suspected cumulative rupture rate was less than the labeled 13-year estimate of 12%.

    b) For the revision-augmentation cohort, the 2013 patient labeling reported a rate of 7.2% at 6 years and 12% through 13 years. The PAS KM MRI confirmed cumulative incidence rate at 6 years was 1.8% (1.4%, 2.3%), which is substantially lower than the labeled rate. The suspected cumulative rupture rate at 6 years was 12.1% (11.0%, 13.3%) is higher than the labeled rate of 7.2%, because it did not require MRI confirmation; however, it is still consistent with the longer-term Sharpe and Collis estimate of 12%.

111. Sharpe and Collis Study

    a) In the 2013 patient labeling, the reported rate for primary-augmentation is 3.4% at 6 years and 12% through 13 years. The 7-year estimate of 5% is bracketed by these two estimates provided in the product labeling. At 6 years, there were, in fact no ruptures.

112. The statements made above with respect to the consistency between the data and the 2013 patient labeling, also apply equally to the 2017 and 2021 patient labeling.

## 10. Opinions

113. I set out below my opinions based on my review of the available evidence as set out in my report:

    a) The product labeling (both patient and PIDS) is consistent with available evidence from Mentor study data and published reports.

    b) At 3 years the 2009 patient labeling and 2006 PIDS reports a cumulative rupture rate of 0.5% for the augmentation cohort and 7.7% for the revision-augmentation cohort.

    c) My analysis of the Core study reveals a 3-year rate of 0.26% for MRI-confirmed ruptures for the augmentation cohort and 0.96% for the revision-augmentation cohort.

31

d) The 3-year rate for the revision-augmentation cohort (there was no augmentation cohort) in the Adjunct study is 1.9%, which is well below the labeled rate of 7.7%.

e) The 3-year MRI confirmed rupture rate from the PAS study is 0.1% for the augmentation cohort and 0.9% for the revision-augmentation cohort, which are both well below the labeled rates of 0.5% and 7.7% respectively.

f) Relevant to the 7-year cumulative rupture rate, the patient labeling lists a rate of 3.4% at 6 years for the augmentation cohort and 7.2% for the revision-augmentation cohort (2013), and an overall rate of 10% at 9 years in the 2009 patient label and 2006 PIDS.

g) My analysis of the Core study reveals a rate of 4.9% for MRI-confirmed ruptures at 7 years for the augmentation cohort and 8.5% for the revision-augmentation cohort, which are both smaller than the labeled rate of 10% 9 years in the 2009 patient label and 2006 PIDS.

h) The 5-year rate in the Adjunct study for the revision augmentation cohort is 3.5%; which is well below the 6-year rate of 7.2% in the patient label; however, it is based on spontaneous reports and with or without MRI confirmation. As such, it is an overestimate of the true value.

i) The 7-year MRI confirmed rupture rate from the PAS study is 0.7% for the augmentation cohort and 2.8% for the revision-augmentation cohort, which are both well below both the 6-year and 9-year labeled rates.

j) The Danish study (Holmich, 2003) found a 7-year rate of 3%, which is less than both the labeled 6-year and 9-year rates.

k) The Collis (2007) study found a 7-year rate of 5.0% which is less than the 2009 patient and PIDS 9-year labeled rates. The Collis study did not stratify by cohort revision and primary-augmentation cohorts and their 7-year rate is less than the 6-year revision-augmentation labeled rate of 7.2% in the 2013 patient label.

l) Although not relevant to this case, longer term rupture rates from the Core study (10 years), Collis (2007) 13 years, and Danish (Holmich, 2003) study (10 years), are also consistent with the patient labeling.

m) I based my conclusions on the most rigorous data for Kaplan Meier estimates of the cumulative incidence of MRI confirmed ruptures through 7 years, and both KM and discrete-time survival estimates through 10 years. These estimates use all of the available data, adjusted for censoring due to patient discontinuation.

n) Based on the most relevant MemoryGel breast implant safety data, and using published plastic surgery controls, I find no evidence of increased risk of breast cancer, connective tissue disease, rheumatoid arthritis, or fibromyalgia associated with breast implantation using MemoryGel implants.

I confirm that I have made clear which facts and matters referred to in this report are within my own knowledge and which are not. Those that are within my own knowledge I confirm to be true. The opinions I have expressed represent my true and complete professional opinions on the matters to which they refer. My opinions are expressed to a reasonable degree of scientific certainty.

Robert D. Gibbons Ph.D.
Blum-Riese Professor of Biostatistics
Director, Center for Health Statistics
University of Chicago

March 29, 2022

APPENDIX 1

**GRAVITT v. MENTOR WORLDWIDE, LLC**
**(Case No. 1:17-cv-5428)**

**RELIANCE LIST**

| Document Description | Bates No. |
|---|---|
| PIDS for Lot 5923846 | Mentor_Gravitt 00091-00143 |
| PIDS for Lot 5588075 | Mentor_Gravitt 00079-00090 |
| Safety and Effectiveness of Mentor's MemoryGel Implants at 6 Years<br>Author – Bruce Cunningham & Jonathan McCue | Mentor_Gravitt 01198-01203 |
| The Mentor Core Study on Silicone MemoryGel Breast Implants | Mentor_Gravitt 01204-01214 |
| 2006 - 2013 Core Study | Mentor_Gravitt 01248-18474 |
| 2014 letter from Mentor regarding an estimated rate of rupture from its Core Study | Mentor_Gravitt 23377-23378 |
| US Rupture Statistics | Mentor_Gravitt 23379-23382 |
| PMSRs | Mentor_Gravitt 27110-27863 |
| 2008-2012 Adjunct Study Reports | Mentor_Gravitt 27864-28448 |
| 2007-2011 ASR/PSR reports | Mentor_Gravitt 34364-38389 |
| 2007-2009 PSR reports (produced natively with placeholders) | Mentor_Gravitt 38390-38401 |
| ASR/ASR reports 2012-2018 | Mentor_Gravitt 52837-57463 |
| 2006 (Nov) Patient Labeling (102871-001 Rev. C) | Mentor_Gravitt 300395-300451 |
| 2009 (July) Patient Labeling (102898-001 Rev. B) | Mentor_Gravitt 437593-437646 |
| 2013 Patient Educational Brochure | Mentor_Gravitt 422455 |
| Mentor MemoryGel (P030053) SSED | |
| Balk, et al., Long-Term Outcomes in Women With Silicone-Gel Breast Implants (2016) | |
| Brinton LA, Lubin JH, Burich MC, Colton T, Brown L, Hoover RN. Breast cancer following augmentation mammoplasty. Cancer Causes and Control, 11: 819-827, 2000. | |
| Brinton LA, Buckley LM, Dvorkina O, et al. Risk of connective tissue disorders among breast implant patients. Am. J. Epidemiol. 160: 619, 2004. | |

# APPENDIX 1

## GRAVITT v. MENTOR WORLDWIDE, LLC
### (Case No. 1:17-cv-5428)

| Document Description | Bates No. |
|---|---|
| Brown SL, Middleton MS, Berg WA, Soo MS, Pennello G. Prevalence of rupture of silicone gel breast implants revealed on MR imaging in a population of women in Birmingham, Alabama. 2000, 175, 1057-1064 | |
| Burke SP, Baciu A, Straton K, Blumenthal D, Breckenridge A, Charo A, Edgman-Levitan S, Ellenberg S, Gibbons RD, Hripcsak G, Korn D, Meltzer D, Myers WA, Olson M, Psaty BM, Schroeder C, Stergachis A. The Future of Drug Safety: Promoting and Protecting the Health of the Public, Washington D.C., National Academy Press, 2006 | |
| Caplin DA, Calobrace MB, Wixtrom RN, Estes MM, Canady JW. MemoryGel breast implants: Final safety and efficacy results after 10 years of follow-up. Breast, 147: 556-566, 2021 | |
| Cochran WG. The effectiveness of adjustment by subclassification in removing bias in observational studies. Biometrics, 24: 295–313, 1968 | |
| Collis N, Litherland J, Enion D, Sharpe DT. Magnetic resonance imaging and explantation investigation of long-term silicone gel implant integrity. 120: 1401-1406, 2007 | |
| Cunningham B. The mentor core study on silicone MemoryGel breast implants. Breast. 1: 19S-29S, 2007 | |
| Gibbons RD, Amatya A. Statistical Methods for Drug Safety. London, Chapman and Hall, 2015 | |
| Holmich LR, Friis S, Fryzek JP, et al. Incidence of silicone breast implant rupture. Arch. Surg. 138: 801, 2003 | |
| Maxwell D, Estes M, McMillen-Walcott J, Canady JW, Hunter TD, Gache L, Wang-Ashraf B, Alexander D. Safety and effectiveness of silicone gel-filled breast implants in primary augmentation patients. 41: 329-335, 2021 | |
| Robinson OG, Bradley EL, Wilson DS. Analysis of explanted silicone implants: a report of 300 patients. Ann Plast Surg. 34:1-7, 1995 | |
| 2/10/2022 Plaintiff's Expert Witness Disclosure | |

**APPENDIX 1**

**GRAVITT v. MENTOR WORLDWIDE, LLC**
**(Case No. 1:17-cv-5428)**

| Document Description | Bates No. |
|---|---|
| 11/5/2018 Pierre Blais Expert Report | |
| Pierre Blais Curriculum Vitae/ Summary (2019) | |
| 12/11/2018 Arthur Brawer Expert Report | |
| 1/18/2022 Arthur Brawer Expert Report | |
| 1/1/2022 Arthur Brawer Curriculum Vitae | |
| 1/9/2022 Henry Dijkman Expert Report | |
| Henry Dijkman Curriculum Vitae (2021) | |

**APPENDIX 2**

**GRAVITT v. MENTOR WORLDWIDE, LLC**
**(Case No. 1:17-cv-5428)**

**<u>CURRICULUM VITAE</u>**

# Robert D. Gibbons, Ph.D.

## CURRICULUM VITAE

## PERSONAL INFORMATION

Center for Health Statistics, University of Chicago,
5841 S. Maryland Avenue, MC 2007, Office W260, Chicago, IL, 60637
Voice: 773-834-8692          Fax: 773-702-1979          RDG@UCHICAGO.EDU
Date of Birth: June 28, 1955          Place of Birth: Chicago, IL          Citizenship: U.S.

## EDUCATION AND TRAINING

Ph.D., University of Chicago, 1981, Statistics and Psychometrics.
        Dissertation Topic: Trend in Correlated Proportions
        Dissertation Committee: R. Darrell Bock, James J. Heckman, David L. Wallace, James S. Coleman

B.A., University of Denver, 1976, Chemistry and Mathematics

## PROFESSIONAL & ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2018-present | Faculty Associate, Department of Comparative Human Development |
| 2018-present | Founding Member, Committee on Quantitative Methods in Social, Behavioral and Health Sciences |
| 2016-present | The Blum-Riese Professor of Biostatistics |
| 2010-present | Director, Center for Health Statistics, University of Chicago. |
| 2010-present | Professor of Medicine, University of Chicago. |
| 2010-present | Professor of Public Health Sciences, University of Chicago. |
| 2010-present | Professor of Psychiatry, University of Chicago. |
| 2010-present | Professor Emeritus of Biostatistics, University of Illinois |
| 2009-2010 | Professor of Mathematics, Statistics and Computer Science, UIC. |
| 2000-2010 | Director, Center for Health Statistics, University of Illinois at Chicago. |
| 1993-2010 | Professor of Biostatistics, University of Illinois at Chicago. |
| 1993-2010 | Professor of Psychiatry, University of Illinois at Chicago. |
| 1985-1993 | Associate Professor of Biostatistics, University of Illinois at Chicago. |
| 1985-1993 | Associate Professor of Psychiatry, University of Illinois at Chicago. |
| 1988-1989 | Visiting Professor, University of Chicago. |
| 1981-1985 | Assistant Professor of Biostatistics, University of Illinois at Chicago. |
| 1981-1985 | Assistant Professor of Psychiatry, University of Illinois at Chicago. |
| 1981-1986 | Statistical Consultant, National Institute of Mental Health. |
| 1980-1981 | Senior Programmer and Statistician, University of Chicago, DOD/NORC. |
| 1978-1982 | Statistician, Illinois State Psychiatric Institute. |
| 1978-1980 | Statistical Consultant, Harvard University, Department of Psychology. |
| 1977-1978 | Statistical Analyst, University of Chicago, Department of Psychiatry. |

## HONORS, AWARDS, & SCHOLARSHIPS

Scholarship for Graduate Study, 1978-1981, University of Chicago
Young Investigator Award, 1985-1992, Office of Naval Research
Research Scientist Award - National Institute of Mental Health, 1995-2000
20th Century Distinguished Service Award for Outstanding Contribution to the Development of  Statistical
    Ecology, Environmental Statistics and Risk Assessment, 2000
Fellow of the American Statistical Association, 2001
Member of the Institute of Medicine (now National Academy of Medicine) of the National Academy of
Sciences, 2001
Member of the American College of Neuropsychopharmacology, 2001
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2002)
Harvard Award in Psychiatric Epidemiology and Biostatistics, (Harvard, 2003)
2001 Book with Coleman ranked in the top 5 books for Statisticians by the ASA
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2006)
University of Illinois at Chicago - Distinguished Faculty Award, 2009
American Statistical Association – Outstanding Statistical Applications Award, 2009
Professor Emeritus of Biostatistics, University of Illinois, 2010
Pritzker Scholar, University of Chicago, 2011
Rema Lapouse Award for Contributions to Psychiatric Epidemiology – APHA, 2012
Long-Term Excellence Award – Health Policy Statistics Section – ASA, 2013
Advisor to the Director of NIH (Dr. Francis Collins), 2014
Elected to the International Statistical Institute (ISI), 2015
Fellow of the Center for Health Administration Studies (CHAS), 2015
Endowed Chair University of Chicago – The Blum-Riese Professorship, 2016
Distinguished Achievement Medal for the ASA's Section on Statistics and the Environment, 2016
Fellow of the Royal Statistical Society, 2016
Advisor to the Secretary of the Veterans Administration (Dr. David Shulkin), 2017

## PROFESSIONAL MEMBERSHIPS

Institute of Medicine of the National Academy of Sciences
National Academy of Medicine of the National Academy of Sciences
American Statistical Association (Fellow)
International Statistical Institute (Fellow)
Royal Statistical Society (Fellow)
Biometric Society
Psychometric Society
American College of Neuropsychopharmacology

## REVIEW AND EDITORIAL EXPERIENCE

Reviewer for *Journal of American Statistical Assoc., Biometrics, Psychometrika,
Technometrics, JAMA Psychiatry, Journal of Psychiatric Research,
American Journal of Psychiatry, Science, Psychiatry Research, Sociological
Methodology, Psychological Bulletin, Biological Psychiatry, Environmental Science
and Technology, Statistics in Medicine,* and *Ground Water.*

Grant reviewer for National Institute of Mental Health

Editorial Board of *Health Services and Outcomes Research*
National Institute of Mental Health Services Research IRG Member 1992-1996
Veterans Administration Cooperative Study Review Board, 1998
Editorial Board of *JAMA Psychiatry* 2015-2017
Associate Editor of *Harvard Data Science Review* 2018-

# ADMINISTRATIVE/COMMITTEE WORK

Institute of Medicine - Committee on the Drug Halcion, 1997
Institute of Medicine - Committee on Organ Procurement and Transplantation Policy, 1999
Institute of Medicine - Health Sciences Policy Board Member, 1999-2004.

Institute of Medicine - Committee on Small $n$ Clinical Trials, 2001
Institute of Medicine - Committee on Adolescent and Adult Suicide, 2002
FDA Advisory Board on Suicide and Antidepressants in Adolescents, 2004
Institute of Medicine - Committee on National Cord Blood Stem Cell Program, 2005
Institute of Medicine - Committee on US Drug Safety, 2005-2006
NIH Consensus Panel on the Efficacy and Safety of Multivitamins, 2006
VA – Blue Ribbon Working Group on Suicide Prevention in the Veterans Population, 2008
Institute of Medicine/NRC – Asbestos Research Roadmap Committee, 2009
National Academy of Sciences/NRC – Committee on Assessment of Agent Monitoring Strategies
for the Blue Grass and Pueblo Chemical Agent Destruction Pilot Plants, 2011
Mathematica Panel on Performance Measure Testing, 2013
NIH Panel on the Future of the National Children's Study, 2014-2015
Advisor to Secretary Shulkin of the Veterans Administration, 2017
National Academy of Medicine – Committee on A Fairer and More Equitable, Cost Effective, and Transparent
System of Donor Organ Procurement, Allocation, and Distribution, 2021
National Academy of Medicine – Committee on Creating a More Equitable, Transparent, and Efficient System
for Deceased Donor Organs, 2022

# RECENT KEY PRESENTATIONS

Congressional Testimony on *Allocation of Organs for Transplantation* (on behalf of the National Academy of
Sciences) - 9/21/99.
Biological Psychiatry Meeting. *The Statistics of Suicide*, 2008.
Harvard University Department of Statistics. *Statistical Issues in Drug Safety: The Curious Case of
Antidepressants, Anticonvulsants, ... , and Suicide*, 2008.
Great Lakes cGMP & Regulatory Science Forum. *Post-Approval Drug Safety Surveillance*, 2009.
International Symposium about Current Issues and Controversies in Psychiatry. *The Curious Case of
Antidepressants, Anticonvulsants, ... , and Suicidal Behavior*, 2009.
University of Chicago Health Economics Meetings. Discussion of *A Flexible Two-part Random Effects Model for
Correlated Medical Costs*, 2009.
Institute of Medicine - Co-Chair – *CNS Clinical Trials: Suicidality and Data Collection*, 2009.
International Conference on Health Policy Statistics, *Statistical Issues in Drug Safety*, 2010.
New Clinical Drug Evaluation Unit (NCDEU) meeting: *The Future of Psychiatric Measurement*, 2010.
NCDEU meeting: *Post Approval Drug Safety Surveillance*, 2010.
APHA Annual Meeting: *Rema Lapouse Award Lecture*, 2012.
IASR World Congress of Suicide, Keynote Speaker, 2013.
American Statistical Society: International Conference on Health Policy Statistics, Keynote Speaker 2013.
UCLA Grand Rounds, 2015.
National Academy of Medicine, Invited Speaker, 2015.
Michael Davis Lecture – SSA/CHAS University of Chicago, 2015.

