IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CATHERINE GRAVITT and TRAVIS GRAVITT,<br><br>       Plaintiffs,<br><br>   v.<br><br>MENTOR WORLDWIDE, LLC, a foreign corporation,<br><br>       Defendant. | CASE NO: 1:17-CV-05428 |

**DECLARATION OF BARBARA U. UBEROI IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT [D. 338]**

I, Barbara U. Uberoi, do hereby declare:

1. I am an attorney licensed in Florida, a member of Dogali Law Group, counsel for Plaintiffs, Catherine Gravitt and Travis Gravitt, and admitted *pro hac vice* by this Court to appear on their behalf. I am familiar with Mr. and Mrs. Gravitt's file and have personal knowledge of all facts set forth in this declaration unless otherwise stated.

2. This declaration is made in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment [D. 338].

3. Attached hereto as Exhibit "A" is a true and correct copy of excerpts of the deposition of Catherine Gravitt.

4. Attached hereto as Exhibit "C" is a true and correct copy of excerpts of the deposition of Arthur Brawer, M.D.

5. Attached hereto as Exhibit "D" is a true and correct copy of excerpts of the deposition of Christy Babb.

6. Attached hereto as Exhibit "E" is a true and correct copy of excerpts of the deposition of Leticia Sena.

7. Attached hereto as Exhibit "F" is a true and correct copy of excerpts of the deposition of John Canady, M.D.

8. Attached hereto as Exhibit "G" is a true and correct copy of excerpts of the deposition of Phil Yang.

9. Attached hereto as Exhibit "H" is a true and correct copy of the Declaration of Catherine Gravitt in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

10. Exhibit "I" is a true and correct copy of an email dated March 20, 2016. The exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

11. Exhibit "J" is a true and correct copy of Mentor's SOP-TX-113 Rev. A dated October 6, 2005. The Exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

12. Exhibit "K" is a true and correct copy of Mentor's SOP-TX-113 Rev. C dated October 7, 2006. The exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

13. Exhibit "L" is a true and correct copy of Mentor's SOP-TX-113 Rev. D dated January 27, 2006. The exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

14. Exhibit "M" is a true and correct copy of Mentor's SOP-TX-113 Rev. P dated December 3, 2010. The exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

15. Exhibit "N" is a true and correct copy of a December 16, 2010 email. The exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

16. Exhibit "O" is a true and correct copy of an email dated September 11, 2015. The exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

17. Exhibit "P" is a true and correct copy of Mentor's Condensed & Categorized Notes from FDA General & Plastic Surgery Devices Scientific Advisory Panel Oct. 14-15, 2003. The exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

18. Exhibit "Q" is a true and correct copy of an email dated September 26, 2001. The Exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

19. Exhibit "R" is a true and correct copy of Mentor's Gel Bleed Study Report dated August 18, 2004. The Exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

20. Attached hereto as Exhibit "S" is a true and correct copy of E. Lykissa, et al. "Release of Low Molecular Weight Silicones and Platinum for Silicone Breast Implants," Anal. Chem. 1997, 69, 4912-4916.

21. Exhibit "T" is a true and correct copy of an email dated December 17, 2010. The Exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

22. Exhibit "U" is a true and correct copy of an email dated February 26, 2016. The Exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

23. Exhibit "V" is a true and correct copy of an email dated June 22, 2017. The Exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

24. Exhibit "W" is a true and correct copy of an email dated July 22, 2017. The Exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

25. Exhibit "X" is a true and correct copy of an email dated July 27, 2017. The Exhibit is attached to the Declaration of Barbara Uberoi in Support of Plaintiffs' Application to File Under Seal.

26. Attached hereto as Exhibit "Y" is a true and correct copy of excerpts of the transcript of the hearing this Court held on July 19, 2019.

27. Attached hereto as Exhibit "AA" is a true and correct copy of excerpts of the deposition of Florence Mussat, M.D.

28. Attached hereto as Exhibit "BB" is a true and correct copy of excerpts of the deposition of Michael DeWolfe, M.D.

29. Attached hereto as Exhibit "CC" is a true and correct copy of excerpts of the deposition of Kimberly Scanlon, M.D.

30. Attached hereto as Exhibit "DD" is a true and correct copy of excerpts of the deposition of Muhammed Ahzar, M.D.

31. Attached hereto as Exhibit "EE" is a true and correct copy of excerpts of the deposition of Stacey Carpenter, M.D.

32. Attached hereto as Exhibit "FF" is a true and correct copy of excerpts of the deposition of Mark Connolly, M.D.

33. Attached hereto as Exhibit "GG" is a true and correct copy of excerpts of the deposition of Joseph Donzelli, M.D.

34. Attached hereto as Exhibit "HH" is a true and correct copy of excerpts of the deposition of Linda Ehlers, D.C.

35. Attached hereto as Exhibit "II" is a true and correct copy of excerpts of the deposition of Sherin George, M.D.

36. Attached hereto as Exhibit "JJ" is a true and correct copy of excerpts of the deposition of Luis Montana, M.D.

37. Attached hereto as Exhibit "KK" is a true and correct copy of excerpts of the deposition of Howard Segal, M.D.

On this 12th day of October, 2022, I, Barbara U. Uberoi, do hereby declare under the penalties of perjury of the United States of America that the foregoing is true and correct.

_____
Barbara U. Uberoi