Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "A"

Page 1

1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
2                       EASTERN DIVISION
3    CATHERINE GRAVITT and       )
     TRAVIS GRAVITT,             )
4                                )
          Plaintiffs,            )
5                                )
          vs.                    ) No. 1:17-CV-05428
6                                )
     MENTOR WORLDWIDE, LLC, a    )
7    foreign corporation,        )
                                 )
8         Defendant.             )
9                 The deposition of CATHERINE GRAVITT,
10   taken before Eileen Bailey, a notary public in and for
11   the County of DuPage and State of Illinois, taken
12   pursuant to the Rules of the United States District
13   Court of the Northern District of Illinois, at Hilton
14   Lisle/Naperville, 3003 Corporate West Drive, Lisle,
15   Illinois on Monday, October 1, 2018, at the hour of 9:30
16   o'clock, p.m., pursuant to Notice.
17
18
19
20
21
          Job No. CS3007919
22
23
24

Page 4

1                    CATHERINE GRAVITT,
2   having been first duly sworn, was examined and testified
3   as follows:
4                     EXAMINATION
5                   BY MR. RAWLIN:
6      Q.   Good morning, Mrs. Gravitt.  My name is a Dusitn
7   Rawlin.  I represent Mentor Worldwide, LLC in a lawsuit
8   that you have brought against Mentor relating to your
9   breast implants.
10                   Mrs. Gravitt, can you please state
11  your full name for the record?
12     A.   Catherine Gravitt.
13     Q.   And you go by Casey?
14     A.   Yes, my nickname.
15     Q.   Okay.  What is your date of birth?
16     A.   July 11th, 1987.
17     Q.   And Mrs. Gravitt, you understand that you are
18  here today to give testimony about your beast implants
19  and your case against Mentor?
20     A.   I do.
21     Q.   Have you ever been deposed before?
22     A.   Briefly.  I want to say 2009 or '10 maybe.
23     Q.   Okay.  And what was that case about?
24     A.   I had a child with another man from a previous

Page 18

1    your MemoryGel implants?

2         A.   I am sorry, one moment.  Let me review.  I

3    would say minor muscle soreness as a child, but the

4    rest, yes.

5         Q.   Okay.  C says severe memory decline to the

6    point she was required to stop her schooling for the

7    sake of her planned future career.  You dropped out of

8    college before you got breast implants, right?

9         A.   I dropped out in 2010.

10        Q.   Okay.  And are you saying you dropped out

11   because of your breast implants?

12        A.   I dropped because I had a young child, and

13   while I had received academic honors at school I wanted

14   to be there for my daughter.  So I was always planning

15   on going back when she would go in grade school, and now

16   I feel like my brain would not be able to handle it.

17        Q.   Okay.  When did you have your first daughter?

18        A.   2008.

19        Q.   Okay.  And when did you enroll at Arizona

20   State?

21        A.   2005.

22        Q.   Okay.  So were you at Arizona State when you

23   had your first daughter?

24        A.   No.

1    Q.   Okay.  When did you drop out of Arizona State?

2    A.   I contracted pertussis in 2006, and I started

3  going to my classes, but I was warned to leave, and then

4  they put a quarantine sign on my apartment door, and

5  pretty much said that my choice would be to drop out or

6  take a medical leave.  So following my medical leave I

7  just went back home to Illinois.

8    Q.   And you said that was in 2006.  So you

9  enrolled in 2005.  How many semesters did you complete

10  at Arizona State?

11    A.   Just one.

12    Q.   Okay.  And you say at Arizona State, because

13  you had pertussis, said that you either had to leave

14  school or take a medical leave?

15    A.   I had to take a medical leave or be

16  quarantined and drop out, yes.

17    Q.   Were you being treated for pertussis?

18    A.   Yes.

19    Q.   By a doctor?

20    A.   Yes.

21    Q.   Was it at the clinic at school?

22    A.   I don't remember.  It was a doctor, though.

23  They gave me medicine and I had special cough syrup.

24    Q.   Okay.  So you dropped out of school for

1  pertussis, came back to Illinois, and then had your

2  daughter in 2008?

3       A.   Yes.

4       Q.   And did you ever attempt to go back to

5  college?

6       A.   Yes.  I took classes at COD from I believe

7  2008 to 2010.  Maybe even 2007.  I don't remember.

8       Q.   And you say now you feel like you can't go

9  back to college because your brain can't handle it?

10      A.   It's hard to explain.  I have told the doctors

11 that I feel like I am starting to get early Alzheimer's.

12 Like it's degenerative, it gets worse and worse.  I feel

13 like I used to be very smart, I used to get excellent

14 grades, I use to be one of those people that would

15 handle a lot of things and not stress, and then still

16 have a social life, and now I feel like if I had one

17 class I would have to read the paragraph of a chapter

18 six times and still not understand what it said, and

19 then I tried highlighting things.  It was slowly -- I

20 slowly just shut down.

21      Q.   Okay.  Have you seen a neurologist, or someone

22 who deals with learning disabilities to see if there is

23 something that can be done to help you?

