Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "C"

Page 1

1              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
2                 CASE NO:  1:17-CV-05428
3    -----------------------------
     CATHERINE GRAVITT and TRAVIS )
4    GRAVITT,                          VIDEOTAPED
                                  ) DEPOSITION OF:
5            Plaintiffs,
                                  )   ARTHUR E.
6      - vs -                         BRAWER, MD
                                  )
7    MENTOR WORLDWIDE, LLC, a
     foreign corporation,         )
8
                 Defendant.       )
9    -----------------------------
10
11              TRANSCRIPT of the stenographic
12   notes of the proceedings in the above-captioned
13   matter, as taken by and before BARBARA A. BRADEY,
14   a Certified Court Reporter and Notary Public of
15   the State of New Jersey, held at Regus, 125 Half
16   Mile Road, Suite 200, Red Bank, New Jersey, on
17   Thursday, May 26, 2022, commencing at 9:01 a.m.
18
19
20
21
22
23
24     Job No. CS5169947

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 8

1   Catherine Gravitt and Travis Gravitt.

2                   MR. RAWLIN:  Dustin Rawlin with

3   Nelson Mullins for Defendant, Mentor Worldwide,

4   LLC.

5

6   A R T H U R   E.   B R A W E R,   M D,  Morris

7   Avenue Medical Building, 170 Morris Avenue, Suite

8   B, Long Branch, New Jersey 07740, having been duly

9   sworn according to law by the Notary, testified as

10  follows:

11

12  EXAMINATION BY MR. RAWLIN.

13          Q       Good morning, Dr. Brawer.  My name

14  is Dustin Rawlin.  I represent Mentor Worldwide,

15  LLC in a lawsuit brought by Catherine and Travis

16  Gravitt.

17                  Can you please state your name and

18  business address for the record?

19          A       Arthur Edward Brawer, MD, 170

20  Morris Avenue, Long Branch, New Jersey 07740.

21          Q       Dr. Brawer, you understand that

22  you've been designated as an expert witness by

23  Catherine Gravitt?

24          A       Yes.

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 34

```
 1    least three to four hours face-to-face with the
 2    patient.  Then I have to dictate it.  So it can
 3    run four, five, six hours.  Sometimes it can run
 4    12 hours.  Depends on how much there is to do.
 5          Q      I guess I was asking:  In this
 6    case, how many hours have you spent working on
 7    this case?
 8          A      Well, I don't have the records
 9    with me that I had to review.  I can tell you that
10    it took me probably the better part of two days to
11    review the medical records that were sent to me
12    before I saw her.  She was in my office for at
13    least three or four hours, and it probably took me
14    at least a couple hours to dictate it.  So it's
15    quite an amount of time.
16          Q      Did you take any photos of Ms.
17    Gravitt?
18          A      No.
19          Q      Why not?
20          A      I don't usually take photos unless
21    there's physical features that I think have not
22    been recorded previously by the patient or someone
23    else.
24          Q      Did Ms. Gravitt have any physical
```

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 35

1    features that you found not to be recorded

2    previously or by anyone else?

3            A       I don't understand your question.

4            Q       Well, I've read some of your

5    literature, and part of your methodology is to

6    take photographs of physical features.

7                    Did Ms. Gravitt have any physical

8    features that you thought you needed to document?

9            A       Well, there are physical features.

10   They're outlined in my five-page report.

11           Q       Why didn't you take any

12   photographs of them?

13           A       It wasn't necessary.

14           Q       Why?

15           A       It wasn't necessary.  They were

16   blatantly obvious and I described them.

17           Q       Okay.  To record them, according

18   to your methodology, wouldn't you typically take

19   photographs?

20           A       Her findings are redundant and an

21   example of many patients I've seen with breast

22   implant illness, so it wasn't necessary to

23   reduplicate that again.  You'll see them when I

24   give the slide show of clinical features in the

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 36

1    courtroom.  I'll tell you exactly what hers were

2    like compared to those.

3              Q       Did you do any lab work on Ms.

4    Gravitt?

5              A       No.

6              Q       Why not?

7              A       It wasn't necessary.

8              Q       Okay.  You did no rheumatological

9    tests on her at all?

10             A       Not when I saw her or since I've

11   seen her.

12             Q       Okay.  Doctor, your report says

13   that during your 46-year career, you estimate

14   you've seen 22,000 patients.

15             A       No, I've seen more than that.  I

16   think -- let me see what I said.  I think it's a

17   little bit more than that.

18             Q       Well, I'm looking at the second

19   page of Exhibit 5 where you say, "During the

20   course of my 46-year career, I estimate I've seen

21   approximately 22,000 new rheumatology patients."