International Summit on Suicide Research, Keynote Speaker, 2015.

Joint Statistical Meetings – Health Policy Statistics Section Luncheon Speaker, *Measurement*, 2016.

XXVth Annual Meeting of the Eating Disorders Research Society, Keynote Speaker, *The Adaptive Measurement of Eating Disorders*, 2019.

National Academy of Medicine, Forum on Mental Health and Substance Use Disorders Public Workshop, *Advances in mental health measurement*, 2019.

American Academy of Child and Adolescent Psychiatry, *Computer adaptive testing, multidimensional item response theory and the development of the Kiddie-CAT*, 2019.

Indiana University. *High quality remote mental health screening and measurement-based care in a pandemic world*, 2020.

Department of Psychiatry, University of Colorado. *The CAT-MH and K-CAT: Clinical practice overview for measurement-based care*, 2020.

International Society for CNS Clinical Trials and Methodology. *Assessment of clinical profiles and outcomes in personalized medicine*, 2020.

Millennium Institute for Research on Depression and Personality (MIDAP). *The CAT-MH, advances in mental health measurement*, 2020.

Quantitative Methods Workshop, University of Chicago. *The statistical measurement of social determinants of health*, 2021.

Columbia University Depression Research Summit. *The future of mental health measurement*, 2021.

Department of Psychiatry Grand Rounds, NYU. *The measurement of child psychopathology and suicide risk*, 2021.

APSARD meeting, Opening Plenary: Virtual and Electronic Assessment and Intervention. *Advances in mental health measurement*, 2022.


# RECENT TEACHING EXPERIENCE AND CURRICULUM DEVELOPMENT

**University of Illinois at Chicago – Division of Biostatistics – Guest lecturer – 2000-2010**
    Longitudinal Data Analysis (#537)
    Logistic Regression and Survival Analysis (#505)
    Biostatistics Research Seminar (#595).
    PGY-3 Research Methods in Psychiatry

**University of Chicago – 1988-1989**
    Multivariate Statistics (Division of Social Sciences)

**University of Chicago – 2011-present**
    Statistical Applications Course (Public Health Sciences and Statistics) (2012-2019)
    Committee on Academic Promotions (2013-2016)

# MENTORSHIP

**University of Chicago**

Ph.D.

Eiji Muraki (1983) *Marginal maximum likelihood estimation for three-parameter polychotomous item response models: application of an EM algorithm.*

Ulf Bockenholt (1985) *Inverse prediction in behavioral research.*

Donald R. Hedeker (1989) *Random Regression models with autocorrelated errors: investigating drug plasma levels and clinical response.*

Steven G. Schilling (1993) *Advances in full-information factor analysis using the Gibbs sampler.*

Matthew Churpek (2014) *Predicting in-hospital cardiac arrest using electronic health record data.*

Marcelo Coca Perraillon (2015) *Essays on health care quality measurement and evaluation.*

Jiebiao Wang (2017) *Statistical methods for genomics data with clustered structure and missing values.*

Qianheng Ma (2021) *Extensions to Statistical Methods for Analyzing Intensive Multilevel Longitudinal Data Collected by Mobile and Wearable Devices.*

Will Parker (2021) *Transplant center practices and the survival benefit of organ transplantation.*

**University of Illinois at Chicago**

Ph.D.

Subhash Aryal: (2008) *Small sample tests and sample size determination for linear and non-linear mixed- effects models.*

Kush Kapur (2010) *Hypothesis testing, power and sample size determination for health science data.*

Anup Amatya (2011) *Meta-analysis for binary adverse event data.*

Yoonsang Kim: (2011) *Confidence and prediction intervals for small sample asbestos fiber counts.*

Glen Schumock (2012) *Drug Safety*

David Morton: (2015) *Hospital Profiling*

M.S.

Subhash Aryal: (2004)

Arijit Sinha (2006)

Anup Amatya (2007)

Post-Doctoral Fellowship

Jason Immekus (2008)

Zheng Chang (2016-2017)

# FUNDED RESEARCH

**Current:**

2019-2022 Substance Abuse and Mental Health Services Administration (SAMHSA). *Mental and Substance Use Disorders Prevalence Study (MDPS)*, Grant #FG000030-01, $26,375,940 (Co-I).

2018-2022 National Institute of Mental Health. *Synthesis of trials to prevent suicide risk behavior in sexual and gender minorities*. R01MH117598 (Brown), $2,595,000 (Co-PI).

2021-2022 National Institute of Mental Health. *2/2 B-SNIP: Algorithmic Diagnostics for Efficient Prescription of Treatments (ADEPT)*, Grant #R01MH124805, $200,000 (PI).

2019-2022 National Institute of Mental Health. *Predictive Analytics Applied to Integrated Administrative Emergency Response Datasets in Chicago*, Grant #R01MH117168, $443,389 (PI of Statistical Core).

2019-2022 National Institute of Aging (NIA). *Adaptive Testing of Cognitive Function based on multi-dimensional Item Response Theory*, Grant #R56 AG066127-01, $4,241,904 (Co-I).

2019-2023 Blue Cross Blue Shield (BCBS) Association. *Interventions to Reduce Community Violence in High Risk Populations: Modeling the Complex Determinants of Violence*, Grant #SP0061226, #106,992 (Co-I).

2018-2023 National Institute of Mental Health. *Harnessing Computerized Adaptive Testing, Transdiagnostic Theories of Suicidal Behavior, and Machine Learning to Advance the Emergent Assessment of Suicidal Youth (EASY)*, Competitive Renewal, Grant #RO1 MH100155-06, $3,500,000 (PI).

2019-2023 National Institute of Mental Health. *Accelerator Strategies for States to Improve System Transformations Affecting Children, Youth and Families*, Grant #P50MH113662-A1, $39,341 (PI of Statistical Core).

2019-2024 National Institute of Health. *Methodology and Advanced Analytics Resource Center (MAARC)*, Grant # U2CDA05009, $2,433,384 (PI of Statistical Core).

2019-2024 National Institutes of Health. *Early-phase Schizophrenia: Practice-based Research to Improve Treatment Outcomes (ESPRITO)*, Grant #R01MH120594, $1,504,444 (PI of Statistical Core).

2019-2024 National Institute of Mental Health. *½-Building Infrastructure and Community Capacity for Integrated Care*, Grant #R01MH117247-02, $581,006 (PI of Statistical Core).


**Past:**


1984-1985 Campus Research Board of the University of Illinois. Grant #889 *Statistical Models of Complex Psychiatric Data.* $10,300 (PI).

1985-1988 Office of Naval Research. Young Investigator Award. *Conditional Dependence*, $181,000 (PI).

1986-1987 National Institute of Mental Health. *A Comparison of Discrete and Continuous Latent Structure*, Grant #1RO3 MH 39750-01 A1 $15,000, 1986 (Co. PI).

1985-1987 MacArthur Foundation, Network I, *Biometric Laboratory Support* $150,000 (PI).

1988-1989 Campus Research Board of the University of Illinois. Grant #5590 *Statistical Visualization*. $8,000 (PI).

1988-1990 MacArthur Foundation, Network I, *A Statistical Model for Biological Rhythm Study* $30,000 (PI).

1988-1991 Office of Naval Research. Continuation of Support for *Conditional Dependence*, $184,000 (PI).

1990-1992 National Institute of Mental Health. *Problem Drinking Over Time by Future MDs* Grant # RO1 AA07311-05, $493,233, Statistician, (Dr. Judy Richman PI).

1990-1991 MacArthur Foundation, Network I, *Social Zeitgebers and Biological Rhythms* $24,000. (Co. PI).

1990-1991 National Institute of Mental Health. *MIXMASTER: A computer program for resolving normal mixtures*, Grant #R43 MH 45620-01 A1 $50,000, (PI).

1991-1995 National Institute of Mental Health. *Statistical Evaluation: Preschoolers Behavior Problems & Health Care Use: A Longitudinal Study*, Grant # RO1 MH46089, $154,603, (Biostatistical Subcontract - Dr. John Lavigne PI).

1991-1993 National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-01 A2 $299,000, (PI).

1991-1992 National Institute of Mental Health. *Monoamine Receptor Sensitivity in Mental Illness*, Grant #RO1 MH36169-08A2, $187,040, Statistician, (Dr. Ghanshyam PI).

1991-1992 MacArthur Foundation, Network I, *A Statistical Re-evaluation of the NIMH Treatment Collaborative Study of Depression Using Random Regression Models*, $34,167. (PI).

1992-1997 National Institute of Mental Health. *Schizophrenic Cognition: A Longitudinal Study*, Grant # HHS-2

RO1 MH26341-17, $36,000 Biostatistical subcontract, (Dr. Martin Harrow PI).

1992-1996 National Institute of Mental Health. *Serotonin Receptors in Teenage Suicide and Their Families*, Grant # RO1 MH48153-01A1, $940,316, Statistician, (Dr. Ghanshyam Pandey PI).

1993-1996 National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-03 A1 $473,080, (PI). Renewal.

1995-2000 National Institute of Mental Health. *Research Scientist Award* Grant #K05 MH01254 $458,132 (PI).

1996-2000 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* Grant #RO1 MH 56146 $473,080 (CO-PI) (Dr. Donald Hedeker PI).

2000-2004 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* (percentile = 0.5) Grant #RO1 MH 56146-04 $1,233,936 (CO-PI) for Dr. Donald Hedeker PI).

2000-2007 National Institute of Mental Health. *Statistical Center for the MTA Follow-up Study*, $923,000 (PI).

2002-2007 National Institute of Mental Health. *Mixed-effects ZIP models for Mental Health Services Research*, #RO1 MH65556-01, $660,735 (PI).

2002-2006 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing*, Grant #RO1 MH66302-01, $1,077,502 (PI).

2004-2007 National Institute of Mental Health. *Multivariate Probit Model for Health Services Research*, Grant #RO1 MH67198-01, $663,950 (Dr. Hua Yun Chen PI).

2005-2008 National Institute of Mental Health. *Statistical Testing for Generalized Mixed-effects Models*, Grant #RO1 MH069353, $450,000 (Dr. Dulal Bhaumik PI).

2005-2006 National Cancer Institute. *Evaluation of the Added-Value of Multidimensional and Hierarchical Psychometric Modeling for Cancer Outcomes*, Contract #05828, $150,000 (PI).

2006-2007 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R56* MH078580-01, $232,500 (PI).

2007-2011 National Institute of Health (AHRQ - CERT). *Tools for Optimizing Prescribing, Monitoring and Education.* U18HS016973, $4,000,000 (PI of Statistical Core).

2006-2013 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing - Competitive Renewal*, Grant #RO1 MH66302-04, $3,429,658 (PI).

2007-2013 National Institute of Mental Health. *Autism Center of Excellence: Translational Studies of Insistence of Sameness in Autism.* 1P50HD055751, $9,600,000 (Cook), (PI of Statistical Core).

2008-2013 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R01* MH8012201, $2,640,000 (PI).

2009-2013 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing - Supplement*, Grant #RO1 MH66302-04, $1,773,298 (PI).

2011-2016 National Institute of Health (AHRQ - CERT). *Tools for Optimizing Prescribing, Monitoring and Education.* U18HS016973 (Lambert), $4,000,000, (PI of Statistical Core).

2011-2016 CMS. *Integrated Inpatient and Outpatient Care for Patients at High Risk of Hospitalization*. 1C1CMS331033-01-01 (Meltzer), (PI of Statistical Core).

2011-2016 CMS. Innovative Methods for Modeling Longitudinal Medical Costs. R01 HS020263-01 (Liu), (Co-investigator).

2013-2018 National Institute of Mental Health. *A New Statistical Paradigm for Measuring Psychopathology in Youth*, Administrative Supplement, $600,000 (PI).

2014-2019 National Institute of Mental Health. *Risks and Benefits of ADHD Medication for Psychiatric and Neurologic Problems* (D'Onofrio). R01 MH102221, (PI of Statistical Core). $3,000,000.

2014-2019 NIH/PECARN. *Emergency Department Screen for Teens at Risk for Suicide (ED-STARS)*. U01MH104311 (King), $2,906,947, (PI of Statistical Core).

2014-2019 Department of Defense. *Wingman Suicide Prevention Program*. Contract (Wyman) (PI of Statistical Core). $123,157.

2017-2019 National Institute of Mental Health. *Computerized Adaptive Testing of Suicidality in LGBT Young Adults*, Administrative Supplement #RO1 MH100155-03, $150,000 (PI).

2013-2019 National Institute of Mental Health. *A New Statistical Paradigm for Measuring Psychopathology in Youth*, Grant #RO1 MH100155-01, $3,376,000 (PI).

2015-2020 National Institute of Mental Health. *Bipolar-Schizoprenia Network for Intermediate Phenotypes 2 (B-*

*SNIP 2)*. R01 MH077851-05A1 (Taminga), (PI of Statistical Core).
2015-2020 National Institute of Mental Health. *Bipolar-Schizoprenia Network for Intermediate Phenotypes 2 (B-SNIP 2)*. R01 MH103368 (Gershon), (PI of Statistical Core). $643,000.

# PUBLICATIONS
*[peer reviewed, by topic area – <u>authors</u> are current or former students or trainees]*

**General Statistics and Biostatistics:**

1. **Gibbons R.D.**, Fielder-Weiss V.C., West D.P., Lapin G. Quantification of scalp hair - a computer aided methodology. *Journal of Investigative Dermatology, 86*, 78-82, 1986.

2. **Gibbons R.D.**, Computer-aided quantification of scalp hair. *Dermatologic Clinics, 4*, 627-640, 1986.

3. **Gibbons R.D.**, Bock RD. Trend in Correlated Proportions. *Psychometrika, 52*, 113-124, 1987.

4. Hatoum N.S., Leach C.L., Talsma D.M., **Gibbons R.D.**, & Garvin P.J. A statistical basis for using fewer rabbits in dermal irritation testing. *Journal of the American College of Toxicology*, *9*, 49-60, 1990.

5. Tanner J.M., **Gibbons R.D.** & Bock R.D. An image analysis system for TW skeletal maturity. *Hormone Research*, *32*, 11, 1992.

6. **Gibbons R.D.**, <u>Hedeker D.R.</u> & Davis J.M. Estimation of effect size from a series of experiments involving paired comparisons. *Journal of Educational Statistics*, *18*, 271-279, 1993.

7. **Gibbons R.D.**, <u>Hedeker D.R.</u> Charles S.C., & Frisch P. A random-effects probit model for predicting medical malpractice claims. *Journal of the American Statistical Association*, *89*, 760-767, 1994.

8. Tanner J.M., & **Gibbons R.D.** A computerized image analysis system for estimating Tanner-Whitehouse 2 bone age. *Hormone Research*, *42*, 282-287, 1994.

9. <u>Hedeker D.R.</u>, & **Gibbons R.D.** A random-effects ordinal regression model for multilevel analysis. *Biometrics*, *50*, 933-944, 1994.

10. Tanner J.M., & **Gibbons R.D.** Automatic bone age measurement using computerized image analysis. *J. Paed Endocr*, *7*, 141-145, 1994.

11. <u>Hedeker D.</u> & **Gibbons R.D.** MIXOR: a computer program for mixed-effects ordinal regression analysis. *Computer Methods and Programs in Biomedicine*, *49*, 157-176, 1996.

12. <u>Hedeker D.</u> & **Gibbons R.D.** MIXREG: a computer program for mixed-effects regression analysis with autocorrelated errors. *Computer Methods and Programs in Biomedicine*, *49*, 229-252, 1996.

13. Bock R.D. & **Gibbons R.D.** High dimensional multivariate probit analysis. *Biometrics*, *52*, 1183-1194, 1996.

14. <u>Hedeker D.</u> & **Gibbons R.D.** Application of random-effects pattern-mixture models for missing data in longitudinal studies. *Psychological Methods*, *2*, 64-78, 1997.

15. **Gibbons R.D.** & <u>Hedeker D.</u> Random-effects probit and logistic regression models for three-level data. *Biometrics*, *53*, 1527-1537, 1997.

16. **Gibbons R.D.** & Wilcox-Gök V. Health Service Utilization and Insurance Coverage: A Multivariate Probit Analysis. *Journal of the American Statistical Association*, *93*, 63-72, 1998.

17. **Gibbons R.D.** & Lavigne J.V. Emergence of childhood psychiatric disorders: A multivariate probit analysis. *Statistics in Medicine*, *17*, 2487-2499, 1998.

18. <u>Hedeker D.R.</u>, **Gibbons R.D** & Waternaux C. Sample size estimation for longitudinal designs with attrition. *J. of Educational Statistics*, *24*, 70-93, 1999.

19. **Gibbons R.D.**, Brown B.W., Azarnoff D.L., Bunney W.E., Cancro R., Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D., Pope A.M., French G.S. Assessment of the safety and efficacy data for the hypnotic Halcion[R]: Results of an analysis by an Institute of Medicine committee. *Journal of the American Statistical Association*, *94*, 993-1002, 1999.

20. **Gibbons R.D.**, Meltzer D., Duan N., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, Pope A. and Pitluck S. Waiting for Organ Transplantation, *Science*, *287*, 237-238,

2000.

21.   **Gibbons R.D.**, Duan, N., Meltzer D. Inequities in liver transplant allocation. *Science*, *289*, 549, 2000.

22.   **Gibbons R.D.** & Hedeker D. Applications of mixed-effect models in biostatistics. *Sankhya*, *62*, Series B, 70-103, 2000.

23.   Marcus S.M. and **Gibbons R.D.** Estimating the Efficacy of Receiving Treatment In Randomized Clinical Trials with Noncompliance. *Health Services and Outcomes Research Methodology*, *2*, 247-258, 2001.

24.   **Gibbons R.D.**, Duan N., Meltzer D., Pope, A., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, and Pitluck S. Waiting for Organ Transplantation: Results of an analysis by an Institute of Medicine Committee, *Biostatistics*, *4*, 207-222, 2003.

25.   **Gibbons R.D.** Racial disparities in liver transplantation. *Liver Transplantation*, *10*, 842-843, 2004.