24      A.   Yes.  A neurologist said that everything was

Page 24

1    related to your breast implants.  So maybe we can figure

2    out what you think is and what you think isn't.

3         MR. DOGALI:  Object to the form of the question.

4    You can go ahead and answer it.

5         A.   If I stubbed my toe when I was younger and

6    broke a leg, I don't think it was my breast implants.  I

7    am not crazy.

8         MR. RAWLIN:  Q.  Okay.  If no doctor has told you

9    that any of your medical conditions are related to your

10   breast implants, why do you think they are?

11        A.   Personally I don't like a foreign substance in

12   your body filled with chemicals that spreads and goes

13   through your lymphatic system would cause pain, anxiety

14   in anybody.

15        Q.   Okay.  What chemicals do you think are in

16   breast implants that would go throughout your body and

17   cause issues?

18        A.   I am not sure.

19        Q.   Do you know if there are any in breast

20   implants that would go through your body and cause

21   medical issues?

22        A.   I am not sure.

23        Q.   Okay.  Mrs. Gravitt, let's start with kind of

24   medical conditions that you think you have today.  What

Page 25

1   are you experiencing that you believe are related to

2   your breast implants?

3          A.    Other than pain and swelling and discomfort, I

4   would say my anxiety and depression especially.   I also

5   agree with the list here, however.

6          MR. RAWLIN:   We can mark that.

7                        ( Gravitt Deposition Exhibit No. 2

8                          was marked for identification as of

9                          10/1/18.)

10                       Q.   Mrs. Gravitt, we are showing you

11  what has been marked as Exhibit 2, which is your answers

12  to a second set of interrogatories that we sent.   It

13  relates to Interrogatory No. 23, where we asked you for

14  a list of illnesses you have claimed are related to your

15  breast implants.   We have asked you who diagnosed you

16  with that condition, and who told you that was related

17  to your breast implants.   And so going through that

18  list, which is pretty long, it goes A through UU.

19  Severe scarring.   Is that in the area where the

20  incisions were made for the breast implants?

21         A.    Where they took them out, and then I had

22  drainage tubes, and then they had to affix extra tissue

23  so there is -- I could draw a diagram, but I have scars

24  that go up here, and then on the sides here.   I have

                          26

1    drainage tube scars, scars around my nipples, and scars

2    that go down here like a T (indicating).

3         Q.   Okay.  And you understood that when you got

4    breast implants that the surgery involved the doctor

5    making incisions, correct?

6         A.   For the original breast implants I understood

7    that scarring, yes.

8         Q.   B is severe vomiting?

9         A.   Yes.

10        Q.   Okay.  Are you saying that your vomiting

11   issues relate to your breast implants?

12        A.   My severe vomiting is caused by extreme

13   anxiety attacks.  I have been to the gastroenterologist,

14   and that is how they describe it as well.

15        Q.   Okay.  But no one has told you that that is

16   related to your breast implants?

17        A.   It's just my anxiety.  I have -- I feel

18   like -- they told me that what happened to me wouldn't

19   happen, and Dr. DeWolfe, especially when I came into his

20   office, oh, that would never happen, you don't have to

21   worry about it.  Then they saw my MRI report and he saw

22   the pictures, and he said like this is one for the

23   books, this is terrible.  So my anxiety is more if they

24   said that that couldn't happen what else can happen to

Page 34

1    that?

2         A.    Yes.

3         Q.    Vyvance is not for your thyroid condition,

4    correct?

5         A.    No, it's not.  My thyroid medicine is more,

6    but when they asked me for this a few days ago Travis

7    accidentally threw out the complete receipt that I had

8    on the counter.  We were cleaning up.  I said, Travis,

9    where is the receipt.  He said I threw it away and

10   couldn't find it, but I am sure if they check through

11   insurance or -- you know, there is a way to find out how

12   much the total would be for my medication.

13        Q.    For your thyroid condition?

14        A.    Yes.

15        Q.    Your thyroid condition predated your breast

16   implants, correct?

17        A.    No.

18        Q.    No?

19        A.    No.

20        Q.    Okay.

21        A.    I was diagnosed I believe in 2012.  It was

22   December, I think, maybe right before I got the breast

23   implants and everything, or maybe right after, and that

24   came back normal.  And then having breast implants my

Page 35

1   levels started get severely off and they were very

2   difficult to balance.

3         Q.   Okay.  You have a family history of thyroid

4   issues, correct?

5         A.   Yes, but not similar to mine.  They are more

6   hyperthyroid, I believe, and they are easily regulated

7   with medication, which mine seems to always change.

8         Q.   Okay.  In July of 2009 you saw a doctor who

9   noted a problem, a thyroid pituitary problem, and said

10  you needed to be under the care of an endocrinologist?

11        A.   I was underweight and they had me tested, but

12  the tests came back negative.

13        Q.   Okay.  Depression.

14        A.   Yes.

15        Q.   What doctor -- and this says that Dr. Scanlon

16  and Dr. Ahzar have attributed your depression to your

17  breast implants?