22             A       Yeah, I may have actually

23   underestimated that.  I was thinking about that

24   since I wrote this, because I was trying to -- I

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 96

1     were initially recorded via the database."

2              A      Yeah.   How are you going to

3     analyze something you didn't take down?

4              Q      Your database, is it still in

5     existence?

6              A      Yes.

7              Q      Is it in a computer?

8              A      No, it's in this compendium right

9     here.   This whole thing from 1995.

10             Q      Oh, this?

11             A      Yes.

12             Q      Okay.   We're talking about your 128

13    signs and symptoms, correct?

14             A      Yes.

15             Q      Okay.   And these are things that

16    you, while you were taking a history from a

17    patient, would note if they told you, I had this

18    sign or symptom after I got breast implants, they

19    would go on a list?

20             A      Okay.   When you're initially

21    conducting the research, you can't artificially

22    exclude things and make some prejudgment about

23    what the disease is all about if you're trying to

24    determine that in the first place.   Okay?   So as

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 103

1    in a saline breast implant case?

2            A       Possible, but I don't think I ever

3    had a deposition or court testimony on a saline

4    breast implant case.

5            Q       Ever produced a report in a saline

6    breast implant case?

7            A       Probably.

8            Q       But your report says, "Mrs.

9    Gravitt developed a profound and multisystem

10   illness directly caused by the silicone gel-filled

11   breast implants inserted in December of 2009."

12           A       Okay.  What page are you reading

13   from?

14           Q       I'm guessing this is your 2018

15   report.

16           A       Are you reading from the last

17   paragraph on Page 4?

18           Q       Yes.

19           A       Okay.  Go ahead.

20           Q       "From a clinical standpoint, it is

21   clear based on a reasonable degree of medical

22   certainty that Mrs. Gravitt has developed a

23   profound multisystem illness directly caused by

24   the silicone gel-filled breast implants inserted

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 104

1    in December 2009."

2              A       Yes.

3              Q       Okay.  I'm going to mark as

4    Exhibit 6 your Bones, Groans, and Silicone:

5    Beauty and the Beast paper now.

6                      (Exhibit 6, Paper entitled "Bones,

7    Groans, and Silicone:  Beauty and the Beast, was

8    marked for Identification.)

9              Q       Doctor, now, was this ever

10   published anywhere?

11             A       Oh, that formed the basis for the

12   first two publications in 1996, the chronology

13   paper and the local breast implant phenomena.

14             Q       My question was:  Was this ever

15   published anywhere?

16             A       No.

17             Q       Did you ever submit it for

18   publication anywhere?

19             A       Not that I know of.

20                     MS. UBEROI:  Do you have a copy?

21                     MR. RAWLIN:  That's the only one

22   he gave me.

23             Q       Doctor, I'm going to show you

24   what's been marked as Exhibit 7.

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 105

1          (Exhibit 7, Amended Complaint, was

2   marked for Identification.)

3          Q       This is Mrs. Gravitt's Amended

4   Complaint.  If you can go to Paragraph 55 on Page

5   20.

6          A      Okay.  Sorry.  What are we looking

7   at now?  Sorry.

8          Q       Paragraph 55.

9          A      Okay.  This is the Amended

10  Complaint?

11         Q       Yep.

12         A      And this is dated?

13         Q       February 2, 2018.

14         A      February 2, 2018.

15         So this is roughly ten months

16  before I saw her.

17         Q       Right.

18         A      Okay.  And what would you like me

19  to address?

20         Q       Well, in 55, she lists the things

21  that she thinks were caused by her breast

22  implants.

23         A      Go ahead.

24         Q       So acne and skin rashes.

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 106

1            Do you see that?

2       A      Yes, I see skin rashes.  Yes.

3       Q      Are you aware that she had acne

4    and skin rashes since 1996?

5       A      I'm aware of a lot of things that

6    preceded the breast implants insertion, yes, but

7    not the skin rashes that she developed after the

8    implants were inserted.

9       Q      Okay.  If you look at C, the next

10   page, severe memory decline to the point where she

11   was required to stop her schooling and forsake her

12   planned future career.

13      A      Yes, I'm aware of that.

14      Q      Are you aware that she was noted

15   to have severe memory decline in August of 2009?

16      A      I'm aware of that.

17      Q      And so that's pre-existing her

18   breast implants?

19      A      Well, it depends on whether or not

20   it was repetitively persistent and/or became

21   completely chronic.  And the answer is that it was

22   a transient thing that then was ameliorated.  And

23   then when she developed cognitive dysfunction

24   after the breast implants were inserted, it came

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 107

1    back.