26.   **Gibbons R.D.**, Lazar N.A., Bhaumik D.K., Sclove S.L., Chen H.Y., Thulborn K.R., Sweeney J.A., Hur K., Patterson D. Estimation and classification of fMRI hemodynamic response patterns. *Neuroimage*, *22*, 804-814, 2004.

27.   **Gibbons R.D.**, Bhaumik, D.K., Cox D.R., Grayson D., Davis J.M., and Sharma R.P. Sequential Prediction Bounds for Identifying Differentially Expressed Genes in Replicated Microarray Experiments. *Journal of Statistical Planning and Inference*, *129*, 19-37, 2005.

28.   Roy A., Bhaumik D.K., Aryal S., **Gibbons R.D.** Sample size determination for hierarchical longitudinal designs with differential attrition rates. *Biometrics, 63*, 699-707, 2007.

29.   **Gibbons R.D.**, Hur K., Bhaumik D., Bell C.C. Profiling of county-level foster care placements using random-effects Poisson regression models. *Health Services and Outcomes research Methodology*, *7*, 97-108, 2007.

30.   Aryal S., Bhaumik D.K., Mathew T. and **Gibbons R.D.** Approximate Tolerance Limits and Prediction Limits for the Gamma Distribution. *Journal of Applied Statistical Science*, *16*, 103-111, 2007.

31.   **Gibbons R.D.**, Segawa E., Karabatsos G., Amatya A.K., Bhaumik D.K., Brown C.H, Kapur K., Marcus S., Hur K., Mann J.J. Random-effect Poisson regression analysis of adverse event reports: The relationship between antidepressants and suicide. Statistics in Medicine, 27, 1814-1833, 2008.

32.   Bhaumik D.K., Roy A., Lazar N.A., Kapur K., Aryal S., **Gibbons R.D.**, Sweeney J.A., Patterson D: Hypothesis testing, power and sample size determination for between group comparisons in fMRI experiments. *Statistical Methodology*, 6, 133-146, 2008

33.   **Gibbons R.D** Design and analysis of longitudinal studies. *Psychiatric Annals*, 38, 758-761, 2008.

34.   Bhaumik D.K., Roy A. Aryal S., Hur K., Duan N., Normand S.L.T., Brown C.H., **Gibbons R.D.** Sample size determination for studies with repeated continuous outcomes. *Psychiatric Annals*, 38, 765-771, 2008.

35.   Lavori P.W., Brown C.H., Duan N., **Gibbons R.D.**, Greenhouse J. Missing data in longitudinal clinical trials - Part A: Design and conceptual issues. *Psychiatric Annals*, 38, 784-792, 2008.

36.   Siddique J., Brown C.H., Hedeker D., Duan N., **Gibbons R.D.**, Miranda J., Lavori P.W. Missing data in longitudinal trials – Part B: Analytic issues. *Psychiatric Annals*, 38, 793-801, 2008.

37.   Marcus S.M., Siddique J., Ten Have, T.R., **Gibbons R.D.**, Stuart E., Normand S.L.T. Balancing treatment comparisons in longitudinal studies. *Psychiatric Annals*, 38, 805-811, 2008.

38.   Brown C.H., Ten Have T.R., Jo B., Dagne G., Wyman P.A., Muthén B., and **Gibbons R.D.** Adaptive designs in public health. *Annual Review of Public Health*, 30, 17.1-17.25, 2009.

39.   Bhaumik D.K., Kapur K., **Gibbons R.D.** Testing parameters of a gamma distribution for small samples. *Technometrics*, 51, 326-334, 2009.

40.   Kapur K., Roy A., Bhaumik D.K., **Gibbons R.D.**, Lazar N.A., Sweeney J.A., Aryal S., Patterson D. Estimation and classification of BOLD responses over multiple trials. *Communications in Statistics*, 38, 3009-3113, 2009.

41.   Bhaumik D.K., Santra S., Aryal S., **Gibbons R.D.** One-sided simultaneous prediction limits for left censored normal random variables. Sankhya (Series B), 70, 226-282, 2009.

42.   Kraemer H.C., **Gibbons R.D.** Where do we go wrong in assessing risk factors, diagnostic and prognostic tests? The problems of two-by-two association. *Psychiatric Annals*, 39, 711-718, 2009.

43. Kraemer H.C., **Gibbons R.D.** Why does the randomized clinical trial methodology so often mislead clinical decision-making? Focus on moderators and mediators of treatment. *Psychiatric Annals*, 39, 736-745, 2009.

44. Teixeira-Pinto A., Siddique J., **Gibbons R.D.**, and Normand S.L.T. Statistical approaches to modeling multiple outcomes in psychiatric studies. *Psychiatric Annals*, 39, 711-718, 2009.

45. Stuart E.A., Marcus S.M., Horvitz-Lennon M.V., **Gibbons R.D.**, Normand S.L.T., Brown C.H. Using non-experimental data to estimate treatment effects. *Psychiatric Annals*, 39, 719-728, 2009.

46. **Gibbons R.D.** Design and analysis of longitudinal studies, part 2., *Psychiatric Annals*, 39, 690-691, 2009.

47. **Gibbons R.D.**, Hedeker D., DuToit S. Advances in analysis of longitudinal data. *Annual Review of Clinical Psychology*, 6, 79-107, 2010.

48. **Gibbons R.D.**, Amatya A.K., Brown C.H., Hur K., Marcus S.M., Bhaumik D.K., Mann, J.J. Post-approval drug safety surveillance. *Annual Review of Public Health*, 31, 419-437, 2010.

49. **Gibbons R.D.**, Lambert B.L., Mann J.J. A comment on Patorno et.al. (2010): Anticonvulsant medications and the risk of suicide, attempted suicide, or violent death. *JAMA*, 304, 521-522, 2010.

50. Siddique J., Crespi C.M., **Gibbons R.D.**, Green B.L. Using latent variable modeling and multiple imputation to calibrate rater bias in diagnosis assesment. *Statistics in Medicine*, 30, 160-174, 2011.

51. **Gibbons R.D.**, Mann J.J. Strategies for quantifying the relationship between medications and suicidal behavior: what has been learned. *Drug Safety*, 34, 375-395, 2011.

52. Bhaumik D.K., Aryal S., Amatya A., Kapur K., **Gibbons R.D.** Sample size determination for between group comparisons in mixed-effects logistic regression models for analysis of longitudinal data. *Journal of Applied Statistical Science*, 19, 1, 2011.

53. Bhaumik D.K., Amatya A., Normand S.L., Greenhouse J, .Kaizar E., Neelon B., **Gibbons R.D.** Meta-analysis of rare binary adverse event data. *Journal of the American Statistical Association*, 107, 555-567, 2012.

54. Marcus, S.M. and **Gibbons R.D.** Caution should be used in applying propensity scores estimated in a full cohort to adjust for confounding in subgroup analyses. *Pharmacoepidemiology and Drug Safety*, 21, 710-712, 2012.

55. Brown C.H., Mohr, D.C., Gallo C.G., Mader C., Palinkas L., Wingood Gina., Prado G., Kellam S.G., Pantin Hilda., Poduska J., **Gibbons R.D.**, McManus J., Ogihara M., Valente T., Wulczyn F., Czaja S., Sutcliffe G., Villamar J., Jacobs C. A Computational Future for Preventing HIV in Minority Communities: How Advanced Technology Can Improve Implementation of Effective Programs. *Journal of Acquired Immune Deficiency Syndromes*. 63:S72-S84, 2013.

56. Amatya A., Bhaumik D.K., **Gibbons R.D.** Sample size determination for clustered count data. *Statistics in Medicine*, 17, 162–4179, 2013.

57. Aryal S., Bhaumik D.K., Mathew T., **Gibbons R.D.** An optimal test for variance components of multivariate mixed-effects linear models. *Journal of Multivariate Analysis*, 124, 166-178, 2014.

58. Bhaumik D.K., Kapur K., Balakrishnan N., Keating J.P., **Gibbons R.D.** Small sample tests for shape parameters of gamma distributions. *Communications in Statistics*, 44, 1339-1363, 2015.

59. **Gibbons, R.D.**, Coca-Perraillon, M., Kim, J.B. Item response theory approaches to harmonization and research synthesis. *Health Services and Outcomes Research Methodology*, 14, 213-231, 2014.

60. Amatya A., Bhaumik D.K., Normand S.L., Greenhouse J., Kaiser E., Neelon B., **Gibbons R.D.** Likelihood-based random effect meta-analysis of binary events. *J. of Biopharmaceutical Statistics*, 25, 984-1004, 2015.

61. **Gibbons, R.D.**, Coca-Perraillon, M., Hur, K., Conti, R.M., Valuck, R.J., Brent, D.A. Antidepressant treatment and suicide attempts and self-inflicted injury in children and adolescents. *Pharmacoepidemiology and Drug Safety*, 24, 208-214, 2015.

62. Siddique, J., Reiter J.P, Brincks A., **Gibbons, R.D.**, Crespi C.M., Brown C.H. Multiple imputation for harmonizing longitudinal non-commensurate measures in individual participant data meta-analysis. *Statistics in Medicine*, 34, 3399-3414, 2015.

63. Wang, J., Gamazon, E.R., Pierce, B.L., Stranger, B.E., Im, H.K., **Gibbons, R.D.,** Cox, N.J., Nicolae, D.L., Chen, L.S. Imputing gene expression in uncollected tissues within and beyond GTEx. American

Journal of Human Genetics, 98, 697-708, 2016.

64.  **Gibbons, R.D.** Analysis of medical claims data. Wiley StatsRef: Statistics Reference Online. 1-8, 2016.

65.  **Gibbons, R.D.** OxyElite Pro and liver disease: Statistical assessment of an apparent association. *Journal of Statistical Theory and Practice, 12(1),* 42-47, 2018.

66.  Hedeker, D., du Toit, S., Demirtas, H., **Gibbons, R.D.** A note on marginalization of regression parameters from mixed models of binary outcomes. *Biometrics,* 74, 354-361, 2018.

67.  **Gibbons R.D.,** Hur K., Lavigne J., Wang J., Mann J.J. Medications and Suicide: High Dimensional Empirical Bayes Screening (iDEAS). *Harvard Data Science Review*, 1(2), 2019.

## Mental Health Statistics:

68.  **Gibbons R.D.**, Clark, D., & Davis J.M. A statistical model for the classification of imipramine response in depressed inpatients. *Psychopharmacology, 78,* 185-189, 1982.

69.  **Gibbons R.D.,** Dorus E., Ostrow D.G., Pandey G.N., Davis J.M., Levy D.L. Mixture distributions in psychiatric research. *Biological Psychiatry, 19,* 483-509, 1984.

70.  **Gibbons R.D.,** Davis J.M. The price of beer and the salaries, of priest: a note on the analysis and display of longitudinal psychiatric data. *Archives of General Psychiatry, 41,* 1183-1184, 1984.

71.  **Gibbons R.D.,** Lewine R.R.J., Davis J.M., Schooler N.R., Cole J.O. An empirical test of a Kraepelinian versus a Bleulerian view of negative symptoms. *Schizophrenia Bulletin, 11,* 390-395, 1985.

72.  **Gibbons R.D.,** Maas J.W., Davis J.M., Swann A., Redmond E., Casper R., Hanin I., Bowden C., Kocsis J., Stokes P. Path analysis of psychopharmacological data: catecholamine breakdown in man. *Psychiatry Research, 18,* 89-105, 1986.

73.  **Gibbons R.D.,** Davis J.M. Consistent evidence for a biological subtype of depression characterized by low CSF monoamine levels. *Acta Psychiatrica Scandinavica, 74,* 8-12,1986.

74.  Gibbons R.D., Hedeker D., Davis J.M. Regression toward the mean: More on the price of beer and the salaries of priests. *Psychoneuroendocrinology, 12,* 185-192, 1987.

75.  **Gibbons R.D.,** Janicak P.G., Davis J.M. A response to Overall and Rhoades regarding their comment on the efficacy of unilateral vs bilateral ECT. *Convulsive Therapy 3,* 228-237, 1987.

76.  Davis J.M., Koslow S.H., **Gibbons R.D.,** Maas J.W., Bowden C.L., Casper R., Hanin I., Javaid J.I., Chang S.S., Stokes P.E. Cerebrospinal fluid and urinary biogenic amines and metabolites in depressed and healthy controls: a multivariate analysis. *Archives of General Psychiatry*, 45, 705-717, 1988.

77.  Clark D.C., & **Gibbons R.D.** Does one nonlethal suicide attempt increase the risk for a subsequent nonlethal attempt? *Medical Care,* 25, 87-88, 1987.

78.  Kraemer H.C., Pruyn J.P., **Gibbons R.D.**, Greenhouse J.B., Grochocinski V.J., Waternaux C., & Kupfer D.J. Methodology in psychiatric research. *Archives of General Psychiatry,* 44, 1100-1106, 1987.

79.  **Gibbons R.D.,** Hedeker D.R., Waternaux C., & Davis J.M. Random regression models: A comprehensive approach to the analysis of longitudinal psychiatric data. *Psychopharmacological Bulletin*, 24, 438-443, 1988.

80.  Hedeker D.R., **Gibbons R.D.,** Waternaux C., & Davis J.M. Investigating drug plasma levels and clinical response using random regression models. *Psychopharmacological Bulletin*, 25, 227-231, 1989.

81.  Clark D.C., **Gibbons R.D.,** Fawcett, J. & Sheftner W.A. What is the mechanism by which suicide attempts predispose to later suicide attempts? A mathematical model. *Journal of Abnormal Psychology*, 98, 1989.

82.  **Gibbons R.D.,** Hedeker D.R. & Davis J.M. A comment on the selection of "healthy controls" for psychiatric experiments. *Archives of General Psychiatry*, 47, 785-786, 1990.

83.  **Gibbons R.D.,** Clark D.C & Fawcett J. A statistical method for evaluating suicide clusters and implementing cluster surveillance. *American Journal of Epidemiology, 132,* S183-S191, 1990.

84.  Fawcett J., Sheftner W.A., Fogg L., Clark D.C., Young M.A., Hedeker D.R., & **Gibbons R.D.** Time-related predictors of suicide in major affective disorder. *American Journal of Psychiatry*, 147, 1189-1194, 1990.

85.  Hedeker D.R., **Gibbons R.D.,** & Davis J.M. Random regression models for multicenter clinical trials

data. *Psychopharmacological Bulletin*, *27-1*, 73-77, 1991.

86. Daniel D.G., Goldberg T.E., **Gibbons R.D.** & Weinberger D.R. Lack of a bimodal distribution of ventricular size in schizophrenia: A Gaussian mixture analysis of 1056 cases and controls. *Biological Psychiatry*, *30*, 887-903, 1991.

87. **Gibbons R.D.**, Clark D.C & Fawcett J. Response to Bohning, Lindsay and Schlattman regarding statistical methodology for suicide cluster analysis. *American Journal of Epidemiology, 135*, 1312-1314, 1992.

88. Davis J.M., Janicak P.G, Wang Z.G., **Gibbons R.D.** & Sharma R.P. The efficacy of psychotropic drugs: Implications for power analysis. *Psychopharmacology Bulletin, 28*, 151-155, 1992.

89. **Gibbons R.D.**, Hedeker D.R., Elkin I., Waternaux C., Kraemer H.C., Greenhouse J.B., Shea M.T., Imber S.D., Sotsky S.M., & Watkins J.T. Some conceptual and statistical issues in analysis of longitudinal psychiatric data. *Archives of General Psychiatry*, *50*, 739-750, 1993.

90. **Gibbons R.D.**, and Hedeker D.R. Application of random-effects probit regression models. *Journal of Clinical and Consulting Psychology*, *62*, 285-296, 1994.

91. Hedeker D.R., **Gibbons R.D.**, & Flay B.R. Random regression models for clustered data: with an example from smoking prevention research. *Journal of Clinical and Consulting Psychology*, *62*, 757-765, 1994.

92. Elkin I., **Gibbons R.D.**, Shea M.T., Sotsky S.M., Watkins J.T., Pilkonis P.A. & Hedeker D. Initial severity and differential outcome in the NIMH treatment of depression collaborative research program. *Journal of Clinical and Consulting Psychology*, *63*, 841-847, 1995.

93. **Gibbons R.D.** Mixed-effects models for mental health services research. *Health Services and Outcomes Research Methodology*, *1*, 91-129, 2000.

94. **Gibbons R.D.**, Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant medication use and rate of suicide. *Archives of General Psychiatry*, *62*, 165-172, 2005.

95. **Gibbons R.D.**, Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant prescription rates and rates of early adolescent suicide. *American Journal of Psychiatry*, *163*, 1898-1904, 2006.

96. Marcus S.M., Gorman J.M., Tu X., **Gibbons R.D.**, Barlow D.H., Woods S.W., Shear M.K. Rater Bias in a Blinded Randomized Placebo-Controlled Psychiatry Trial. *Statistics in Medicine, 25*, 2762-2770, 2006.

97. **Gibbons R.D.**, Brown C.H., Hur K., Marcus S., Bhaumik D.K., Erkens J.A., Herings R.M.C., Mann J.J. Early evidence on the effects of the FDA black box warning on SSRI prescriptions and suicide in children and adolescents. *American Journal of Psychiatry, 164*, 1356-1363, 2007.

98. **Gibbons R.D.**, Brown C.H., Hur K., Marcus S., Bhaumik D.K., Mann J.J. The relationship between antidepressants and suicide: Results of analysis of the Veterans Health Administration datasets. *American Journal of Psychiatry*, *164*, 1044-1049, 2007.

99. **Gibbons R.D.**, Brown C.H., Mann J.J. SSRI prescribing rates and adolescent suicide: Is the black box helping or hurting. *Psychiatric Times*, *24*, 1-2, 2007.

100. Nakagawa A., Grunebaum M.F., Ellis S.P., Oquendo M.A., **Gibbons R.D.**, and Mann J.J. Suicide and antidepressant prescription rates in Japan, 1999-2003. J*ournal of Clinical Psychiatry*, *68*, 908-916, 2007.

101. **Gibbons R.D.** Dr. Gibbons replies. *American Journal of Psychiatry*, *164*, 1908-1910, 2007.

102. Brown C.H., Wyman P.A., Brinales J.M., and **Gibbons R.D.** The role of randomized trials in testing interventions for the prevention of youth suicide. *International Journal of Psychiatry, 19*, 617-631, 2007.