18        A.   I know Dr. Scanlon has.  Dr. Ahzar, I don't

19  really talk about my breast implants.  He is not a

20  psychologist.  I go there and say this is how I am

21  feeling, and then he prescribes me the education.  Our

22  appointments are usually less than 10 minutes.

23        Q.   So you mainly see Dr. Ahzar to get your

24  medication?

Page 88

1    She does not know what type of hypothyroidism she has.

2    Hashimoto's does not sound familiar to her.  Have you

3    been diagnosed with hypothyroidism?

4         A.   Yes.

5         Q.   In 2012?

6         A.   I believe so, yes.  I was on medication during

7    my pregnancy in 2013.  That would make sense.

8         Q.   Diagnosed with depression and ADHD by psyche

9    previously.  She states the depression is currently

10   controlled on Zoloft 200 milligrams daily.  She has been

11   on this dose for the last four years.  Is that true?

12        A.   At that time, yes.  My medicine is different

13   now.

14        Q.   Patient states she was diagnosed with celiac

15   disease as a child by biopsies as tests were

16   inconclusive.  She states that symptoms have been

17   worsening over the years.  Now that she has trace of

18   gluten she is having severe diarrhea and rashes.  Is

19   that true?

20        A.   I don't know if I was ever diagnosed

21   officially with celiac disease.  I don't think I was.  I

22   do have symptoms of an intolerance.  I do get rashes and

23   upset stomach from foods that has been worse in recent

24   years, yes.

Page 103

1    removed and didn't have any type of reconstruction --

2        A.   He just wanted to replace them.

3        Q.   He wanted to replace them.  Okay.  And did you

4    explain to him that you did not want any breast implants

5    put in at all?

6        A.   I did.  He said he didn't feel comfortable

7    with that because it would look terrible.

8        Q.   And then of course Dr. Florence Mussat who

9    actually did your explantation surgery, correct?

10       A.   Yes.

11        Q.   How did you find her?

12        A.   I believe I found her on the recommended list

13    from, what is that, breast implant group, they have like

14    a recommended surgeon list.

15        Q.   Healing breast implant illness.com?

16        A.   Sure.

17        Q.   Do you know anything about the people putting

18    that material together?

19        A.   No, but I was under the impression somehow, so

20    someone may have posted about it, that they were all

21    surgeons that people went to and had good experiences

22    with, and I think Dr. Mussat had several

23    recommendations.

24        Q.   Okay.  Do you know if anyone investigates

Page 109

1    recently?

2         A.   No.  She's at Dr. Epperly's office.

3         Q.   Okay.  Dr. Donzelli?

4         A.   I have to do a follow up with him soon.  He

5    just manages the mass on my thyroid.  Every once in a

6    while I have to get an ultrasound.

7         Q.   Looks like you saw an allergist, Dr. Thomas

8    Van Osdol in 2016?

9         A.   Uh-huh.

10        Q.   For brain fog?

11        A.   I mean, brain fog, my usual celiac symptoms.

12   Figured it couldn't hurt.  He couldn't find anything,

13   but I don't know.  I don't remember too much about what

14   he tested for.

15        Q.   And it looks like you saw a couple doctors for

16   your back pain.  Dr. Juliette Falah and a Manish

17   Kapadia, a neurologist?

18        A.   Sure.  I don't remember, but if that is what

19   the chart says, then I saw them.

20        Q.   Who is Dr. Linda Ehlers?

21        A.   Dr. Linda Ehlers is a naturopath path

22   chiropractor.  She works with just healing, I guess.

23   Like natural, like chemical imbalances, back pain.  I

24   guess you could say she is just a natural --

Page 124

1   silicone.

2        Q.   Right.  And he is saying yeah, there was, but

3   that is normal and you should -- that is to be expected,

4   and it's not causing any problem.

5        MR. DOGALI:  Objection.  Not a question.

6        MR. RAWLIN:  Q.  So I am asking, you didn't like

7   what he told you, that is why you didn't go back to him?

8        A.   No.  I just don't think he was educated in

9   that area.  I mean, I had surgery after meeting with him

10  where he removed more silicone and I got a bit better.

11  So I would -- I mean, everyone has a difference of

12  opinion with their doctors, and this doctor I had a

13  difference of opinion with.

14       Q.   Okay.  Who do you think knows better about

15  whether surgery was indicated for you in this situation,

16  Dr. Connolly, or you?

17       A.   Well, Dr. Connolly didn't deal with breast

18  implants.  So I would say a doctor that was more

19  familiar with what I was going through than Dr.

20  Connolly, but certainly not me since I have no medical

21  background.

22       Q.   Okay.  What is your understanding of what Dr.

23  DeWolfe found when he did the surgery with you?

24       A.   Dr. DeWolfe said he removed several silicone

                                    Page 136

1   also has a history of various medical issues, including

2   unexplained autommimune illness in the past.