2            Q     So is that going to be your answer

3    to each of these, that she had a pre-existing and

4    it wasn't really that bad back then, but after her

5    breast implants it became unremitting and chronic

6    and terrible?  Is that what you're going to tell

7    me for all these?

8            A     My answer is, and it's part of the

9    criteria that you read from my own report, is that

10   a phenomenon had to -- did not precede the

11   insertion of the breast implants, okay, and it had

12   to be chronic.  And the word chronic means it was

13   repetitively persistent and/or unremitting.  All

14   right?  That's not the case with this in terms of

15   what happened to her when she had her breast

16   implants put in.  This was not a phenomenon that

17   was repetitively persistent indefinitely and was

18   fixed in stone.  That's not what happened.

19                You can have -- people have a lot

20   of things.  You know, I can go out and play tennis

21   and I get knee pain and swelling.  Does that mean

22   that if I develop rheumatoid arthritis a year

23   later, my knee pain and swelling at that time

24   playing tennis was related to the rheumatoid

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 110

1   quote, unquote, database.  And you say, "For each

2   systemic symptom and sign recorded, the precise

3   time of onset of each item after implantation was

4   determined.  Any single clinical manifestation was

5   included as part of the disease process only if it

6   was, (1), chronically unremitting and/or

7   persistently repetitive; (2), was not present

8   prior to device insertion, and; (3), could not be

9   attributed to any other well-defined medical

10  condition."

11          A       That is correct.

12          Q       So the clinical manifestation was

13  included as part of the disease only if it was not

14  present prior to device insertion?

15          A       That's correct.  But that would

16  imply that it had to be something chronic and

17  repetitively persistent up to the time of implant

18  insertion.  And any of these things that you have

19  listed here on Pages 20 and 21 of the document you

20  were just discussing was not to my satisfaction

21  verified in the medical records to be an

22  unremitting and chronic problem prior to device

23  insertion in this patient.

24          Q       Well, sir, your paper doesn't read

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 114

1    said that, then I will be happy to answer the

2    question about it.  But I can't just take at face

3    value your interpretation of her medical records.

4    Okay?  So show me what you're alluding to.

5           Q       Do you know that she had extreme

6    fatigue going back to 2001, years before she had

7    her breast implants?

8           A       I know at times she had fatigue,

9    which was also inappropriately alluded to as

10   sluggish thyroid.  That I do know.  It was not

11   something that was present at the time she put her

12   implants in.

13          Q       She had anxiety since 1997.

14   Severe anxiety.

15          A       I've mentioned it in my own

16   report.  I'm aware of that.  It was not something

17   that was repetitively persistent at the time she

18   put her implants in.

19          Q       Sir, she was under the care of a

20   psychologist since she was a child.  She was

21   taking antidepressants and anti-anxiety medication

22   since childhood.

23                  MS. UBEROI:  Objection.

24          Q       That would indicate to you that it

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 115

1    was unremitting and chronic?

2                    MS. UBEROI:  Objection.  Dustin,

3    this is a deposition.  Please stop being

4    disrespectful.

5                    MR. RAWLIN:  Well, this gentleman

6    is not being truthful.

7            A       The only way I can answer your

8    question is for you to show me pharmacy lists of

9    medications, the year they were prescribed, the

10   year they were renewed.  Okay?  The medical

11   records that justify that they were continuously

12   used.  Okay?  Then I can put that in perspective.

13                   Now, in my analysis of her medical

14   records, I was not satisfied that this was a

15   chronically unremitting and persistently

16   repetitive problem up to the exact minute that she

17   put her implants in.

18           Q       Why didn't you read her deposition

19   testimony when she testified about her anxiety

20   from childhood?

21           A       It was never sent to me.

22           Q       Why didn't you review Dr. Segal's

23   deposition testimony or any of her psychologists'

24   testimony?

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

```
                                            Page 120

 1    they weren't unremitting and chronic, and

 2    therefore they can be discounted.

 3            A       Well, if you wish to make a

 4    comment on my methodology, you're certainly

 5    welcome to do that.  But you're taking it totally

 6    out of context.

 7            Q       She had depression from 2001, long

 8    before her breast implants.

 9            A       I've listed that in my report.

10            (Exhibit 9, Plaintiff Catherine

11    Gravitt's Verified Fourth Supplemental Answers to

12    Defendant's First Set of Interrogatories, was

13    marked for Identification.)

14            Q       Dr. Brawer, I'm going to show you

15    what's been marked as Exhibit 9.  These are Ms.

16    Gravitt's fourth supplemental answers to certain

17    questions we asked of her, one of which was

18    Interrogatory No. 20.  "Identify any physical

19    injuries and/or illness you claim developed as a

20    result of using Mentor's memory gel silicone gel

21    breast implants."

22            A       What was the date of this when it

23    was completed?

24            Q       January 22, 2018.
```

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 197

1    limited to:  Fulfillment of the Bradford Hill

2    criteria for causation; unique and reproducible

3    disease development curve which evolves in a

4    pattern stimulating a dose response curve and has

5    intrinsic validity onto itself.