103. Mann J.J. and **Gibbons R.D.** SSRIs and the risk of suicide attempt and completion: a systematic review of observational studies. *Canadian Medical Association Journal*, 180, 270-271, 2009.

104. **Gibbons R.D.**, Normand S.L.T., Greenhouse J.B. Comment on "Risk of suicidality in clinical trials of antidepressants in adults: analysis of proprietary data submitted to US Food and Drug Administration,"*British Medical Journal*, http://www.bmj.com/cgi/eletters/339/aug11_2/b2880#220707.

105. **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. The relationship between antiepileptics and suicide attempts in patients with bipolar disorder. *Archives of General Psychiatry*, 66, 1354-1360, 2009.

106.   **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. Gabapentin and suicide attempts. *Pharmacoepidemiology and Drug Safety*,19, 1241-1247, 2010.

107.   **Gibbons R.D.**, Hur K., Brown C.H., Mann J.J. Antiepileptic Drugs and Suicide Attempts in Patients with Bipolar Disorder: Response to Mentari, Stone and Hammad. *Archives of General Psychiatry*, 67, 1326-1327, 2010.

108.   Marcus, S.M., **Gibbons, R.D.** A common misapplication of propensity scores. *Archives of General Psychiatry*, 68, March 3, 2011.

109.   **Gibbons R.D.**, Hur K., Brown C.H., Davis J.M., Mann J.J. Benefits from antidepressants: Synthesis of 6-week patient-level outcomes from double-blind placebo controlled randomized trials of fluoxetine and venlafaxine. *Archives of General Psychiatry,* 69, 572-579, 2012.

110.   **Gibbons R.D.**, Brown C.H., Hur K., Davis J.M., Mann J.J. Suicidal thoughts and behavior with antidepressants treatment: Re-analysis of the Randomized Placebo Controlled Studies of Fluoxetine and Venlafaxine. *Archives of General Psychiatry,* 69, 580-587, 2012.

111.   **Gibbons, R.D.** Brown C.H., Hur K. Is the rate of suicide among veterans elevated? *American Journal of Public Health*, 102, S17-S19, 2012.

112.   Marcus S.M., Weaver J., Lim S., Duan N., **Gibbons R.D.**, Rosenheck R. Assessing the causal effect of section 8 housing vouchers as the active ingredient for decreasing homelessness in veterans with mental illness. *Health Services and Outcomes Research Methodology*. 12, 273-287, 2012.

113.   **Gibbons R.D.**, Brown C.H., Hur K., Davis J.M., Mann J.J. Inappropriate data and measures lead to questionable conclusions - reply. *JAMA Psychiatry,* 70, 121-123, 2013.

114.   **Gibbons R.D.**, Brown C.H., Hur K., Davis J.M., Mann J.J. Suicide risk and efficacy of antidepressant drugs - reply. *JAMA Psychiatry,* 70, 123-125, 2013.

115.   **Gibbons R.D.** The statistics of suicide. *Shanghai Psychiatric Journal*, 25, 124-130, 2013.

116.   Marcus S.M., Lu B., Lim S., **Gibbons R.D.**, Oquendo M.A. Suicide attempts in patients with bipolar disorder tend to precede, not follow, initiation of antiepileptic drugs. *Journal of Clinical Psychiatry*, 74, 2013.

117.   **Gibbons R.D.,** Mann J.J. Varenicline, smoking cessation and neuropsychiatric events. *American Journal of Psychiatry*, 170, 1460-1467, 2013.

118.   Mann J.J, **Gibbons R.D.** Guns and Suicide. *American Journal of Psychiatry*, 170, 939-941, 2013.

119.   Rzhetsky A., Bagley S.C., Wang K., Lyttle C.S., Cook E.H., Altman R.B., **Gibbons R.D.** Environment and incentives affect the incidence of autism and intellectual disability. *PLOS Computational Biology*, 10, e1003518, 2014.

120.   Brent D.A., **Gibbons R.D.** Initial dose of antidepressant and suicidal behavior in youth. *JAMA Internal Medicine*, 174, 909, 2014.

121.   Green C.A., Duan N., **Gibbons R.D.**, Hoagwood K.E., Palinkas L.A., Wisdom J.P. Approaches to mixed methods dissemination and implementation research: methods, strengths, caveats, and opportunities. *Administration and Policy in Mental Health and Mental health Services Research*. 42, 508-523, 2015.

122.   **Gibbons, R.D.**, Hur, K., Mann, J.J. Suicide rates and the declining psychiatric hospital bed capacity in the United States. *JAMA Psychiatry*.74, 849-850, 2017.

123.   Quinn, P. D., Chang, Z., Hur, K., **Gibbons, R. D.**, Lahey, B. B., Rickert, M. E., Sjölander, A., Lichtenstein, P., Larsson, H., & D'Onofrio, B. M. Attention-deficit/hyperactivity disorder medication and substance-related problems. *American Journal of Psychiatry*, Published on-line first, June 29, 2017.

124.   Chang, Z., Quinn P.D., Hur K., **Gibbons R.D.**, Sjolander A., Larsson H., D'Onofrio B.M. Medication for attention-deficit/hyperactivity disorder and motor vehicle accidents. *JAMA Psychiatry*, 74, 597-603, 2017.

125.   Quinn, P.D., Hur, K., Chang, Z., Krebs, E.E., Bair, M.J., Scott, E.L., Rickert, M.E., **Gibbons, R. D.**, Kroenke, K., and D'Onofrio, B.M. Incident and long-term opioid therapy among patients with psychiatric conditions and medications: A national study of commercial healthcare claims. *Pain*. 158, 140-148, 2017.

126.   Taminga, C.A., Pearlson G.D., Stan, A.D., **Gibbons, R.D.** Padmanabhan, J., Keshavan, M., Clementz B.A. Strategies for advancing disease definition using biomarkers and genetics: The bipolar and

Schizophrenia network for intermediate phenotypes. *Biological Psychiatry*, 2, 20-27, 2017.

127. Brent, D., **Gibbons, R.D.**, Wilkinson, P., Dubicka, B. Antidepressants in pediatric depression. Do not look back in anger but around in awareness. *BJPsych Bulletin*, 42, 1-4, 2018.

128. Quinn, P.D., Hur, K., Chang, Z., Scott, E.L., Krebs, E.E., Bair, M.J., Rickert, M.E., **Gibbons, R. D.**, Kroenke, K., and D'Onofrio, B.M. Association of mental health conditions and treatments and long-term opioid analgesic receipt among adolescents. *JAMA Pediatrics*, 172, 423-430, 2018.

129. Wiggs, K.K., Chang, Z., Quinn, P.D., Hur, K., **Gibbons, R.D.**, Dunn, D., Brikell, I., Larsson, H., D'Onofrio, B.M. Attention-deficit/hyperactivity disorder medication and seizures. *Neurology*, 90, e1104-e1110, 2018.

130. Parker, W.F., Gorges, R.J., Gao, N., Zhang, Y., Hur, K., **Gibbons, R.D.** Association between groundwater lithium and the diagnosis of bipolar disorder and dementia in the United States. *JAMA Psychiatry*, 75, 751-754, 2018.

131. Rodrigue, A.L., McDowell, J.E., Tandon, N., Keshavan, M.S., Tamminga, C.A., Pearlson, G.D., Sweeney, J.A., Gibbons, R.D., and Clementz, B.A. Multivariate Relationships Between Cognition and Brain Anatomy Across the Psychosis Spectrum. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging*, 3, 992–1002, 2018.

132. Reininghaus, U., Bohnke, J.R., Chavez-Baldinid, U., **Gibbons, R.D.**, Ivleva, E., Clementz, B.A., Pearlson, G.D., Keshavan, M.S., Sweeney, J.A., Tamminga, C.A. Transdiagnostic dimensions of psychosis in the Bipolar-Schizophrenia Network on Intermediate Phenotypes (B-SNIP). *World Psychiatry*, 18, 67-76, 2019.

133. Brent D., Hur K., **Gibbons R.D.** Association Between Parental Medical Claims for Opiate Prescriptions and Risk of Suicide Attempt by Their Children. *JAMA Psychiatry*. 76(9), 941-947, 2019.

134. Ghirardi L., Larsson H., Chang Z., Chen Q., Quinn P.D., Hur K., **Gibbons R.D.**, D'Onofrio B.M. ADHD medication and unintentional injuries in children and adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry*, 59(8), 944-951, 2019.

135. Brent D., Hur K., **Gibbons R.D.** Letter in Reply: Association Between Parental Medical Claims for Opiate Prescriptions and Risk of Suicide Attempt by Their Children. *JAMA Psychiatry*, 76, 941-947, 2019.

136. Chang Z., Quinn P.D., O'Reilly L., Sjolander A., Hur K., **Gibbons R.D.**, Larsson H., and D'Onofrio B.M. Medication for Attention-Deficit/Hyperactivity Disorder and Risk for Suicide Attempts. *Biological Psychiatry*, 88(6), 452-458, 2020.

137. Brent D., Hur K., **Gibbons R.D.** Challenges of Suicide Outcomes Ascertainment in Administrative Claims Databases – Reply. *JAMA Psychiatry*. 77(1), 101-102, 2020.

138. Kane J.M., Schooler N.R., Marcy P., Correll C.U., Achtyes E.D., **Gibbons R.D.**, & Robinson D.G. Effect of Long-Acting Injectable Antipsychotics vs Usual Care on Time to First Hospitalization in Early-Phase Schizophrenia: A Randomized Clinical Trial. *JAMA Psychiatry*. 77(12), 1217-1224, 2020.

139. Clementz B.A., Parker D.A., Trotti R.L., McDowell J.E., … **Gibbons R.D.** Psychosis Biotypes: Replication and Validation from the B-SNIP Consortium. *Schizophrenia Bulletin*. 48(1), 56-68, 2022.

140. Quinn P.D., Chang Z., Bair M.J., Rickert M.E., Gibbons R.D., Kroenke K., and D'Onofrio B.M. Associations of opioid prescription dose and discontinuation with risk of substance-related morbidity in long-term opioid therapy. *PAIN*. 163(4), e588-595, 2022.

**Environmental Statistics:**

141. **Gibbons R.D.** Statistical prediction intervals for the evaluation of ground-water quality. *Ground Water, 25*, 455-465, 1987.

142. **Gibbons R.D.** Statistical models for the analysis of volatile organic compounds in waste disposal sites. *Ground Water, 25*, 572-580, 1987.

143. **Gibbons R.D.** A comment on "Statistical Methods for Evaluating Ground-water Monitoring from Hazardous Waste Facilities" - Final Rule *Ground Water, 27*, 252-254, 1989.

144.  **Gibbons R.D.** A general statistical procedure for Ground-Water Detection Monitoring at waste disposal facilities. *Ground Water, 28*, 235-243, 1990.

145.  **Gibbons R.D.** Estimating the precision of ground-water elevation data. *Ground Water, 28*, 357-360, 1990.

146.  **Gibbons R.D.** & Baker J. The properties of various statistical prediction limits. *Journal of Environmental Science and Health*, A26-4, 535-553, 1991.

147.  **Gibbons R.D.** Statistical tolerance limits for ground-water monitoring. *Ground Water*, 29, 563-570, 1991.

148.  **Gibbons R.D.** Statistical tolerance limits for ground-water monitoring. *Water Resources Journal*, *171*, 21-28, 1991. Reprinted by the United Nations Economic and Social Commission for Asia and the Pacific.

149.  **Gibbons R.D.** Some additional nonparametric prediction limits for ground-water monitoring at waste disposal facilities. *Ground Water*, *29*, 729-736, 1991.

150.  **Gibbons R.D.**, Jarke F.H., & Stoub K.P. Detection Limits: for linear calibration curves with increasing variance and multiple future detection decisions. *Waste Testing and Quality Assurance*, *3*, ASTM STP 1075, 377-390, 1991.

151.  **Gibbons R.D.**, Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Chemometrics and Intelligent Laboratory Systems*, *12*, 225-235, 1992.

152.  **Gibbons R.D.** Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics*, *2*, 125-162, 1995.

153.  **Gibbons R.D.** Rejoinder: Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics*, *2*, 163-167, 1995.

154.  **Gibbons R.D.** The problem with U.S. EPA's method detection limit. *American Environmental Laboratory*, *8*, 4-10, 1996.

155.  **Gibbons R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. *Environmetrics*, *7*, 185-199, 1996.

156.  **Gibbons R.D.**, Brown J. & Cameron K. Provisional standard guide for developing appropriate statistical approaches for ground-water detection monitoring programs. *ASTM* PS 64-96, West Conshohocken, PA, 1996.

157.  **Gibbons R.D.** & Coleman D.E. QL assumptions questioned. *J. of AWWA*, *88*, 4-8, 1996.

158.  **Gibbons R.D.** Stalking the RCRA Leapfrog. *Remediation*, *4*, 27-30, 1996.

159.  **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. An alternative minimum level definition for analytical quantification. *Environmental Science and Technology*, *31*, 2071-2077, 1997.

160.  <u>Zorn M.E.</u>, **Gibbons R.D.** & Sonzogni W.C. Weighted least squares approach to calculating limits of detection and quantification by modeling variability as a function of concentration. *Analytical Chemistry*, *69*, 3069-3075, 1997.

161.  **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *31*, 3729-3731, 1997.

162.  Baldwin R., Bethem R.A., Boyd R.K., Budde W.L., Cairns T., **Gibbons R.D.**, Henion J.D., Kaiser M.A., Lewis D.L., Matusik J.E., Sphon J.A., Stephany R.W., Trubey R.K. 1996 ASMS Fall workshop - Limits to confirmation, quantitation, and detection. *Journal of the American Society for Mass Spectrometry*, *8*, 1180-1190, 1997.

163.  **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *32*, 2346-2348, 1998.

164.  **Gibbons R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.

165.  **Gibbons R.D.** Some conceptual and statistical issues in detection and quantification of environmental pollutants. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.

166.  **Gibbons R.D.** False positives in groundwater statistics. *Waste Age*, *29*, 32-37, 1998.

167.  **Gibbons R.D.**, Brown J. & Cameron K. Guide for developing appropriate statistical approaches for

ground-water detection monitoring programs. *ASTM* D6312-98, West Conshohocken, PA, 1999.

168. **Gibbons R.D.** Discussion of simultaneous nonparametric prediction limits. *Technometrics*, *41*, 104-105, 1999.

169. **Gibbons R.D.**, Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *33*, 1313-1314, 1999.

170. Zorn M.E., **Gibbons R.D.** & Sonzogni W.C. Evaluation of approximate methods for calculating the limit of detection and limit of quantification. *Environmental Science and Technology*, *33*, 2291-2295, 1999.

171. **Gibbons R.D.** Use of combined Shewhart-CUSUM control charts for ground-water monitoring applications. *Ground Water*, *37*, 682-691, 1999.

172. **Gibbons R.D.**, Dolan D.G., May H., O'Leary K. & O'Hara R. Statistical comparison of leachate from hazardous, co-disposal, and municipal solid waste landfills. *Ground Water Monitoring and Remediation*, *19*, 57-72, 1999.

173. **Gibbons R.D.** Discussion of "Rethinking Poisson-based statistics for GW quality monitoring." *Ground Water*, *37*, 803-804, 1999.

174. **Gibbons R.D.** Detection and quantification of environmental pollutants. In *Encyclopedia of Analytical Chemistry*, John Wiley & Sons, New York, 2000.

175. **Gibbons R.D.** and Bhaumik D. Weighted random-effects regression models with application to inter-laboratory calibration. *Technometrics*, *43*, 192-198, 2001.

176. **Gibbons R.D.** A Statistical Approach for Performing Water Quality Impairment Assessments. *Journal of AWRA*, *39*, 841-849, 2003.

177. Bhaumik D.K. and **Gibbons R.D.** An upper prediction limit for the arithmetic mean of a lognormal random variable. *Technometrics*, *46*, 239-248, 2004.

178. **Gibbons R.D.** Standard guide for applying statistical methods for assessment and corrective action environmental monitoring programs. *ASTM* D7048-04, West Conshohocken, PA, 2004.

179. Bhaumik D.K. and **Gibbons R.D.** Confidence regions for random-effects calibration curves with heteroscedastic errors. *Technometrics*, *62*, 223-230, 2005.

180. Bhaumik D.K. and **Gibbons R.D.** One-sided prediction intervals for at least p of m observations from a gamma population at each of r locations. *Technometrics*, *48*, 112-119, 2006.

181. **Gibbons R.D.** and Bhaumik D.K. Simultaneous gamma prediction limits for ground-water monitoring applications. *Ground Water Monitoring and Remediation*, 26, 105-116, 2006.

182. Aryal S., Bhaumik D.K., Sourav S., **Gibbons R.D.** Confidence intervals for random-effects calibration curves with left-censored data. *Environmetrics*, 20, 181-189, 2009.

183. **Gibbons R.D.** Detection and quantification of environmental pollutants. In *Encyclopedia of Analytical Chemistry*, eds. R.A. Meyers, John Wiley, Chichester, 2012.

184. **Gibbons R.D.** Some conceptual and statistical issues in analysis of ground-water monitoring data. In *Encyclopedia of Environmental Analysis and Remediation*, revised edition. John Wiley & Sons, 2014.

185. **Gibbons R.D.**, Morris J.W.F., Prucha C.P., Caldwell M.D., Stanley B.F. Longitudinal data analysis in support of functional stability concepts for leachate management at closed municipal landfills. *Waste Management*, 34, 1674-1682, 2014.

186. **Gibbons, R.D.**, Bhaumik, D.K., Aryal, S. Groundwater monitoring, detection, and compliance. Wiley StatsRef: Statistics Reference Online. 1-14, 2016.

**Item Response Theory:**

187. **Gibbons R.D.**, Clark D.C., Cavanaugh S.V. Application of modern psychometric theory in psychiatric research. *Journal of Psychiatric Research, 19*, 43-55, 1985.

188. Bock R.D., **Gibbons R.D.**, Muraki E. Full information factor analysis. *Applied Psychological Measurement*, *12*, 261-280, 1988.

189. Hendrix M.S., Haviland M.G., **Gibbons R.D.**, & Clark D.C. An application of item-response theory to alexithymia assessment among abstinent alcoholics. *Journal of Personality Assessment*, *58*, 506-515,

1992.