3         A.    Okay.

4         Q.    And that is true, right?

5         A.    I was diagnosed with fibromyalgia, yes.

6         Q.    And it says that he diagnosed you, and the

7   diagnosis was based on parent and teachers ratings,

8   which showed a significant number of ADHD symptoms.  So

9   your mom didn't make this up, the doctor actually got

10  ratings from your teachers that indicated that you had

11  ADHD, right?

12        A.    I mean, my mom went to that doctor several

13  times with me begging for a diagnosis, I remember, and I

14  don't think I have fibromyalgia.  I think I have muscle

15  soreness, but I know people with fibromyalgia and they

16  can't move, they need medicine like Lyrica and stuff to

17  function, and they have severe nerve pain.  I don't have

18  what I believe fibromyalgia to be.

19        Q.    Let me ask you this, then.  A bunch of doctors

20  you have seen, you tell them that you have been

21  diagnosed with fibromyalgia.

22        A.    It is in my records.

23        Q.    Have you ever gone to a doctor that treats

24  that and said, Doctor, I think my mom forced this

1          Q.   Because it looks like you had a preop visit on

2    April 17th, 2009, and it says -- his office note says,

3    that under informed consent all of the risks, benefits,

4    and potential complications of the procedure were

5    discussed with the patient again.  She agreed and

6    requested the procedure.  Do you recall him having a

7    conversation with you about the risks and benefits and

8    potential complications of the procedure on April 17th,

9    2009?

10         A.   I remember I was young, and he was worried

11   about scarring, and that would be a big thing for me,

12   and he said there was a small risk of capsular

13   contracture, and I mean if there were any other risks,

14   he wasn't like look, you are going to need two

15   surgeries, you are going to have significant illness and

16   pain in your arm if this happens.  He didn't really go

17   over in detail the complications of a rupture, just that

18   there was a small chance that something could happen.

19         Q.   Okay.  Did he say if your implants ruptured

20   what you would have to do?

21         A.   I don't remember, but he certainly didn't make

22   it out to be life altering many surgeries, many doctors

23   appointments and pain that I have been through now, or I

24   wouldn't have got them.  I don't think there were that

1    many warnings.  Just from Mentor back then I trusted it

2    was a good product and he would put a good product in me

3    and I would be safe.

4        Q.   Did you understand that those saline breast

5    implants were FDA approved?

6        A.   I would believe so.  I can't imagine a doctor

7    putting anything in me that wasn't safe, but I

8    personally don't know.  I don't remember, I should say.

9        Q.   Okay.  When he is discussing with you about

10   your decision to get breast implants, is he showing you

11   different implants, letting you hold them?

12       A.   I am sure.  I don't specifically remember, but

13   I am sure he had some in his office.

14       Q.   Did he give you any brochures from Mentor, any

15   paperwork?

16       A.   I don't specifically remember him giving me

17   any brochures.

18       Q.   Some doctors have their patients watch like a

19   video.

20       A.   I definitely didn't watch a video.

21       Q.   Okay.  Did he tell you he would be using

22   Mentor implants before your surgery?

23       A.   I believe so, yes.

24       Q.   Do you remember anything else he said about

1          A.    I have no idea.

2          Q.    Have you ever asked anybody?

3          A.    I don't remember.

4          Q.    Okay.  But you don't think you are bringing

5     any claim relating to the saline implants?

6          A.    I don't think so.

7          Q.    To your knowledge, the first surgery on April

8     20th, 2009, where he placed saline implants in you, it

9     went well?

10         A.    I believe so.  Well, for a bit of time, and

11    then they started to droop.  I am not sure how much

12    time.  I don't remember.

13         Q.    Okay.  You woke up, though, you were okay?

14         A.    Oh yeah.

15         Q.    No complications that you knew of?

16         A.    No.

17         Q.    Cosmetically did you like the appearance of

18    your breasts after surgery?

19         A.    They were a little bigger than I was

20    anticipating but yeah, I liked them.

21         Q.    Any criticisms of Dr. Bitar's treatment of you

22    at that point in time?

23         A.    No.

24         Q.    It looks like on April 21st, 2009 they checked

Page 159

1  in on you and that you were doing very well, and he gave

2  you a band and instructed an implant massage.  Do you

3  recall what that was, implant massage?

4      A.   I mean, I don't know.  After my surgery with

5  Dr. Mussat I had to massage to break up scar tissue, but

6  I don't know.  I have no idea.

7      Q.   Then it looks like there was another follow up

8  with Barbara on April 27th, 2009.  Doing very well.

9  Very pleased with the results.  Was that your impression

10 at the time, you were happy with the results?  It would

11 have been about a week after your surgery.

12     A.   A week?

13     Q.   Yes.

14     A.   I mean, I don't remember the exact date that I

15 started having the drooping.  So right after surgery I

16 would say yeah, I was happy.

17     Q.   It looks like in May of 2009, it says, patient

18 has some displacement on the implant superiorly.  This

19 was massaged.  I will see her again tomorrow.  And then

20 it looks like maybe on May 6th, 2009, a couple days

21 later, manipulation of the implant inferiorly and

22 laterally was performed.  We will see her on Friday.  Is

23 that when you think the implants started to droop?

24     A.   Yes, that sounds like it.  It didn't form a

Page 160

1   capsule. So it wasn't staying in my chest area. it was

2   just kind of moving.