6                   None of the women's ailments

7    preceded implantation in any chronic manner.  None

8    of the women's ailments could be attributed to any

9    other well-defined medical entity.  And the

10   documented improvement in women who undergo

11   explantation.

12                   That would pretty much encompass

13   my opinions.

14                   MR. RAWLIN:  Okay.  Why don't we

15   take a short break for lunch?

16                   THE VIDEOGRAPHER:  The time is

17   12:10.  We are off the record.

18                   (Video recording ceased.)

19                   (A lunch break was taken.)

20

21

22

23

24

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 236

1    better or not.

2                    So what the authors did was they

3    had two groups of women matched up for age and

4    other parameters and matched up for length of

5    breast implant insertion and symptoms that they

6    have complained about and physical ailments and

7    things like that.  And one group decided that they

8    wanted to removed their implants, and the other

9    group, which was comparable to the first group,

10   decided they didn't want to remove their implants.

11   And then they followed both groups for a certain

12   period of time, and it was statistically shown

13   that the women who removed their implants

14   statistically got better while the women who

15   didn't remove their implants did not.

16        Q     And what journal is this going to

17   be published in?

18        A     I can't tell you that until it's

19   published.

20        Q     Okay.

21        A     It required some revision, but

22   it's going to be published.

23        Q     Dr. Brawer, you're not an expert

24   in medical device warnings, correct?

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 265

1    systemic illness?  One.

2              A      Okay.  You're confusing

3    epidemiologic studies with the fact whether the

4    study is controlled or not.  Okay?  Now, what's

5    going to be published will satisfy your

6    requirements, but it's not the only article that

7    attests to this.  But what's going to be published

8    clearly shows epidemiologically that when you

9    remove breast implants, patients get better.  And

10   when you don't take them out, they don't get

11   better.

12             And this is the first time that

13   someone has actually done explantation studies

14   with controlled groups like this.  There have been

15   plenty of explantation studies talking about

16   improvement in breast implant illness when

17   implants are taken out.

18             Q      Move to strike as nonresponsive.

19             Sir, if anything, you've said on

20   consistency the opposite; that there's tremendous

21   variance in how this novel disease progresses and

22   presents in onset and types of symptoms and mix of

23   symptoms a patient may experience.

24             A      No, I didn't say that at all.  I

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 316

1      A      Well, an expert in what?

2      Q      Breast implants.

3      A      He isn't an expert on breast

4  implants.

5      Q      Well, he's not an expert on breast

6  implants.  He's been excluded in every case he's

7  tried to testify in in the last 20 years, so he's

8  not actually an expert in breast implants.

9      A      You're again making a statement.

10  I'll be waiting for the next question.

11      Q      Okay.  This agenda states you're

12  going to present on clinical manifestations of

13  silicone gel-filled breast implants, mechanisms of

14  action and disease causation, acceptable

15  methodology utilized to study silicone-induced

16  disease.  That's kind of like a little thing under

17  your name.

18              Are the clinical manifestations

19  the 128 signs and symptoms that you --

20      A      No.  There's no longer -- we're

21  not using 128 symptoms and signs anymore.  That

22  was at the beginning until we could clarify the

23  illness.

24      Q      Okay.  Smaller group?  Fifty,

ARTHUR E. BRAWER, MD - BY MR. RAWLIN

Page 317

1   maybe?  More closer to 50?

2           A       Maybe even less.

3           Q       Okay.  Are the mechanisms of

4   action and disease causation the hypotheses we've

5   talked about?

6           A       Yes.

7           Q       Okay.  What's the acceptable

8   methodology to study silicone-induced disease that

9   you talk about here?  What is that?

10          A       Okay.  Well, I've outlined that in

11  my 18-page or 16-page dissertation.

12          Q       Oh, okay.  So you're saying your

13  methodology is the acceptable methodology?

14          A       Well, the methodology implores a

15  lot of items that go into making it up that are

16  time-tested, especially by Dr. Stephen Malawista

17  who performed similar research on Lyme disease

18  before they presented their findings in 1975.

19          Q       Okay.  And that's methodology that

20  you use and no one else in the world uses?  That's

21  the acceptable methodology?

22          A       Methodology is a big function of

23  time.  How much time do you want to invest to

24  study this problem?  And, unfortunately, no one