190.    **Gibbons R.D.**, & <u>Hedeker D.R.</u> Full-information item bi-factor analysis. *Psychometrika*, *57*, 423-436, 1992.

191.    **Gibbons R.D.**, Clark D.C., & Kupfer D.J. Exactly what does the Hamilton Depression Rating Scale measure? *Journal of Psychiatric Research*, *27*, 259-273, 1993.

192.    **Gibbons R.D.**, Bock R.D., <u>Hedeker D.</u>, Weiss D., Segawa E., Bhaumik D.K., Kupfer D., Frank E., Grochocinski V., Stover A. Full-Information Item Bi-Factor Analysis of Graded Response Data. *Applied Psychological Measurement*, *31*, 4-19, 2007.

193.    **Gibbons R.D.**, Rush J., <u>Immekus J.C.</u> On the psychometric validity of the diagnostic domains of the PDSQ. *Journal of Psychiatric Research*, 43, 401-410, 2009.

194.    **Gibbons R.D.**, Bi-factor Analysis. *Encyclopedia of Quality of Life Research*, Springer, Netherlands, 386-394, 2014.

195.    **Gibbons R.D.**, <u>Beiser D.G.</u>, Boudreaux E.D., Kupfer D.J. Einstein, measurement and prediction. *Journal of Affective Disorders*, 256, 674, 2019..

196.    Stan, A.D., Tamminga, C.A., Han, K., Kim, J.B., Padmanabhan, J., Tandon, N., ... & **Gibbons R.D.** Associating Psychotic Symptoms with Altered Brain Anatomy in Psychotic Disorders Using Multidimensional Item Response Theory Models. *Cerebral Cortex*, 30(5), 2939-2947, 2020.

197.    **Gibbons, R.D.** Bi-factor Analysis. In: Maggino F. (eds) *Encyclopedia of Quality of Life and Well-Being Research*. Springer, Cham, 2021.


**Computerized Adaptive Testing:**

198.    **Gibbons R.D.**, Weiss D.J., Kupfer D.J., Frank E., Fagiolini A., Grochocinski V.J., Bhaumik D.K., Stover A. Bock R.D., <u>Immekus J.C.</u> Using computerized adaptive testing to reduce the burden of mental health assessment. *Psychiatric Services, 59*, 361-368, 2008.

199.    **Gibbons R.D.**, Weiss D.J., Pilkonis P.A., Frank E., Moore T., <u>Kim J.B.</u>, Kupfer D.K. Development of a computerized adaptive test for depression. *JAMA Psychiatry*, 69, 1104-1112, 2012.

200.    **Gibbons R.D.**, Hooker G., Finkelman M.D., Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kupfer D.J. The CAD-MDD: A computerized adaptive diagnostic screening tool for depression. *Journal of Clinical Psychiatry*, 74, 669-674, 2013.

201.    **Gibbons R.D.**, Weiss D.J., Pilkonis P.A., Frank E., Moore T., <u>Kim J.B.</u>, Kupfer D.K. Computerized adaptive test - depression inventory not ready for prime time - Reply. *JAMA Psychiatry*, 70, 763-765, 2013.

202.    **Gibbons R.D.**, Hooker G., Finkelman M.D., Weiss D.J., Pilkonis P.A., Frank E., Moore T., Kupfer D.J. Reply to CAD-MDD: Not diagnostic, lacks screening data. *Journal of Clinical Psychiatry*, 75, 85-86, 2014.

203.    **Gibbons R.D.**, Weiss D.J., Pilkonis, P.A., Frank E., Moore T., <u>Kim J.B.</u>, Kupfer D.J. Development of the CAT-ANX: A computerized adaptive test for anxiety. *American Journal of Psychiatry*, 171, 187-194, 2014.

204.    Achtyes E.D., Halstead S., Smart L, Moore T, Frank E, Kupfer D.J., **Gibbons R.D.** Validation of computerized adaptive testing in an outpatient non-academic setting. *Psychiatric Services*, 66, 1091-1096, 2015.

205.    **Gibbons R.D.**, Computerized adaptive diagnosis and testing of mental health disorders. *Annual Review of Clinical Psychology*, 12, 83-104, 2016.

206.    <u>Beiser D.G.</u>, Vu, M., **Gibbons, R.D.** Test-retest reliability of a computerized adaptive depression test. *Psychiatric Services*, 67, 1039-1041, 2016.

207.    Kim J.J., Silver R.K., Elue R., Adams M.G., La Porte L.M., Cai L., Kim J.B., **Gibbons R.D.** The experience of depression, anxiety and mania among perinatal women. *Archives of Women's Mental Health*, 19, 94-100. 2017.

208.    **Gibbons R.D.**, Kupfer D., Frank E. Moore T., Beiser D., Boudreaux E. Development of a computerized adaptive suicide scale. *Journal of Clinical Psychiatry*, 78, 1376-1382, 2017.

209.    Sani, S. <u>Busnello J.</u>, Kochanski R., Cohen, Y., **Gibbons R.D.** High frequency measurement of

depressive severity in a patient treated for severe treatment resistant depression with deep brain stimulation. *Translational Psychiatry*, 7, e1207, 2017.

210. Aschebrook-Kilfoy, B., Ferguson, B.A., Angelos, P., Kaplan, E.L., Grogan, R.H., **Gibbons, R.D.** Development of the ThyCAT: A clinically useful computerized adaptive test to assess quality of life in thyroid cancer survivors. *Surgery*, 163, 137-142, 2017.

211. **Gibbons R.D.**, Alegria, M., Cai, L., Herrera, L., Markle, S.L., Collazo, F. Garcia, E.B. Successful validation of the CAT-MH scales in a sample of Latin American migrants in the U.S. and Spain. *Psychological Assessments*, 30.10, 1267, 2018.

212. Graham A.K., Minc A., Staab E., Beiser D.G., **Gibbons R.D.**, Laiteerapong N. Validation of a computerized adaptive test for mental health in primary care. *Annals of Family Medicine*, 17, 23-20, 2019.

213. Beiser, D.J. Ward, C.E., Vu, M. Laiteerapong, N., **Gibbons, R.D.** Depression in Emergency Department Patients and Association with Healthcare Utilization. *Academic Emergency Medicine,* 2019, 26(8), 878-888, 2019.

214. **Gibbons R.D.**, Smith J.D., Brown C.H., Sajdak M., Tapia N., Kulik A., Epperson M.W., Csernansky J. Improving the evaluation of adult mental health disorders in the criminal justice system using computerized adaptive testing. *Psychiatric Services*. 70(11), 1040-1043, 2019.

215. **Gibbons R.D.,** deGruy F.V. Without wasting a word: Extreme improvements in efficiency and accuracy using computerized adaptive testing for mental health disorders (CAT-MH). *Current Psychiatry Reports*. 21, 1053-9, 2019.

216. LaPorte L.M., Lim J.J., Adams M.G., Zagorsky B.M., **Gibbons R.D.**, Silver R.K. Feasibility of perinatal mood screening and text messaging on patients' personal smartphones. *Archives of Women's Health,* 1-8, 2019.

217. **Gibbons R.D.,** Kupfer D., Frank E., Lahey B.B., George-Milford B., Biernesser C., Porta G., Moore T., Kim J.B., Brent D. Computerized adaptive tests for rapid and accurate assessment of psychopathology dimensions in youth. *Journal of the American Academy of Child and Adolescent Psychiatry*. (59)11, 1215-1217, 2019.

218. **Gibbons R.D.**, Beiser D.G., Boudreaux E.D., Kupfer D.J. Einstein, measurement, and prediction. *Journal of Affective Disorders*, 256, 674-75, 2019.

219. **Gibbons, R.D.**, Alegria, M., Markle, S., Fuentes, L., Zhang, L., Carmona, R., ... & Baca-García, E. Development of a computerized adaptive substance use disorder scale for screening and measurement: the CAT-SUD. *Addiction*, 115, 1382-1394, 2020.

220. Wyman P.A., Pisani A.R., Brown C.H., Yates B., Morgan-DeVelder L., Schmeelk-Cone K., **Gibbons R.D.**, Caine E.D., Petrova M., … Effect of Wingman-Connect Upstream Suicide Prevention for Air Force Personnel in Training: A Cluster Randomized Controlled Trial. *JAMA Network Open*, 3(10): e2022532. 2020.

221. Guinart D., Filippis R., Rossen S., Patil B., Prizgint L., Talasazan N., Meltzer H., Kane J., **Gibbons R.D.** Development and Validation of a Computerized Adaptive Assessment Tool for Discrimination and Measurement of Psychotic Symptoms. *Schizophrenia Bulletin*. sbaa168, 2020.

222. King C.A., Brent D., Grupp-Phelan J., Casper T.C., Dean J.M., Chernick L.S., Fein J.A., … **Gibbons R.D.** Computerized Adaptive Screen for Suicidal Youth (CASSY): Prospective Development and Validation. *JAMA Psychiatry*, 78(5), 540-549, 2021.

223. Mustanski B., Whitton S., Newcomb M., Clifford A., Ryan D.T., **Gibbons R.D.** Predicting suicidality using a computer adaptive test: Two longitudinal studies of sexual and gender minority youth. *Journal of Consulting and Clinical Psychology*, 89(3), 166-175, 2021.

224. Berona J., Whitton S., Newscomb M.E., Mustanski B., **Gibbons R.D.** Prospective risk and protective factors for the transition from suicide ideation to attempt among sexual and gender minority youth. *Psychiatric Services*. 89(3), 166-175, 2021.

225. **Gibbons R.D.**, Kupfer D.J., Frank E., Brent D.A., Dr. Gibbons et al. Reply, *Journal of the American Academy of Child & Adolescent Psychiatry*. 60(5), 542-543, 2021.

226. **Gibbons R.D.**, Chattopadhyay I., Meltzer H., Kane J.M., and Guinart D. Development of a computerized adaptive diagnostic screening tool for psychosis. *Schizophrenia Research*. Published

online ahead of print, 2021.

227. Karpin J.E., Rodriguez T.G., Traboulsi C., Rai V., **Gibbons R.D.**, and Rubin D.T. Assessment of Comorbid Depression and Anxiety in Inflammatory Bowel Disease Using Adaptive Testing Technology. *Observations and Research*, 3(1), 1-7, 2021.

228. Grunebaum M.F., Mann J.J., Galfalvy H.C., and **Gibbons R.D.** Computerized-Adaptive vs. Traditional Ratings of Depression and Suicidal Thoughts: An Assay Sensitivity Pilot Study in a Ketamine Clinical Trial. *Frontiers in Psychiatry*. 12, 450, 2021.

229. Wenzel E.S., **Gibbons R.D.**, O'Hara M.W., Duffecy J., Maki P.M. Depression and Anxiety Symptoms Across Pregnancy and the Postpartum in Low-Income Black and Latina Women. *Archives of Women's Mental Health*. 24, 979-986, 2021.

230. Brenner L.A., Betthauser L.M., Penzenik M… **Gibbons R.D.** et al. Development and Validation of Computerized Adaptive Assessment Tools for the Measurement of Posttraumatic Stress Disorder among United States Military Veterans. *JAMA Network Open*, 4(7), e2115707, 2021.

231. Wenzel E.S., Bernabé B.P., Dowty S.M., Nagelli U., Pezley L., **Gibbons R.D.**, and Maki P.M. Using Computerized Adaptive Tests to Screen for Perinatal Depression in Underserved Women of Color. *BMJ*. 25, 23-28, 2021.

232. Agulleiro L.M., de Filippis R., Rossen S., Patil B., Prizgint L., Talasazan N. … **Gibbons R.D.** Awareness of illness moderates self-assessment of psychotic symptoms. *Australian and New Zealand Journal of Psychiatry (ANZJP)*, Nov:48674211057480, 2021.

233. Bass V., Brown F., Beiser D.G., Peterson T., and **Gibbons R.D**. Preoperative Assessment of Anxiety and Depression Using Computerized Adaptive Screening Tools: A Pilot Prospective Cohort Study. *Anesthesia and Analgesia*. 134(4), 853-857, 2022.

234. Wyman P.A., Pickering T.A., Pisani A.R., Cero I., Yates B. … **Gibbons R.D**. Wingman-Connect Program increases social integration for Air Force personnel at elevated suicide risk: Social network analysis of a cluster RCT. *Social Science and Medicine*. 296, 114737, 2022.

235. Hulvershorn L.A., Adams Z.W., Smoker M. P., Aalsma M.C., Gibbons R.D. Development of a Computerized Adaptive Substance Use Disorder Scale for Screening, Measurement and Diagnosis – The CAT-SUD-E. *Drug and Alcohol Dependence Reports*. Published online ahead of print, 2022.

**Collaborative Studies:**

236. Stein J.H., **Gibbons R.D.**, & Meldman M.J. Lateral eye movement, handedness and sex in learning disability children. *Cortex*, 16, 223-229, 1980.

237. Ostrow D.G., Halaris A., DeMet E., **Gibbons R.D.** & Davis J.M. Ion transport and adrenergic function in major affective disorders. *Biological Psychiatry, 17*, 971-980, 1982.

238. Fawcett J., Clark D.C., Scheftner W.A., & **Gibbons R.D.** Assessing anhedonia in psychiatric patients: the pleasure scale. *Archives of General Psychiatry, 40*, 79-84, 1983.

239. Dorus E., Cox N.J., **Gibbons R.D.**, Shaughnessy R., Pandey G.N. & Cloninger R.C. Lithium ion transport and affective disorders within families of bipolar patients. *Archives of General Psychiatry, 401*, 945-552, 1983.

240. Ostrow D.G. Okonek A., **Gibbons R.D.**, Cooper R., & Davis J.M. Biological markers and antidepressant response. *Journal of Clinical Psychiatry, 44*, 10-13, 1983.

241. Cavanaugh S., Clark D.C., & **Gibbons R.D.** Diagnosing depression in the hospitalized medically ill. *Psychosomatics, 24*, 809-815, 1983.

242. Nasr S.J., Pandey G.N., Altman E.G., **Gibbons R.D.**, Gaviria M.F., & Davis J.M. Symptom profile of patients with positive DST. *Biological Psychiatry, 18* , 1069-1073, 1983.

243. Nasr S.J. & **Gibbons R.D.** Depressive symptoms associated with dexamethasone resistance. *Biological Psychiatry, 10*, 183-188, 1983.

244. Clark D.C., Cavanaugh S.A., & **Gibbons R.D.** The core symptoms of depression in medical and psychiatric patients. *Journal of Nervous and Mental Disease, 171*, 705-713, 1983.

245. Levy D.L., Yasillo N.J., Dorus E., Shaughnessy R., **Gibbons R.D.**, Peterson J., Janicak P.G., Gaviria M., & Davis J.M. Relatives of unipolar and bipolar patients have normal pursuit. *Psychiatry Research,*

*10*, 285-293, 1983.

246. Fugmann R.A., Aranyi C., Barbara P.W., Bradof J.N., **Gibbons R.D.**, Fenters J.D. The effect of diethylstilbestral as measured by host resistance and tumor susceptibility assays in mice. *Journal of Toxicology and Environmental Health, 11*, 827-841, 1983.

247. **Gibbons R.D.**, Gudas C., Gibbons S.W. A study of the relationship between flexibility of closure and surgical skill. *Journal of the American Podiatry Association, 73*, 12-16, 1983.

248. Killian G.A., Holzman P.S., Davis J.M., **Gibbons R.D.** Effect of psychotropic medication on selected cognitive and perceptual measures. *Journal of Abnormal Psychology, 93*, 58-70, 1984.

249. Poznanski E.O., Grossman J.A., Buchsbaum Y., Banegas M., Freeman L., **Gibbons R.D.** Preliminary studies of the reliability of validity of the children's depression rating scale. *Journal of the American Academy of Child Psychiatry, 23*, 191-197, 1984.

250. Zeller E.A., Huprikar S.V., **Gibbons R.D.**, Miller E.A. Influence of age, sex and osteogenesis imperfecta on count, protein content, and monoamine oxidase activity of human thrombocytes. *Clinica Chemica Acta, 137*, 123-129, 1984.

251. Maas J.M., Koslow S.H., Katz M.M., Bowden C.L., **Gibbons R.D.**, Robbins E., and Davis, J.M. Pretreatment neurotransmitter metabolite levels and response to tricyclic antidepressant drugs. *American Journal of Psychiatry, 141*, 1159-1171, 1984.

252. Fawcett J.A., Clark D.C., **Gibbons R.D.**, Aagesen C.A., Pisani V.D. Tilkin, J.M., Sellers D., Stutzman D. Preliminary report: evaluation of lithium therapy for alcoholism. *American Journal of Psychiatry, 45*, 494-498, 1984.

253. Janicak P.G., Davis J.M., **Gibbons R.D.**, Ericksen S., Chang S., Gallagher P. Efficacy of ECT: A meta analysis. *American Journal of Psychiatry, 142*, 297-302, 1985.

254. Levy D.L., Dorus E., Shaughnessy R., Yasillo N.J., Pandey G.N., Janicak P.G., **Gibbons R.D.**, Gaviria M., Davis J.M. Pharmacologic evidence for specificity of pursuit dysfunction to schizophrenia: lithium carbonate associated with abnormal pursuit. *Archives of General Psychiatry, 42*, 335-341, 1985.

255. Thomas P., Fugman R., Aranyi C., Barbera P., **Gibbons R.D.**, Fenters J. The effect of dimethylnitrosamine on host resistance and immunity. *Toxicology and Applied Pharmacology, 77*, 219-229, 1985.

256. Thomas P., Ratajczak H., Aranyi C., **Gibbons R.D.**, Fenters J. Evaluation of host resistance and immune function in cadmium-exposed mice. *Toxicology and Applied Pharmacology, 80*, 446-456, 1985.

257. Gordon S.M., Szidon J.P., Krotoszynski B.K., **Gibbons R.D.**, O'Neill H.J. Volatile organic compounds in the expired air of subjects with lung cancer. *Clinical Chemistry, 31*, 1278-1282, 1985.

258. Janicak P.G., Mask J., Trimakas K.A., **Gibbons R.D.** ECT: an assessment of mental health professionals' knowledge and attitudes. *Journal of Clinical Psychiatry, 46*, 262-266, 1985.