3       Q. It looks like then on June 10th, 2089, he

4   says, I had a long discussion with the patient and her

5   mother. This implant seems to be sliding down because

6   the patient does not have any capsule around it.

7   Options were discussed. The only reasonable option at

8   this point is to either remove the implant totally or to

9   replace them with a textured implant. However, she

10   feels that a nipple distance to the external arch too

11   long. This was apparent preoperatively. I had a

12   discussion with her preoperatively last time about doing

13   a whole mastopexy with an inverted T to decrease that

14   distance. However, she did not want the inserted T at

15   the time. That is why we have proceeded with a

16   periabeolar mastopexy. At the time following surgery

17   she had perfect location of the nipple relative to the

18   implant. However, because of the lack of capsule

19   contracture around the implants it's moving inferiorly.

20   I reviewed the options with her. The two options again

21   would be to remove the implant and wait and redo the

22   mastopexy and insert implant, or go back at this point

23   and proceed with mastopexy and exchange the implant into

24   a textured silicone or saline implant. Is that

1  consistent with what you remember at the time?

2      A.   Yes.

3      Q.   Okay.  I told her there is no guarantee that

4  she will form a capsule and this might happen again.

5  She is in a hurry to do the surgery.  I told her we

6  should wait and think about it further.  I should see

7  her again in two weeks.  Do you recall why you might

8  have been in a hurry?

9      A.   I remember being very uncomfortable.  That

10  could have been why I was in a hurry.  How much do they

11  weigh?

12      Q.   Okay.  And then it looks like you went back

13  and saw Dr. Bitar on June 29th, 2009, and he says again,

14  I had a long discussion again with the patient and her

15  mother.  The patient was interested in a very high upper

16  pole fullness.  Again, the only way to do this is to

17  proceed with inverted T shape incision.  The patient was

18  pushing very hard for the surgery.  However, I am asking

19  her to wait a little bit longer.  The implant did not

20  migrate down any further since I saw her last.  I told

21  her if we proceed it will be an inverted T shape, along

22  with the risks, benefits, and potential complications

23  and the scarring from the surgery.  Most likely we will

24  use a textured implant being silicone or saline.  There

Page 163

1   don't take a short five minute break and continue from

2   there.

3                    ( Whereupon a short recess was had,

4                      after which the preceding

5                      deposition continued as follows:)

6        MR. RAWLIN:  Q.  Mrs. Gravitt, are you ready to go

7   back on the record?

8        A.   Yes.

9        Q.   Giving you what has been marked as Exhibit 14,

10  which are records from Dr. Geldner, and the first page

11  is dated July 13th, 2009.  Dr. Geldner was someone who

12  you wanted to go get a second opinion from about what to

13  do about the implants sagging down?

14       A.   Yes.

15       Q.   Okay.  It says, this is a woman who has a

16  fascinating history.  She says she has had a breast

17  augmentation with concentric mastopexy done and

18  everything slipped.  She is clearly angry and feels a

19  number of mistakes were made.  Were you angry at Dr.

20  Bitar at that time?

21       A.   I wasn't angry at the doctor.  I was angry

22  that it happened.

23       Q.   Okay.  And then it says we talked about breast

24  augmentation and discussed how it's performed.  Do you

1  remember that conversation with Dr. Geldner?

2       A.   Vaguely.

3       Q.   He says, we talked about risks and potential

4  complications, including capsular contracture, sensory

5  abnormalities, implant breakage and implant deflation.

6  So he talked about the next option, if you were going to

7  continue to have implants that breakage and deflation

8  were potential risks, right?

9       A.   He talked about slight risks but he didn't

10 tell me the consequences of the risks or the percentage

11 of the  risks.

12      Q.   Okay.  Did he tell you -- so he didn't tell you

13 what percent chance of rupture there is?

14      A.   No.   I mean, every surgery has risks.   You

15 don't assume it's going to cause the complications that

16 it does.

17      Q.   Did he tell you if you had a rupture you might

18 have to have a reoperation where they removed the

19 ruptured implant and put the new one in?

20      A.   I don't remember.

21      Q.   It goes on the say, we talked about bleeding,

22 infection, submuscular versus subglandular placement and

23 the different indications of each.  So a different

24 additional risk there is bleeding and infection that he

1    talked to you about?

2         A.   Yes.   I am sure with every surgery they talk

3    to you about that.

4         Q.   Okay.   Again, this is in July of 2009.   This

5    is before you got your silicone gel implants?

6         A.   Correct.

7         Q.   Before you got the silicone gel implants with

8    Dr. Bitar you knew there was a risk of implant breakage?

9         A.   I didn't know what the risk was, if it was one

10   in a million.   They don't specify the complications of a

11   rupture or a breakage.   They make it sound like it's

12   completely okay.   They just take it out and it never

13   bothers you again.   They don't say anything about it

14   going to lymph nodes or hurting you, or anything like

15   that.   I was not aware of any information of that at the

16   time.