259. Clark D.C., **Gibbons R.D.**, Fawcett J., Aagesen C.A., Sellars D. Unbiased criteria for severity of depression in alcoholic inpatients. *Journal of Nervous and Mental Disease, 73*, 482-487, 1985.

260. Goldman M., Dratman M.B. Crutchfield F.L., Jennings A.S., Marvniak J.A., **Gibbons R.D.** Intrathecal triiodothyronine administration causes greater heart rate stimulation in hypothyroid rats than intravenously-delivered hormone: evidence for a central nervous system site of thyroid action. *Journal of Clinical Investigation, 76*, 1622-1625, 1985.

261. **Gibbons R.D.**, Baker R.J., Skinner D.B. Field articulation testing: a predictor of technical skills in surgical residents. *Journal of Surgical Research, 41*, 53-57, 1986.

262. Clark D.C., Gibbons R.D., Daugherty S.R., Silverman C.M. Model for quantifying the drug involvement of medical students. *International Journal of Addictions, 22*, 249-271, 1987.

263. Dorus W., Kennedy J., **Gibbons R.D.**, Ravi S.D. Symptoms and diagnosis of depression in alcoholics. Alcoholism: *Clinical and Experimental Research, 11*, 150-154, 1987.

264. Fawcett J.A., Scheftner W., Clark D.C., Hedeker D.R., **Gibbons R.D.**, Coryell W. Clinical predictors of suicide in patients with major affective disorders: A controlled prospective study. *American Journal of Psychiatry, 144*, 35-40, 1987.

265. Mass J.W., Koslow S.H., Davis, J.M., Katz M., Frazer A., Bowden C.L., Berman N., **Gibbons R.D.**, Stokes P., Landis H. Catecholamine metabolism and disposition in healthy and depressed subjects.

*Archives of General Psychiatry, 44*, 337-344, 1987.

266. Fawcett J., Clark D.C., Aagesan C.A., Pisani V.D., Tilkin J.M., Sellers D., McGuire M., **Gibbons R.D.** A double blind placebo controlled trial of lithium therapy for alcoholism. *Archives of General Psychiatry, 44*, 248-256, 1987.

267. Pandey G.N., Fawcett J.A., **Gibbons R.D.**, Clark D.C., Davis J.M. Platelet monoamine oxidase in alcoholism. *Biological Psychiatry, 24*, 15-24, 1988.

268. O'Neill H.J., Gordon S.M., O'Neill M.H., **Gibbons R.D.**, & Szidon J.P. A computerized classification technique for screening for the presence of breath biomarkers in lung cancer. *Clinical Chemistry*, *33*, 1613-1618, 1988.

269. Aranyi C., Henry M.C., Vana S.C., **Gibbons R.D.**, & Iverson W.O. Effects of multiple intermittent inhalation exposures to red phosphorus/butyl rubber obscurant smokes in Sprague-Dawley rats. *Inhalation Toxicology*, *1*, 65-78, 1988.

270. Talsma D.M., Leach C.L., Hatoum N.S., **Gibbons R.D.**, Roger J.C., & Garvin P.J. Reducing the number of rabbits in the Draize eye irritancy test: A statistical analysis of 155 studies conducted over 6 years. *Fundamental and Applied Toxicology*, *10*, 146-153, 1988.

271. Henthorn T.K., Benitez J., Avram M.J., Martinez C., Llerena A., Cobaleda J., Krejcie T.C., & **Gibbons R.D.** Assessment of the debrisoquin and dextromethorphan phenotyping tests by Gaussian mixture distribution analysis. *Clinical Pharmacology and Therapeutics*, *45*, 328-333, 1989.

272. Fawcett J., Aagesen C.A., Tilken J.M., McGuire M., Clark D.C., Pisani V.D., Sellers D., & **Gibbons R.D.** Lithium carbonate prophylaxis of alcoholism: Its time has come: in reply. *Archives of General Psychiatry*, *46*, 290-291, 1990.

273. Charles S.C., **Gibbons R.D.**, Frisch P.R., Pyskoty C.E., Hedeker D.R., & Singha N.K. Predicting risk for medical malpractice claims utilizing quality of care characteristics. *Western Journal of Medicine*, *157*, 433-439, 1992.

274. Clark D.C., **Gibbons R.D.**, Haviland M.G., & Hendryx M.S. Assessing the severity of depressive states in recently-detoxified alcoholics. *J. of Studies on Alcohol*, *54*, 107-114, 1993.

275. Appleby L., Desai P.N., Luchins D.J., **Gibbons R.D.**, & Hedeker D.R. Length of stay and recidivism in schizophrenia: A study of public psychiatric hospital patients. *Am. J. of Psychiatry*, *150*, 72-76, 1993.

276. Miller N.S., Szcuczki D. & **Gibbons R.D.** Family history in comorbidity and alcohol dependence in cocaine dependence. *Alcohol Treatment Quarterly*, *10*, 77-94, 1993.

277. Frisch P., Charles S.C., **Gibbons R.D.** & Hedeker D.R. Role of previous claims and specialty on the effectiveness of risk management education for office based physicians. *The Western Journal of Medicine*, *163*, 346-350, 1995.

278. Elkin I., **Gibbons R.D.**, Shea M.T., & Shaw B.F. Science is not a trial (but it can sometimes be a tribulation). *Journal of Clinical and Consulting Psychology*, *64*, 92-103, 1996.

279. Appleby L., Luchins D.J., Desai P.N., **Gibbons R.D.**, Janicak P.G. & Marks R. Length of inpatient stay and recidivism among patients with schizophrenia. *Psychiatric Services*, *47*, 985-990, 1996.

280. Lavigne J.V., **Gibbons, R.D.**, Cristoffel K.K., Arend, R., Rosenbaum D., Binns H., Dawson N., Sobel H. & Isaacs C. Prevalence rates and correlates of psychiatric disorders among preschool children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *35*, 204-214, 1996.

281. Lavigne J.V., Binns H.J., Arend R., Rosenbaum D., Christoffel K.K, Hayford J.R. & **Gibbons R.D.** Psychopathology and health care use among preschool children: A retrospective analysis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 262-270, 1998.

282. Lavigne J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K., & **Gibbons R.D.** Psychiatric disorders with onset in the preschool years: I. Stability of diagnosis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 1246-1254, 1998.

283. Lavigne J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K., & **Gibbons R.D.** Psychiatric disorders with onset in the preschool years: II. Correlates and predictors of stable case status. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 1255-1261, 1998.

284. Bunney W.E., Azarnoff D.L., Brown B.W., Cancro R., **Gibbons, R.D.**, Gillin J.C., Hullett S., Killam K.F., Kupfer D.J., Krystal J.H., Stolley P.D., French G.S., Pope A.M. Report on the Institute of Medicine committee on the efficacy of and safety of Halcion. *Archives of General Psychiatry*, *56*, 349-

352, 1999.

285.    Lavigne J.V., **Gibbons R.D.**, Arend R., Rosenbaum D., Binns H.J., & Christoffel K.K. Toward rational service planning in pediatric primary care: continuity and change in the occurrence of psychopathology among young children enrolled in pediatric practices. *J. of Pediatric Psychology*, 24, 393-403, 1999,

286.    Lavigne J.V. Cicchetti C., **Gibbons R.D.**, Binns, H.J., Larsen, L., and DeVito C. Oppositional defiant disorder with onset in preschool years: Longitudinal stability and pathways to other disorders. *Journal of the American Academy of Child and Adolescent Psychiatry*, 40, 1393-1400, 2001.

287.    Frank E., Kupfer D.J., Gerebtzoff, Meya, U., Laghrissi-Thode, F., Grochocinski, V.J., Houck, P.R., Mallinger, A.G., and **Gibbons, R.D.** The development of study exit criteria for evaluating antimanic compounds. *Journal of Clinical Psychiatry*, 62, 421-425, 2001.

288.    Bailey H.R., Beck D.E., Billingham R.P., Binderow S.R., Gottesman L., Hull T., Larach S.W., Margolin D.A., Milson J.W., Potenti F.M., Rafferty J.F., Riff D.S., Sands L.R., Senagore A., Stamos M.J., Yee L.F., Young-Fadok T.M., **Gibbons R.D.** A study to determine the nitroglycerin ointment dose and dosing interval that best promote the healing of chronic anal fissures. *Dis Colon Rectum*, 45, 1192-1199, 2002.

289.    MTA Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: 24-month outcomes of treatment strategies for attention-deficit/hyperactivity disorder. *Pediatrics*, 113, 754-761, 2004.

290.    MTA Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: Changes in effectiveness and growth after the end of treatment. *Pediatrics*, 113, 762-769, 2004.

291.    Hurlburt M.S., Leslie L.K., Landsverk J., Barth R.P., Burns B.J., **Gibbons R.D.**, Slymen D.J., Zhang J. Contextual predictors of mental health service use among a cohort of children open to child welfare. *Archives of General Psychiatry*, 61, 1217-1224, 2004.

292.    Redd J, Suggs H, **Gibbons R.D.**, Muhammad L, McDonald J, Bell CC. The Bloomington Model: A Plan to Strengthen Families and Decrease the Need for Protective Custody. *Illinois Child Welfare, 2*, 34-46, 2007.

293.    Kunwar S., Prados M.D., Chang S.M., Berger M.S., Lang F.F., Piepmeier J.M., Sampson J.H., Ram Z., Gutin P.H., **Gibbons R.D.**, Aldape K.D., Croteau D., Sherman J.W., Puri R.K. Direct inter-cerebral delivery of Cintredekin Besudotox (IL13-PE38QQR) in patients with recurrent malignant glioma. *Journal of Clinical Oncology, 25*, 837-844, 2007.

294.    Swanson J.M., Elliott G.R., Greenhill L.L., Wigal T., Arnold L.E., Vitiello B., Hetchman L., Epstein J., Pelham W., Abikoff H.B., Newcorn J., Molina B., Hinshaw S., Wells K., Hoza B., Severe J.B., Jensen P.S., **Gibbons R.D.**, Hur K., Stehli A., Davies M., March J., Caron M., Volkow N.D., and Posner M.I. Effects of Stimulant Medication on Growth Rates Across 3 Years in the MTA Follow-up. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 1015-1027, 2007.

295.    Jensen P.S., Arnold L.E., Swanson J., Vitiello B., Abikoff, H.B., Greenhill L.L., Hechtman L., Hinshaw S.P., Pelham W.E., Wells K.C., Conners C.K., Elliott G.R., Epstein J., Hoza B., Molina B.S., Newcorn J.H., Severe J.B., Wigal T., **Gibbons R.D.**, Hur K., Follow-up of the NIMH MTA Study at 36 Months After Randomization. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 989-1002, 2007.

296.    Swanson J., Hinshaw S.P., Arnold L.E., **Gibbons R.D.**, Marcus S., Hur K., Jensen P.S., Vitiello B., Abikoff H., Greenhill L.L., Hechtman L., Pelham W., Wells K., Conners C.K., Elliott G., Epstein L., Hoagwood K., Hoza B., Molina B.S., Newcorn J.H., Severe J.B., Odbert C., Wigal T. Secondary Evaluations of MTA 36-month Outcomes: Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 1003-1014, 2007**.**

297.    Molina B.S., Flory K., Hinshaw S.P., Greiner A.R., Arnold L.E., Swanson J., Hechtman L., Jensen P.S., Vitiello B., Hoza B., Pelham W.E., Elliott G.R., Wells K.C., Abikoff H.B., **Gibbons R.D.**, Marcus S., Epstein J., Greenhill L.L., Newcorn J.H., Severe J.B., Wigal T. Delinquent behavior and emerging substance use in the MTA at 36-months: Prevalence, course, and treatment effects. Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 1028-1040, 2007**.**

298. Shuhaiber J.H., Kim J.B., Hur K., **Gibbons R.D.** Comparison of Survival in Primary and Repeat Heart Transplantation during 1987-2004 in the United States. *Annals of Thoracic Surgery, 83,* 2135-2141, 2007.

299. Bell C.C., Bhana A., Petersen I, McKay M.M., **Gibbons R.D.**, Bannon W., Amatya A. Building protective factors to offset sexually risky behaviors among black South African youth: A randomized controlled trial. *Journal of the National Medical Association*, 100, 936-944, 2008.

300. Shuhaiber J.H., Kim J.B., **Gibbons R.D.** Repeat heart-lung transplantation outcome in the United States. *Journal of Heart Lung Transplantation*, 27, 1122-1127, 2008.

301. Hoagwood K.E., Green E., Kelleher K., Schoenwald S.K., Rolls-Reutz J., Landsverk J., Glisson C., Mayberg S., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Green E. P., Jensen P. S., Miranda J., & Palinkas L. Family advocacy, support and education in children's mental health: Results of a national survey. *Administration and Policy in Mental Health and Mental Health Services Research, 35,* 73-83, 2008.

302. Schoenwald S.K., Chapman J.E., Kelleher K., Hoagwood K.E., Landsverk J., Stevens J., Glisson C., Rolls-Reutz J., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Green E.P., Jensen P.S., Mayberg S., Miranda J., & Palinkas L. A survey of the infrastructure for children's mental health services: Implications for the implementation of empirically supported treatments (ESTs). *Administration and Policy in Mental Health and Mental Health Services Research*, *35*, 84-97, 2008.

303. Glisson C., Landsverk J., Schoenwald S., Kelleher K., Hoagwood K.E., Mayberg S., Green P., Weisz J., Chorpita B., **Gibbons R.D.**, Green E.P., Hoagwood K., Jensen P.S., Miranda J., Palinkas, L. Assessing the Organizational Social Context (OSC) of mental health services: Implications for research and practice. *Administration and Policy in Mental Health and Mental Health Services Research,* 35, 98-113, 2008.

304. Chorpita, B.F., Bernstein A., Daleiden E.L., Weisz J. **Gibbons R.D.**, Glisson C., Green E.P., Hoagwood K., Jensen P.S., Kelleher K., Landsverk J., Mayberg S., Miranda J., Palinkas L., Scoenwald S. Driving with roadmaps and dashboards: Using information resources to structure the decision models in service organizations. *Administration and Policy in Mental Health and Mental Health Services Research, 35,* 114-123, 2008.

305. Glisson C., Schoenwald S.K., Kelleher K., Landsverk J., Hoagwood K.E., Mayberg S., Green E. P., Weisz J.R., Chorpita B.F., **Gibbons R.D.**, Jensen P.S., Miranda J., & Palinkas L. Therapist turnover and new program sustainability in mental health clinics as a function of organizational culture, climate, and service structure. *Administration and Policy in Mental Health and Mental Health Services Research, 35*, 124-133, 2008.

306. Atkins M.S., Frazier S.L., Leathers S.J., Graczyk P.A., Talbott E., Jakobsons L., Adil J.A., Marinez-Lora A., Demirtas H., **Gibbons R.D.**, Bell C.C. Teacher key opinion leaders and mental health consultation in low-income urban schools. *J Consult Clin Psychol, 76*, 905-908, 2008.

307. Shuhaiber J.H., Kim J.B., Hur K., **Gibbons R.D.** Survival of primary and repeat lung transplantation in the United States. *Annals of Thoracic Surgery*, 87, 261-266, 2009.

308. Cassano G.B., Mula M., Rucci P., Miniati M., Frank E., Kupfer D.J., Oppo A., Calugi S., Maggi L., **Gibbons R.D.**, Fagiolini A. The structure of lifetime manic-hypomanic spectrum. *Journal of Affective Disorders*, 115, 253-256, 2009.

309. Molina B.S.G., Hinshaw S.P., Swanson J.M., Arnold L.E., Vitiello B., Jensen P.S., Epstein J.N., Hoza B., Hechtman L., Abikoff H.B., Elliott G.R., Greenhill L.L., Newcorn J.H., Wells K.C., Wigal T.L., Severe J.B., **Gibbons R.D.**, Hur K., Houck P.R., and the MTA Cooperative Group. The MTA at 8 Years: Prospective Follow-Up of Children Treated for Combined Type ADHD in a Multisite Study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 48, 484-500, 2009.

310. Owley T., Brune C.W., Salt J., Walton L., Guter S., Ayuyao N., **Gibbons R.D.**, Leventhal B.L., Cook E.H. A Pharmacogenetic Study of Escitalopram in Autism Spectrum Disorders, *Autism Research*, 2, 1-7, 2009.

311. Nemunaitis J., Clayman G., Agarwala S., Hrushesky W., Moore C., Hamm J., Menander K.A., Licato L.L., Chada S., **Gibbons R.D.**, Roth J.A., Sobol R.E., and W.J. Goodwin. Biomarkers Predict *p53* Gene Therapy Efficacy in Recurrent, Squamous Cell Carcinoma of the Head and Neck. *Clinical Cancer Research*, 15, 7719-7725, 2009.

312.     Shuhaiber J.H., Hur K., **Gibbons R.D.** The influence of pre-transplant use of ventricular assist devices on survival following heart transplantation: A propensity score matched analysis. *British Medical Journal*, 340, 1-8, 2010.

313.     Aarons G.A., Glisson C., Hoagwood K.E., Landsverk J., Kelleher K., Cafri G., Chorpita B.F., **Gibbons R.D.**, Green E.P., Mayberg S., Miranda J., Palinkas L., Schoenwald S. K., & Weisz J. R. Psychometric properties and United States national norms of the Evidence-Based Practice Attitude Scale (EBPAS). *Psychological Assessment*, 22, 356-365, 2010.

314.     Lambert B.L., Dickey L.W., Fisher W.M., **Gibbons R.D.**, Lin S.J., Luce P.A., McClennan C.T., Senders J.W., Yu C.T. Listen carefully: The risk of error in spoken medication orders. *Social Science & Medicine*, 70, 1599-1608, 2010.

315.     Hoza, B., Murray-Close, D., Arnold, L. E., Hinshaw, S. P., Hechtman, L., Vitiello, B., … Stern, K. Time-dependent changes in positively biased self-perceptions of children with attention-deficit/hyperactivity disorder: A developmental psychopathology perspective. *Development and Psychopathology*, *22*(2), 375–390, 2010.

316.     Sripada B.N., Henry D.B., Jobe T.H., Winer J., Schoeny M., **Gibbons R.D.** A randomized controlled trial of a feedback method for improving empathic accuracy in psychotherapy. *Psychology and Psychotherapy Theory, Research, and Practice,* Epub, 2010.