17        Q.   Okay.   He goes on to say -- well, he says, her

18   physical examination shows the right breast to be

19   substantially lower than the left.   Both of them are

20   somewhat low.   They are independently attractive but do

21   not resemble each other.   She has concentric

22   mastopexies, which I wonder why he she has them at all.

23   Did he tell you he was surprised that Dr. Bitar had done

24   concentric mastopexies?

Page 174

1    fact that I would never look good without implants, and

2    I didn't want them.  At the time my mentality, I will

3    just take this and see if they have changed.  That is a

4    guess.  So I am going to say I don't remember.

5         Q.   You saw Dr. Khouris in 2016?

6         A.   Yes.

7         Q.   So while you were at his office where did you

8    see this brochure?

9         A.   He had a display.

10        Q.   Okay.

11        A.   I mean, it was copywritten.  That doesn't

12   mean -- I mean, I have books that were copywritten in

13   1923 that I read.

14        Q.   I believe this brochure looks very worn and

15   folded.  It has creases and it's wearing through around

16   the binder.  So it looks old.

17        A.   I am tough on things.  I actually found it

18   under my bed.

19        Q.   So in 2016 you went to Dr. Khouris when you

20   were going to him for consultation, and you saw this in

21   some type of display at his office?

22        A.   Yes.  It was next to a stack of magazines.

23        Q.   Okay.  And so you are saying Dr. Bitar never

24   gave this to you back before you had your surgery?

Page 175

1    A.   I am saying if he did I don't remember.  I am

2    not saying he never did.

3    Q.   Do you know if Dr. Bitar gave you any written

4    materials to read about MemoryGel implants?

5    A.   I don't remember.

6    Q.   So you read this in 2016 when you got it from

7    Dr. Khouris?

8    A.   I don't know if I read.  I took it.

9    Q.   Why did you take it?

10    A.   I like pamphlets.  I figured if we ever

11    pursued legal action maybe it would help us in some way,

12    or if implants were a hundred percent safe, and they

13    could promise me that.  I never wanted implants again.

14    So to be honest, I am not really sure why I took it.

15    Q.   Did you tell Dr. Khouris your were taking it?

16    A.   He had them out for his guests to take.  So I

17    am going to say no.

18    Q.   Do you see where it says on the back cover on

19    the left-hand side, the second paragraph, there are

20    risks associated with breast implant surgery.  Breast

21    implants are not lifetime devices and breast

22    implantation is likely not a one time surgery.  You may

23    need additional unplanned surgery on your breasts

24    because of complications or unacceptable cosmetic

1   Mentor MemoryGel implant?

2       MR. DOGALI:  Objection to the predicate of that

3   being an unknown foundation that is injected by counsel

4   testifying.

5       MR. RAWLIN:  Well, we produced discovery on it, so

6   I don't know why it's unknown.

7       MR. DOGALI:  This is not about you and me and

8   having a dialogue.  This is about a question and answer

9   session between you and my client.

10      MR. RAWLIN:  Q.  Did he tell you anything about

11  rupture rates?

12      A.   I don't remember.  He made it sound like there

13  were risks with surgery.

14      Q.   Okay.  What rate of rupture would you -- would

15  have been too much you that you wouldn't have gone

16  forward with the surgery.

17      MR. DOGALI:  Object to the form of the

18  hypothetical.  Lays an inadequate predicate.

19      A.   I think I would need more information.  I

20  would need to know the complications of what could

21  happen after a rupture.  I would need to know the rates

22  of complications.  Too hard to just give an answer to.

23      MR. RAWLIN:  Q.  As you sit here today, do you

24  think Dr. Bitar properly warned you of the risks

Page 190

1    associated with a MemoryGel implant?

2         A.   To the best of my knowledge, I don't remember,

3    but I remember I trusted my doctor and I had no doubts,

4    or I wouldn't have had the surgery.

5         Q.   I asked do you think he properly warned you,

6    and you are saying because I don't remember what he told

7    I can't answer your question?

8         A.   Yeah, because I don't.

9         Q.   So he may have properly warned you?

10        A.   Maybe.

11        Q.   Okay.  You agreed to go forward with the

12   second surgery where you had the MemoryGel silicons

13   implants replaced, correct?

14        A.   To have the saline one taken out and those in,

15   yes.

16        Q.   Was that a decision you made, or your mom

17   made?

18        A.   I think it was a decision me and my doctor

19   made together, as that was the way to fix what had

20   happened with the saline implants.

21        Q.   Okay.  Do you hold Dr. Bitar responsible in

22   any way for you feeling like you didn't know enough

23   about the risks of your MemoryGel implants?

24        A.   No.  I think he is a good doctor.  I trusted

Page 191

1    the doctor.  I came to trust the products when I got it.

2         Q.   Okay.  Your surgery was December 7th, 2009?

3         A.   Sounds right.

4         Q.   And to your knowledge, any complications

5    during that surgery?

6         A.   Not when I first had it that I remember, no.

7         Q.   Okay.  Did he tell you anything about your

8    saline implants that he took out, whether they were

9    intact, or deflated, or anything like that?