317.     Stevens J., Kelleher K.J., Wang W., Schoenwald S.K., Hoagwood K.E., Landsverk J., Chorpita B.F., **Gibbons R.D.**, Glisson C., Green E.P., Mayberg S., Miranda J., Palinkas L., Weisz J.R. Use of psychotropic medication guidelines at child-serving community mental health centers as assessed by clinical directors. *Community Mental Health Journal*, 47, 361-363, 2011.

318.     Schumock G.T., **Gibbons R.D.,** Lee T.A., Joo M., Valuck R. Stayner L. The relationship between leukotriene-modifying agent prescriptions dispensed and the rate of suicide deaths by county in the United States. *Drug, Healthcare, and Patient Safety*, 3, 47-52, 2011.

319.     Woo J.M., **Gibbons R.D.**, Qin P.Q., Komarow H., Kim J.B., Rogers C.A., Mann J.J., Postolache T.T. Suicide and prescription rates of intranasal corticosteroids and nonsedating antihistamines for allergic rhinitis: An ecological study. *J. of Clinical Psychiatry*, 72, 1423-1428, 2011.

320.     Schumock G.T., Lee T.A., Joo M., Valuck R. Stayner L., **Gibbons, R.D.** Association between leukotriene modifying agents and suicide. *Drug Safety*, 34, 533-544, 2011.

321.     Schumock G.T., **Gibbons R.D.**, Lee T.A., Joo M.J., Stayner L.T., Valuck R.J. The association between leukotriene-modifying agents and spontaneously reported suicide. *Drug Information Journal.*46, 99-106, 2012.

322.     Weisz J.R., Chorpita B.F., Palinkas L.A., Schoenwald S.K., Miranda J., Bearman S.K., Daleiden, E.L., Ugueto A.M., Ho A., Martin J., Gray J., Alleyne A., Langer D.A., Southam-Gerow M.A., **Gibbons R.D**., and the Research Network on Youth Mental Health. Testing standard and modular designs for psychotherapy with youth depression, anxiety, and conduct problems: A randomized effectiveness trial. *Archives of General Psychiatry,* 69, 274-282, 2012.

323.     Vitiello B., Elliott G.R., Swanson J.M., Arnold L.E., Hechtman L., Abikopf H., Molina B.S.G., Wells K., Wigal T., Jensen P.S., Greenhill L.L., Kaltman J.R., Severe J.B., Odbert C, Hur K., **Gibbons R.D.** Blood pressure and heart rate over 10 years in the multimodal treatment study of children with ADHD. *American Journal of Psychiatry*,169, 167-177, 2012.

324.     Woo J.M., **Gibbons R.D.**, Rogers C.A., Qin P., Kim J.B., Roberts D.W., Noh E.S., Mann J.J., Postolache, T.T. Pollen counts are not significantly associated with suicide rates in the U.S. *Acta Psychiatrica Scandinavica.* 125, 168-175, 2012.

325.     Schumock G.T., Stayner L.T., Valuck R.J., Joo M.J., **Gibbons R.D.**, Lee T.A. Risk of suicide attempt in asthmatic children and young adults prescribed leukotriene-modifying agents: A nested case-control study *Journal of Allergy and Clinical Immunology,* Aug;130(2):368-75, 2012.

326.     Kozman D., Graziul C., **Gibbons R.D.**, Caleb A.C. Association between unemployment rates and prescription drug utilization in the United States, 2007-2010. BMC Health Services Research. 12, 435, 2012.

327.     Graziul C., **Gibbons R.D.**, Caleb A.C. Association between the commercial characteristics of psychotropic drugs and their off-label use. Medical Care, 50, 940-947, 2012.

328. Russo M.J., Meltzer D., Merlo A., Johnson E., Shariati N., Sonett J.R., **Gibbons R.D.** The local allocation of lung donors results in transplanting lower priority transplant recipients. *Annals of Thoracic Surgery*, 95, 1231-1234, 2013.

329. Molina B.S.G, Hinshaw, S.P., Arnold L.E., Swanson J.M., Pelham W.E., Hechtman L., Hoza B., Epstein J.N., Wigal T., Abikoff H.B., Greenhill L.L., Jensen P.S., Wells K.C., Vitiello B., **Gibbons R.D.**, Howard A., Houck P.R., Hur K., Lu B., Marcus S., & MTA Cooperative Group. Adolescent substance use in the MTA as a function of childhood ADHD, random assignment to childhood treatments, and subsequent medication. JAACAP, 52, 250-263, 2013.

330. Dour, H.J., Chorpita, B.F., Lee, S., Weisz, J.R., Chorpita, B., Garland, A., **Gibbons, R**., Glisson, C., Green, E.P., Hoagwood, K., et al. Sudden gains as a long-term predictor of treatment improvement among children in community mental health organizations. Behaviour Research and Therapy *51*, 564–572, 2013.

331. Wulczyn F., **Gibbons R.D.,** Snowden L., Levy B. Poverty, social disadvantage and the black/white placement gap. *Children and Youth Services Review*, 35, 65-74, 2013.

332. Chorpita, B. F., Weisz, J. R., Daleiden, E. L., Schoenwald, S. K., Palinkas, L. A., Miranda, J., Higa-McMillan, C. K., Nakamura, B. J., Austin, A. A., Borntrager, C., Ward, A. M., Wells, K. C., **Gibbons, R. D.,** & the Research Network on Youth Mental Health. Long term outcomes for the child steps randomized effectiveness trial: A comparison of modular and standard treatment designs with usual care. *Journal of Consulting and Clinical Psychology*, 81, 999-1009, 2013.

333. Churpek, M. M., Yuen T.C., Winslow, C., Robicsek A.A., Meltzer, D.O., **Gibbons R.D.**, Edelson D.P. Multicenter development and validation of a risk stratification tool for ward patients. *Am J Respiratory Critical Care Medicine*, 190, 649-655, 2014.

334. Churpek, M. M., Yuen T.C., Park S.Y., **Gibbons R.D.,** Edelson D.P. Using electronic health record data to develop and validate a prediction model for adverse outcomes on the wards. *Critical Care Medicine*, 42, 841-848, 2014.

335. Frazier, S.L., Mehta, T.G., Atkins, M.S., Glisson, C., Green, P.D., **Gibbons, R.D.**, Kim, J.B., Chapman, J.E., Schoenwald, S.K., Cua, G., Ogle, R.R. The social context of urban classrooms: measuring student psychological climate. Journal of Early Adolescence, 35, 759-789, 2015.

336. Najjar F., Owley T., Mosconi M., Jacob S., Hur K., Guter S., Sweeney J., **Gibbons, R.D.**, Cook Jr E., Bishop J. Pharmacogenetic study of serotonin transporter and 5HT2A genotypes in autism. *Journal of Child and Adolescent Psychopharmacology,* 25, 467-474, 2015.

337. Abraham, W. T., Lindenfeld, J., Reddy, V. Y., Hasenfuss, G., Kuck, K. H., Boscardin, J., … Burkhoff, D. A randomized controlled trial to evaluate the safety and efficacy of cardiac contractility modulation in patients with moderately reduced left ventricular ejection fraction and a narrow QRS duration: Study rationale and design. *Journal of Cardiac Failure*, *21*(1), 16–23, 2015.

338. Padula, W.V., **Gibbons, R.D.**, Valuck, R.J., Makic, M.B., Mishra, M.K., Meltzer D.O. Are Evidence-based Practices Associated with Effective Prevention of Hospital-acquired Pressure Ulcers in U.S. Academic Medical Centers? *Medical Care*, 54, 512-518, 2016.

339. Iribarne, A., Meltzer, D.O., Chauhan, D., Sonett J.R., **Gibbons, R.D.,** Vigneswaran, W., Russo, M.J. Distribution of donor lungs in the United StatesL a case for broader geographic sharing. *Clinical Transplantation*, 30, 688-693, 2016.

340. Padula W.V., **Gibbons R.D.,** Pronovost P.J., Hedeker D., Mishra M.K., Makic M.B., Bridges J.F.P., Wald H.L., Valuck R.J., Ginensky A.J., Ursitti T., Venable L.R., Epstein Z., and Meltzer D.O. Using Clinical Data to Predict High-cost Performance Coding Issues Associated with Pressure Ulcers: a multilevel cohort model. *Journal of the American Medical Informatics Association* (JAMIA), 24.e1, e95-e102, 2017.

341. Shikora S., Wolfe B., Apovian C., Anvari M., Sarwer D.B., **Gibbons R.D.**, Ikramuddin S., Miller C., Knudson M.B., Tweden K., Sarr M., Billington C.J. Sustained Weight Loss with Vagal Nerve Blockade but Not with Sham: 18-Month Results of the ReCharge Trial. *Journal of Obesity.* Published on-line, July 12, 2015.

342. Kannampallil, T.G., Galanter, W., Falck, S. Gaunt, M., **Gibbons, R.D.**, McNutt, R. Odwazny, R., Schiff, G., Vaida, A.J., Wilkie, D., Lambert, B.L. Characterizing the pain score trajectories of

hospitalized adult medical and surgical patients: a retrospective cohort study. *Pain*. 157, 2739-2746, 2016.

343. Roy, A., Hechtman, L., Roy, A., Arnold, L. E., Sibley, M. H., Molina, B. S. G., … Stern, K. Childhood Factors Affecting Persistence and Desistence of Attention-Deficit/Hyperactivity Disorder Symptoms in Adulthood: Results From the MTA. *Journal of the American Academy of Child and Adolescent Psychiatry*, 55(11), 937-944.e4, 2016.

344. Hechtman, L., Swanson, J. M., Sibley, M. H., Stehli, A., Lakes, K. D., Owens, E. B., … Stern, K. Functional Adult Outcomes 16 Years After Childhood Diagnosis of Attention-Deficit/Hyperactivity Disorder: MTA Results. *Journal of the American Academy of Child and Adolescent Psychiatry*, 55(11), 945-952.e2, 2016.

345. Laiteerapong, N., Karter, A.J., Moffet, H.H., Cooper, J.M., **Gibbons, R.D.**, Liu, J.Y., Gao, Y., Huang E.S. Ten-year hemoglobin A1c trajectories and outcomes in type 2 diabetes mellitus: The Diabetes & Aging Study. *J Diabetes Complications*. 31, 94-100, 2017.

346. Roy, A., Hechtman, L., Arnold, L. E., Swanson, J. M., Molina, B. S. G., Sibley, M. H., … Stern, K. Childhood Predictors of Adult Functional Outcomes in the Multimodal Treatment Study of Attention-Deficit/Hyperactivity Disorder (MTA). *Journal of the American Academy of Child and Adolescent Psychiatry*, 56(8), 687-695.e7, 2017.

347. Sibley, M. H., Swanson, J. M., Arnold, L. E., Hechtman, L. T., Owens, E. B., Stehli, A., … Stern, K. Defining ADHD symptom persistence in adulthood: optimizing sensitivity and specificity. *Journal of Child Psychology and Psychiatry and Allied Disciplines*, 58(6), 655–662, 2017.

348. Swanson, J. M., Arnold, L. E., Molina, B. S. G., Sibley, M. H., Hechtman, L. T., Hinshaw, S. P., … Stern, K. Young adult outcomes in the follow-up of the multimodal treatment study of attention-deficit/hyperactivity disorder: symptom persistence, source discrepancy, and height suppression. *Journal of Child Psychology and Psychiatry and Allied Disciplines*, 58(6), 663–678, 2017.

349. Sibley, M. H., Rohde, L. A., Swanson, J. M., Hechtman, L. T., Molina, B. S.G., Mitchell, J. T., . . . Multimodal Treatment Study of Children with ADHD (MTA) Cooperative Group. Late-onset ADHD reconsidered with comprehensive repeated assessments between ages 10 and 25. *The American Journal of Psychiatry, 175*(2), 140-149, 2018.

350. Brundin, L., Postolache, T., Madaj, Z., Smart, L., **Gibbons, R.D.,** Achtyes, E., Grit, J., Roaten, K., Heilman, P., Keaton, S. An inflammatory profile linked to increased suicide risk. *Journal of Affective Disorders*, 247, 57-65, 2019.

351. Parker W. F., Anderson A. S., **Gibbons R.D.,** . . . Churpek, M. M. Association of Transplant Center With Survival Benefit Among Adults Undergoing Heart Transplant in the United States. *JAMA. 322*(18):1789–1798, 2019.

352. Tamminga C., Clementz B., Pearlson G., Keshavan M., Gershon E., Ivleva E., McDowell J., Shashwath M., … **Gibbons R.D.** NPPR-Biotyping in Psychosis: Using Multiple Computational Approaches with One Dataset. *Neuropsychopharmacology Reviews*, 1-15. 2020.

353. Pho M., Erzouki B., Boodram B., **Gibbons R.D.,** et al. Reducing opioid mortality in Illinois (ROMI): A case management/peer recovery coaching critical time intervention clinical trial protocol. *Journal of Substance Abuse Treatment*, vol. 128, 2021.

354. Ran, G., Chung, K., Anderson, A.S., **Gibbons, R.D.,** et al. Between-Center Variation in High-Priority Listing Status under the New Heart Allocation Policy. *American Journal of Transplantation*, 21(11), 3684-3693, 2021.

355. Nagele P., Palanca B.J… **Gibbons R.D.,** et al. A phase 2 trial of inhaled nitrous oxide for treatment-resistant major depression. *Science Translational Medicine*, 13, 1-6, 2021.

356. Mayampurath A., Sanchez-Pinto L.N., Hegermiller E., Erondu A., Carey K., Jani P., **Gibbons R.D.,** Edelson D., and Churpek M. Development and External Validation of a Machine Learning Model for Potential Prediction of Transfer to the Pediatric Intensive Care Unit, *Pediatric Critical Care Medicine*, Accepted, 2022.

**BOOKS**

1. **Gibbons R.D.**, & Dysken M.W. *Statistical and Methodological Advances in Psychiatric Research*. New York, Spectrum, 1983.
2. **Gibbons R.D.** *Statistical Methods for Ground-Water Monitoring*. New York, John Wiley & Sons, 1994.
3. **Gibbons R.D.** & Coleman D.E. *Statistical Methods for Detection and Quantification of Environmental Contamination*. New York, John Wiley & Sons, 2001.
4. <u>Hedeker D.</u> & **Gibbons R.D.** *Longitudinal Data Analysis.* New York, John Wiley & Sons, 2006.
5. **Gibbons R.D.**, Bhaumik D.K., Aryal S. *Statistical Methods for Ground-Water Monitoring*. New York, John Wiley & Sons, 2nd edition, 2009.
6. **Gibbons R.D.** and <u>Amatya A.</u> *Statistical Methods for Drug Safety*. London, Chapman and Hall, 2015.
7. <u>Hedeker D.</u> & **Gibbons R.D.** *Longitudinal Data Analysis.* New York, John Wiley & Sons, 2nd edition, in preparation.
8. Bock R.D. and **Gibbons R.D** *Item Response Theory*. New York, John Wiley & Sons, 2021.

## INSTITUTE OF MEDICINE AND NATIONAL ACADEMY OF SCIENCES REPORTS

1. Bunney W.E., Azarnoff D.L., Brown B.W., Cancro R., **Gibbons R.D.**, Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D. Halcion: *An Independent Assessment of Safety and Efficacy Data*, Washington D.C., National Academy Press, 1997.
2. Penhoet E.D., Duan N., Dubler N.N., Francis C.K., **Gibbons R.D.**, Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Meltzer D., Murray J.E., Nelkin D. and Spellman M.W. *Organ Procurement and Transplantation,* Washington D.C., National Academy Press, 1999.
3. Ildstad S.T., Centor R.M., Davis E., **Gibbons R.D.**, Levin B., Miller E.D., Olkin, I. Tollerud D.J., Tugwell P. *Small Clinical Trials: Issues and Challenges*, Washington D.C., National Academy Press, 2001.
4. Goldsmith S.K., Pellmar T.C., Kleinman A.M., Bunney W.E. Bell, C.C., Brent D.A., Eggert L., Fawcett J., **Gibbons R.D.**, Redfield-Jamison K., Korbin J.E., Mann J.J., May P.A., Reynolds C.F., Tsuang M.T., Frank R.G. *Reducing Suicide: A National Imperative*, Washington D.C., National Academy Press, 2002.
5. Gebbie K.M., Aubry W.M., Champlin R., Childress J.F., Fiske C., **Gibbons R.D.**, Haley N.R., Horowitz M.M., Ildstad S.T., Kelley L.L., McGinnis J.M., Meltzer D., Moise K.J., Palmer L.I., Scadden D.T., Wagner J.E., Yeager A.M. *Cord Blood: Establishing a National Hematopoietic Stem Cell Bank Program*, Washington D.C., National Academy Press, 2005.
6. Burke S.P, Baciu A., Straton K., Blumenthal D. Breckenridge A. Charo A. Edgman-Levitan S. Ellenberg S. **Gibbons R.D.**, Hripcsak G., Korn, D. Meltzer D. Myers W.A., Olson M. Psaty B.M., Schroeder C. Stergachis A. *The Future of Drug Safety: Promoting and Protecting the Health of the Public,* Washington D.C., National Academy Press, 2006.
7. Nelson A., Ampian S. Balmes J., Breysse P., **Gibbons R.D.**, Hei T., Hoal K, Kidd-Taylor A., Mauderly J., Meeker G. *A Review of the NIOSH Roadmap for Research on Asbestos Fibers and Other Elongate Mineral Particles,* Washington D.C., National Academy Press, 2009.
8. Kolb C.E., Beauchamp J.L., Beaudet R.A., Berkowitz J.B., Chen H., Cooper A.T., Fernandez F.M., **Gibbons R.D.**, McLean J.A., Morris M.D., Murphy D.W., Reese C.S., Rhomberg L.R., Viggiano A.A. *Assessment of Agent Monitoring Strategies for the Blue Grass and Pueblo Chemical Agent Destruction Pilot Plants*, Washington DC, National Academy Press, 2012.

## CHAPTERS

1. Davis J.M., **Gibbons R.D.** Pandey G.N., & Javaid J.I., Mechanism, mathematics and markers of mental

disease. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.