10        A.   To my knowledge, they were intact.  He didn't

11   tell me otherwise.

12        Q.   Okay.  And surgery went well in your mind?

13        A.   The initial surgery went well, yes.

14        Q.   Okay.  It looks like there was some difficulty

15   paying Dr. Bitar.  Do you know why that was?

16        A.   My mom had wrote a check and volunteered to be

17   the financially responsible party and signed her name on

18   those forms, and she wrote him the check for the full

19   amount.  They had the money four or five months past

20   before his office cashed it, and at that point my mom

21   had lost her job, and money was tight.  So if he had

22   cashed it within a decent time frame he would have had

23   the money.  My mom did set up a payment with him.  I am

24   not sure what that entailed.

1    rude, she was very vulgar about it.  I got the

2    impression that maybe it was an ex-wife.  She seemed

3    very disgruntled.  She was not professional.  So she

4    couldn't give me details on how much I owed.  Seems the

5    point was she was just more like lashing out.

6         Q.   Did you get a name?

7         A.   No.

8         Q.   When do you think you first began experiencing

9    symptoms that you in your own mind relate to your breast

10   implants?

11        A.   I would say about 2012.

12        MR. RAWLIN:  Okay.  Mark that.

13                    ( Gravitt Deposition Exhibit No. 17

14                      was marked for identification

15                      as of 10/1/18.)

16                    Q.  Mrs. Gravitt, you are being shown

17   what has been marked as Exhibit 17.  This is a

18   questionnaire from Dr. Ehlers.  It says Moraine Valley

19   Chiropractic Center.  Why were you going to Dr. Ehlers

20   in December of 2011?

21        A.   I mean, I could have started showing symptoms.

22   I was always a tiny person, very underweight, and even

23   after my first child I lost all the weight immediately.

24   I remember having weight I just couldn't lose.

Page 197

1    Different -- like declining memory function.  Not just

2    memory, but the words would form in my head and I

3    couldn't get them out.  I would say depression would be

4    frustration from this.

5         Q.   It says you are seeing doctors for those

6    conditions.  Constant weight gain, declining mental

7    function, depression.  And depression was something that

8    you had been treated for before breast implants?

9         A.   Yes.

10        Q.   Okay.

11        A.   I feel like the depression is on two levels,

12   though.  It's more like -- this wasn't postpartum

13   depression, this was more frustration of I can't do the

14   things I used to.

15        Q.   Okay.  If you look at the second page there is

16   kind of a questionnaire, and it says -- at the bottom

17   there is whole list of things, and a number of spaces

18   you have checked now and in the past.  Like headaches,

19   neck pain, stiff neck, problems sleeping, back pain,

20   nervousness, tension, irritability, dizziness,

21   allergies, weakness in arms, legs, shortness of breath,

22   fatigue, depression, loss of memory.  Something you are

23   saying now, and you have had it previously.

24        A.   I mean, I don't remember having these

Page 222

1      MR. DOGALI:  Objection.  There is no question

2   pending.

3      MR. RAWLIN:  Q.  What was the name of the company

4   that came in and looked for mold?

5      A.   I don't remember.  My husband worked with a

6   couple guys that came in a regular truck.  I would have

7   no idea if it was a company or just helpers.

8      Q.   Okay.  When did you finally decide to go see a

9   plastic surgeon about removing your breast implants?

10     A.   When did I first decide?

11     Q.   Yes.

12     A.   When I found out one was ruptured.

13     Q.   And it looks like in August of 2016 was when

14  you first felt a slight lump in your left breast?

15     A.   Yes.

16     Q.   That is when you went to see Dr. Carpenter?

17     A.   Yes.  That makes sense.

18     Q.   Okay.  And did Dr. Carpenter then recommend

19  that you go get an MRI of your breast?

20     A.   I forget whether I had the MRI or an

21  ultrasound first, but yes, that was her recommendation.

22     Q.   It looks like you initially had an ultrasound

23  of the right breast, and left breast, and that is when

24  you first learned that you might have a rupture of your

Page 223

1 right breast implant?

2     A.   They told me it was a definite rupture.  They

3 described it as snow storm silicone.

4     Q.   When you say they told me, who are you saying

5 they told you?

6     A.   The technician, and then she had the doctor

7 come in and speak to me.

8     Q.   Okay.  Is that the ultrasound or MRI?

9     A.   That was the ultrasound.

10     Q.   I am looking at the ultrasound.  It says

11 increased area of echogenicity along the inferior margin

12 of the right breast implant, suggesting possibility of

13 extra capsulary silicone.  Consider correlation with

14 MRI.  Clinically warranted.  So did they just then tell

15 you that you should get an MRI?

16     A.   Yes.

17     Q.   Okay.  Then its looks like on September 19th,

18 2016 you did have a bilateral MRI of your breast.  Do

19 you remember that?

20     A.   2016.  Yes.

21     Q.   September.

22     A.   That makes sense.

23     Q.   It looks like the findings were right breast,

24 there is material iso-intense to silicone extending

1   inferiorly from the right implant margin consistent with

2   extra capsulary silicone rupture.  There are small T

3   tube right lesions corresponding to probably cyst seen

4   on ultrasound consistent with simple cysts.  And it says

5   the left breast implant is grossly intact.  Is that what

6   you understood at that time?