2. Ostrow D.G., Trevisan M., Okonek A., **Gibbons R.D.**, Cooper R., & Davis J.M. Sodium dependent membrane processes in major affective disorders. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.

3. Davis J.M., Vogel C., **Gibbons R.D.**, Pavkovic I., Zhang M. Pharmacoendocrinology of schizophrenia. In: *Neuroendocrinology and Psychiatric Disorder*, G.M. Brown, S.H. Koslow, & S. Reichlin, (eds.), New York: Raven Press, 1984.

4. Hatoum N.S., Leach C.L., **Gibbons R.D.**, Talsma D.M., Roger J.C., Garvin P.J. Influence of reduced numbers of rabbits on the adequacy of eye irritancy tests. In: *Vitro Toxicology: Approaches to Validation*, A.M. Goldberg (ed.), New York: Mary Ann Liebert, Inc., 1987.

5. **Gibbons R.D.**, Baker R.J., Skinner D.B. Field articulation testing: A predictor of technical skills in surgical residents. Reprinted in *How to Select Residents*, American Board of Medical Specialties, 1988.

6. Davis J.M., **Gibbons R.D.**, A simulation study of methods for the combination of evidence from multiple psychiatric investigations. In: *Perspectives in Psychopharmacology*: A collection of papers in honor of Earl Usdin. Alan R. Liss, Inc., 483-493, 1988.

7. **Gibbons R.D.**, & Davis J.M. The price of beer and the salaries of priests: Analysis and display of longitudinal psychiatric data. Reprinted in *G. Stanley Hall Invited Addresses*, R.M. Suinn (Ed.), American Psychological Association, 1988.

8. Ratajczak H., Thomas P., **Gibbons R.D.**, Heck J.D., & Vollmuth T. Seasonal influence on murine immune function. In: *Chronobiology: Its Role in Clinical Medicine, General Biology and Agriculture*, *Part A*, 493-501, Wiley-Liss, New York, 1990. 49-60, 1990.

9. Sara M. & **Gibbons R.D.** Organization and analysis of water quality data. In: *Practical Handbook of Ground-Water Monitoring*, D.M. Nielsen (ed.), Chelsea MI: Lewis, 1991.

10. **Gibbons R.D.** An overview of statistical methods for ground-water detection monitoring at waste disposal facilities. In: *Ground-Water Contamination at Hazardous Waste Sites: Chemical Analysis*, S. Lesage & R.E. Jackson (eds.), New York: Marcel Dekker, Inc., 1992.

11. **Gibbons R.D.** Commentary on "Personality and Depression: Modeling and Measurement Issues," In: *Personality and Depression*, M. Klein, D. Kupfer & T. Shea (eds.), New York: Guilford, 1993.

12. **Gibbons R.D.** & Patterson D. Application of computerized image analysis to estimating bone age. In: *Essays on Auxology*, R. Hauspie, G. Lindgren, F. Falkner (eds.), London: Castlemead, 1995.

13. **Gibbons R.D.** & Sara M.N. Statistical comparison of metal concentrations in filtered and unfiltered ground-water samples. In: *Ground Water Sampling – A Workshop Summary*, U.S. EPA, *600*, *R-94*, *205*, 54-58, 1995.

14. Bock R.D. and **Gibbons R.D.** Factor analysis of categorical item responses. In: *Handbook of Polytomous Item Response Theory Models: Development and Applications*, M. Nering, R. Ostini (eds.), Lawrence Erlbaum, Florence KY, 2010.

15. Siddique J., Hedeker D., **Gibbons R.D.** Analysis of longitudinal data in health services research. *Methods in Health Services Research*. Sobolev B, Gatsonis C (eds), 1-27, 2017.

16. **Gibbons, R.D.**, and Cai, L. Dimensionality analysis. In W. J. van der Linden (Ed.), *Handbook of item response theory: Vol. 2. Statistical tools*. Boca Raton, FL: Chapman & Hall/CRC, 2019.

## REVIEWS, TECHNICAL REPORTS, SOFTWARE

**1.** Wilson D., Wood R., **Gibbons R.D.** Testfact: test scoring and item factor analysis. *International Educational Services*, Chicago, 1984.

**2.** **Gibbons R.D.**, Bock R.D., Hedeker D.R. Approximating multivariate normal orthant probabilities using the Clark algorithm. *Office of Naval Research*, Technical Report, 1987.

**3.** **Gibbons R.D.** Review of "Latent Variable Models and Factor Analysis" by Bartholomew, D.J. (1987). *Journal of the American Statistical Association*, *83*, 1221-1222, 1988.

**4.** **Gibbons R.D.**, Bock R.D., Hedeker D.R. Conditional Dependence *Office of Naval Research*, Final Report, 1989.

5.  **Gibbons R.D.** Mixmaster: A program for resolving univariate and multivariate normal mixture distributions. *Scientific Software*, Chicago, 1989.
6.  **Gibbons R.D.**, Jarke F.H., & Stoub K.P. Method detection Limits. Proceedings of *Fifth Annual USEPA Waste Testing and Quality Assurance Symposium*, *Vol. 2*, 292-319, 1989.
7.  **Gibbons R.D.**, Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Proceedings of Sixth Annual USEPA Waste Testing and Quality Assurance Symposium Vol. 1*, 126-142, 1990.
8.  **Gibbons R.D.**, Bock R.D., & <u>Hedeker D.R.</u> Approximating multivariate normal orthant probabilities. *Office of Naval Research*, Technical Report, *90-1*, 1990.
9.  **Gibbons R.D.**, <u>Hedeker D.R.</u>, & Bock R.D. Full-information item bi-factor analysis. *Office of Naval Research*, Technical Report, *90-2*, 1990.
10. **Gibbons R.D.**, <u>Hedeker D.R.</u>, & Bock R.D. Multivariate generalizations of Student's $t$ distribution. *Office of Naval Research*, Technical Report, *90-3*, 1990.
11. **Gibbons R.D.** Review of "Statistical Methods in Longitudinal Research" Vol. 1, Ed. by Von Eye, *Journal of the American Statistical Association*, *86*, 1146-1149, 1991.
12. **Gibbons R.D.** Review of "Statistical Methods in Longitudinal Research" Vol. 2, Ed. by Von Eye, *Journal of the American Statistical Association*, *86*, 1146-1149, 1991.
13. Maddalone R.F., **Gibbons R.D.**, Rice J. & Nott B. MDL's and PQL's - complications proposal and results. *Proceedings of the American Statistical Association Meeting*, Chicago, 1996.
14. Bock R.D., **Gibbons R.D.**, <u>Schilling, S.G.</u> Wilson, D.T. & Wood R. TESTFACT 2: Test scoring, item statistics and item factor analysis. *Scientific Software International*, Chicago, 1997.
15. <u>Hedeker D.</u> and **Gibbons R.D.** *MIXREG: Mixed-effects Regression Models for Continuous Response Data*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.
16. <u>Hedeker D.</u> and **Gibbons R.D.** *MIXOR: Mixed-effects Ordinal Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.
17. <u>Hedeker D.</u> and **Gibbons R.D.** *MIXNO: Mixed-effects Multinomial Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1999.
18. <u>Hedeker D.</u> and **Gibbons R.D.** *MIXPREG: Mixed-effects Poisson Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 2000.
19. **Gibbons R.D.**, <u>Immekus, J.</u> Bock, R.D. *The Added Value of Multidimensional IRT Models*. National Cancer Institute Technical Report. www.healthstats.org, 2007.
20. <u>Hedeker D.</u>, **Gibbons R.D.**, Du Toit, S.H.C., Patterson, D.: SuperMix - A program for mixed-effects regression models. Scientific Software International, Chicago, 2008.

# RECENT MEDIA COVERAGE

1.  *New York Times*, Study Condemns F.D.A.'s Handling of Drug Safety. September 23, 2006.
2.  *New York Times,* New sense of caution at FDA. September 29, 2006.
3.  *New England Journal of Medicine,* Blueprint for a stronger food and drug administration. October 9, 2006.
4.  *Washington Post,* Report faults FDA on drug safety. October 10, 2006.
5.  *JAMA,* IOM: Overhaul drug safety monitoring. November 1, 2006.
6.  *WebMDHealth,* Child suicide: No antidepressant link? November 1, 2006.
7.  *CBC News,* Antidepressants linked to lower youth suicide risk, November 1, 2006.
8.  *U.S. Department of Health and Human Services,* Antidepressants lower kids suicide risk, new research finds. November 1, 2006.
9.  *Medical News Today,* Antidepressants and lower child suicide rates linked, November 4, 2006.
10. *New York Times/Health Day News,* Antidepressants lower kids' suicide risk, new research finds. November 7, 2006.
11. *National Institute of Mental Health Science Update,* U.S. youth suicide rates lower in counties with high SSRI use. November 8, 2006.
12. *WebMDHealth,* Study probes suicide, antidepressants. December 4, 2006.
13. *Washington Post,* Antidepressants a suicide risk for young adults. December 14, 2006.

14. *New York Times,* Federal panel urges suicide-risk labels for antidepressants. December 14, 2006.
15. *USA Today,* FDA plans to boost safety with newsletters, drug profiles. January 30, 2007.
16. *Seattle Times,* FDA moves to toughen oversight of drugs. January 30, 2007.
17. *Los Angeles Times,* Changes will ensure drug safety, FDA says. January 31, 2007.
18. *Wall Street Journal,* FDA plans drug-safety moves. January 31, 2007.
19. *New York Times,* FDA widens safety reviews on new drugs. January 31, 2007.
20. *ABC World News Tonight,* Teen suicide/prescription drugs. Feb 5, 2007.
21. *Washington Post,* Don't take your vitamins? Antioxidants might be dangerous. March 7, 2007.
22. *WebMD Medical News,* Antidepressant/child suicide risk slim. April 17, 2007.
23. *American Psychiatric Association,* Two Large Studies Show Decline in Suicide Attempts. July 1, 2007.
24. *Psychiatric Times,* Update on antidepressants and suicidality. July 1, 2007.
25. *Psych Central,* Antidepressants not a suicide risk. July 6, 2007.
26. *Medical News Today,* Young Adults Not At Risk Of Suicidal Behavior From Antidepressants. July 6 2007.
27. *Consumer Affairs,* Study Finds Lessened Suicide Risk in Young Adults on Antidepressants. July 6, 2007.
28. *New York Times*, Suicide Findings Question Link to Antidepressants. July 10, 2007.
29. *Reason Magazine,* Can cautions be too risky? Balancing risks and benefits at the FDA. July 10, 2007.
30. *Medical News,* Two large studies show decline in suicide attempts with antidepressant treatment. July 11, 2007.
31. *Newsweek,* Teens and Antidepressants: Did Warnings Go Too Far. July 16, 2007.
32. *MSNBC,* Trouble in a 'Black Box' Did an effort to reduce teen suicides backfire? July 16, 2007.
33. *Science News,* Antidepressants trim suicide tries. July 28, 2007.
34. *Clinical Psychiatry News,* Benefits of Multivitamins Unclear, Panel Finds. July, 2006.
35. *American Foundation for Suicide Research,* New findings show treatment benefits for depressed people outweigh any potential harm. July, 2007.
36. *Scientific American,* Suicide risk in adults lowered by antidepressants. August 2, 2007.
37. *Psychiatric Times,* VA finds antidepressants reduce suicide risk in vets. August 3, 2007.
38. *The Province (Canada),* Drugs lower suicide risk. August 3, 2007.
39. *Reuters,* Teen antidepressant warning had ripple effect. September 5, 2007.
40. *The Washington Post,* Youth Suicides Increased As Antidepressant Use Fell. September 6, 2007.
41. *National Public Radio,* Study: Anti-Depressants Lower Teen Suicide Rates. September 6, 2007.
42. *San Francisco,* Chronicle Suicide rise follows antidepressant drop: Study finds dramatic increase after 'black box' warning. September 6, 2007.
43. *Science,* Antidepressant warnings linked to suicides. September 6, 2007.
44. *Science News,* Suicide sharply on the rise in youth. September 6, 2007.
45. *Yahoo Health,* Suicide sharply on the rise in youth. September 6, 2007.
46. *Los Angeles Times,* Suicides up after warning, study shows. September 6, 2007.
47. *Chicago Tribune,* Suicides up after warning, study shows. September 6, 2007.
48. *The News & Observer,* Suicides spiked as antidepressant use fell, Warning labels on pills were followed by a startling jump in young deaths, a study find. September 6, 2007.
49. *Reuters,* Suicides rise sharply in U.S. youth, studies find**.** September 6, 2007.
50. *Bloomberg,* Youth Suicides Rise the Most in 15 Years, CDC Says (Update2). September 6, 2007.
51. *Chicago Tribune,* Suicides rise as antidepressant use falls. September 6, 2007.
52. *USA Today,* As antidepressant use fell, youth suicides rose. September 6, 2007.
53. *Fox News,* Study: Suicide Rates Rise as Antidepressant Use Falls. September 6, 2007.
54. *MSNBC,* CDC: Suicide rate jumps for kids, young adults Biggest rise in 15 years; 'black box' antidepressant label blamed by some. September 6, 2007.
55. *Yahoo News,* Antidepressants Vindicated? September 7, 2007.
56. *The New York Times,* Questions About a Rising Suicide Rate. September 7, 2007.
57. *The New York Post,* Girl's Suicide Shock. September 7, 2007.

58. ***The China Post,*** Youth suicides rise after drop in antidepressant prescriptions. September 7, 2007.
59. ***The New York Times,*** Suicide Rises in Youth; Antidepressant Debate Looms. September 7, 2007.
60. ***Scientific American,*** Antidepressant warnings scared parents, doctors. September 9, 2007.
61. ***Science Daily,*** Newer Antidepressants Led to Less, Not More, Teen Suicides. September 10, 2007.
62. ***ABC News***, Too Young to Die. March 30, 2008.
63. ***JAMA News Release,*** Antiepileptic drugs not associated with increased risk of suicide attempts in patients with bipolar disorder, December 7, 2009.
64. ***Los Angeles Times,*** Reconsidering antiepileptic medications as a treatment for bipolar disorder. December 7, 2009.
65. ***WebMD Health News,*** Epilepsy drugs for bipolar disorder: Fewer Suicides?, December 8, 2009.
66. ***Medscape Medical News,*** No link between antiepileptics and suicidality in patients with bipolar disorder. December 11, 2009.
67. ***US News and World Report***, Antidepressants may not raise risk of suicide in youth. February 6, 2012.
68. ***Los Angeles Times,*** Study questions antidepressant link to suicide in kids, February 6, 2012.
69. ***National Public Radio***, A fresh look at antidepressants finds low risk of youth suicide, February 7, 2012.
70. ***Chicago Tribune***, Study questions antidepressant link to suicide in kids, February 7, 2012.
71. ***Forbes,*** New evidence of antidepressant-suicide connection in kids, February 10, 2012.
72. ***Medscape,*** No link between antidepressants and suicide in kids, February 21, 2012.
73. ***Lancet***, Antidepressant suicide link in children questioned, March 3, 2012.
74. ***Reuters***, Study suggests overall benefit from antidepressants, March 8, 2012.
75. ***AMSTAT News,*** A statistician's journey, September, 2013.
76. ***Psychiatric News,*** Chantix doesn't appear to cause psychiatric events, October 24, 2013.
77. ***Time***, Growing evidence that autism is linked to pollution, March 14, 2014.
78. ***Medscape***, Autism, intellectual disability linked to environmental factors, March 28, 2014.
79. ***Forbes,*** Proper SSRI antidepressant starting dose minimizes suicide risk in young adults, April 28, 2014.
80. ***ABC News,*** Geographic distribution of autism, October 26, 2014.
81. ***Science Life,*** Computer test measures suicide risk in just two minutes, May 9, 2017.
82. ***Reuters,*** ADHD treatment tied to lower car crash risk, May 10, 2017.
83. ***CNN,*** Medication slashes crash risk for drivers with ADHD, May 10, 2017.
84. ***CBS,*** For people with ADHD, taking meds may help reduce car crashes, May 10, 2017.
85. ***UPI,*** Study finds quality, not quantity should be focus of suicide prevention, June 14, 2017.
86. ***Science Life,*** Quality of psychiatric treatment, nut number of beds should be focus of suicide prevention, June 14, 2017.
87. ***Medscape,*** ADHD meds tied to lower substance abuse risk, July 14, 2017.
88. ***AAAS,*** Is there association between groundwater lithium, diagnosis of bipolar disorder, dementia? May 23, 2018.
89. ***Medscape,*** Lithium in tap water does not dilute bipolar disorder, dementia risk. May 30, 2018.
90. ***UC Forefront,*** Lithium in tap water is not associated with risk for bipolar disorder, dementia. June 4, 2018.
91. ***ALZFORUM,*** U.S. study says lithium in tap water does not fend off dementia. May 24, 2018.
92. ***UChicago Medicine,*** Risk of suicide attempt by children doubles if parent uses opioids. May 21, 2019.
93. ***WebMD,*** Opioid users' kids may be at higher suicide risk. May 22, 2019.
94. ***UChicago News,*** Children whose parents abuse opioids more likely to attempt suicide. May 22, 2019.
95. ***U.S. News and World Report,*** Parent's opioid use increases kids' suicide risk. May 22, 2019.
96. ***Reuters,*** Children of opioid users more likely to attempt suicide: U.S. study. May 22, 2019.
97. ***Voice of America,*** Study: Children of opioid users more likely to attempt suicide. May 22, 2019.
98. ***UC Forefront,*** Groundbreaking online test streamlines mental health screening and measurement in healthcare and beyond. August 22, 2019.
99. ***UC Forefront,*** How an online test might help identify mental illnesses. August 27, 2019.
100. ***Bloomberg Law,*** Telehealth Takes on Pregnancy Depression Amid Payment Barriers. January 6, 2020.

**101.** *NBC News,* Laughing gas shows promise for treatment-resistant depression, small trial finds. June 9, 2021.

**102.** *Psychiatric Times,* The Variable You Can't Touch: Advances in Mental Health Measurement. January 14, 2022.

**APPENDIX 3**

**GRAVITT v. MENTOR WORLDWIDE, LLC**
**(Case No. 1:17-cv-5428)**

<u>**PREVIOUS TESTIMONY**</u>

Proton-Pump Inhibitor Products Liability Litigation. MDL No. 2789
Deposition Testimony:  September 10, 2021