7        A.   I don't remember.

8        Q.   We saw the brochure that you took from Dr.

9   Khouris's office said, MRI screenings are recommended

10  three years after initial implant and then every two

11  years.  Did Dr. Bitar suggest to you that was a good

12  idea?

13       MR. DOGALI:  Object to the form of the question.

14  Asked and answered.

15       A.   I don't remember.  I don't recall.

16       MR. RAWLIN:  Q.  Okay.  In that 2016 time frame

17  were you involved in any kind of trauma to your chest?

18       A.   No.

19       Q.   Falling down?

20       A.   No.

21       Q.   Car accident?

22       A.   No.

23       Q.   Playing on the floor with your kids?

24       A.   No.

1  with this ruptured item in my body and the consequences

2  of it.  So I don't know, but if there is a chance, then

3  yes, I would have wrote that.

4      Q.   I guess I am trying to understand what health

5  problems did you think would go away once you had your

6  implants removed?

7      A.   Pain, blackouts, the fainting, falling asleep

8  standing up.  I mean, I wish I could have documented how

9  bad.  It was very, very hard to even remember.

10     Q.   Okay.  Do you still have blackouts?

11     A.   No.

12     MR. RAWLIN:  Do you want to take a break?  We can

13  take short break.

14     MR. DOGALI:  Okay.  Let's take a break.

15                  ( Whereupon a short recess was had,

16                   after which the preceding

17                   deposition continued as follows:)

18     MR. RAWLIN:  Q.  Mrs. Gravitt, I asked you some

19  things that you hoped would go away if you had your

20  implants out.  You told me pain, blackouts, fainting,

21  falling asleep standing up.  Have you had any blackouts

22  since your explant surgery?

23     A.   No.

24     Q.   Have you had any fainting since your explant

Page 230

1    surgery?

2         A.   No.

3         Q.   Have you had any falling asleep standing up

4    since your explant surgery?

5         A.   Unless I was up in the middle of the night,

6    no.

7         Q.   So in your mind because those things had not

8    reoccured your breast implants must have been causing

9    them?

10        A.   In my mind.

11        Q.   Any other -- you do still have some of your

12   symptoms, though, correct?

13        A.   Slightly.

14        Q.   Okay.  You still have severe anxiety?

15        A.   Yes.

16        Q.   You still have depression, correct?

17        A.   I have depression from the symptoms of

18   anxiety.  So I feel like one goes with the other, yes.

19        Q.   Okay.  You still have ADHD type symptoms?

20        A.   I have memory declines, yes.

21        Q.   You still have issues with nausea and

22   vomiting?

23        A.   That is hard to say, because I have had this

24   tapeworm.

Page 231

1    Q.   Okay.

2    A.   So I would say I don't know.

3    Q.   Okay.  What other types of medical issues are

4    you dealing with still even after your explant?

5    A.   Severe anxiety, brain function, memory

6    decline, and then just the depression from all that I

7    went through.

8    Q.   Okay.  Looking at this Exhibit 21, she had

9    asked how long have you been thinking about surgery.

10   You said since I found out my implant ruptured.  And

11   then you had some questions.  Can insurance cover this.

12   Mentor Warranty.  Can you send ruptured implant out.

13   Send for  pathology and toxicity testing.  Can all of

14   the implant, capsule, if any, stray silicone be removed.

15   And my time frame.  As soon as possible.  And Dr. Mussat

16   agreed with you that the appropriate plan would be to

17   remove your implants, correct?

18   A.   Correct.

19   Q.   Did she -- I know you went in saying I want

20   them taken out.  Did she say, look, have you thought

21   about getting them replaced?

22   A.   No.  She went with what I wanted, which is why

23   I chose her as a doctor.

24   Q.   You made up your mind going in you were not

1       A.   I am not sure.  I vaguely rarely post in those

2    groups.

3       Q.   Okay.  You had surgery by Dr. Mussat on

4    October 19th, 2016?

5       A.   That sounds right.

6       Q.   And was the surgery successful?

7       A.   Yes.  I think she did the best that she could.

8    I think she is an excellent surgeon.

9       Q.   Okay.  What did she tell you about what she

10   found on the right side where the ruptured implant was?

11      A.   She said it was ruptured.

12      Q.   Okay.  Did she tell you anything about whether

13   she saw any significant silicone outside the capsule on

14   your right side?

15      A.   Yes.  She said she had to do lipo to try to

16   suck it off.  There was some stuck to my ribs.  It was a

17   long surgery.  She said that she did the best that she

18   could.  She couldn't guarantee if it was all out, but I

19   think she did a really good job.  She is a great doctor.

20      Q.   Okay.  When you say she had to liposuction --

21      A.   She had to do liposuction to get the loose

22   silicone out, yes.

23      Q.   I think she told us that she had to remove

24   some tissue and skin, but the liposuction wasn't for