Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "F"

CATHERINE GRAVITT, ET AL. vs MENTOR WORLDWIDE LLC
John Canady, MD on 11/18/2021

```
 1                  UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
 2
    CATHERINE GRAVITT and        )
 3  TRAVIS GRAVITT,              )
                                 )
 4          Plaintiff,           ) File No. 1:17-cv-05428
                                 )
 5    vs.                        ) DEPOSITION OF
                                 ) JOHN CANADY, MD
 6  MENTOR WORLDWIDE LLC,        )
                                 )
 7                               )
            Defendant.           )
 8  ---------------------------

 9          THE VIDEOCONFERENCE DEPOSITION OF JOHN CANADY,
    MD, taken before Lucinda Winslow-Haidsiak, Registered
10  Professional Reporter and Notary Public of the State
    of Iowa, commencing at 8:58 a.m., November 18, 2021,
11  at with all parties appearing remotely via Zoom.

12
                      A P P E A R A N C E S
13

14  Plaintiff by:     BARBARA UBEROI
                      Attorney at Law
15                    Dogali Law Group. P.A.
                      19321 U.S. Highway 19
16                    Suite 307
                      Clearwater, FL 33764
17                    813-289-0700
                      buberoi@dogalilaw.com
18

19  Defendant by:     DUSTIN B. RAWLIN
                      Attorney at Law
20                    Tucker Ellis LLP
                      950 Main Avenue
21                    Suite 1100
                      Cleveland, OH 44113
22                    216-696-4235
                      dustin.rawlin@tuckerellis.com
23

24  Videographed by:  Scot Ziarko

25  Reported by:   Lucinda Winslow-Haidsiak, RPR, CRR.
```

 1            They further acknowledge that in lieu
 2   of an oath administered in person, the witness will
 3   verbally declare his testimony in this matter under
 4   penalty of perjury.
 5            The parties and their counsel consent
 6   to this arrangement and waive any objections to this
 7   manner of reporting.
 8            Please indicate your agreement by
 9   stating your name and your agreement on the record.
10            MS. UBEROI:  This is Barbara Uberoi,
11   and I agree.
12            MR. RAWLIN:  Dustin Rawlin, I agree.
13                  JOHN CANADY, MD,
14   called as a witness, having been first duly sworn,
15   testified as follows:
16            VIDEOGRAPHER:  You may begin.
17                    EXAMINATION
18   BY MS. UBEROI:
19      Q.  Hi, good morning.  Dr. Canady, I just
20   introduced myself, and I will do so again.
21            My name is Barbara Uberoi.  I represent the
22   plaintiffs, Catherine Gravitt and Travis Gravitt.
23            Have you ever had your deposition taken
24   before?
25      A.  Yes.

```
 1      A.   I do.
 2      Q.   The first sentence says, "I have some
 3  concerns with the list of symptoms for rheumatic
 4  disease."
 5           Could you please identify for me, you know,
 6  the -- what symptoms there are for rheumatic disease?
 7      A.   I can't really answer that.  It depends on
 8  the rheumatic disease, and there's often not even
 9  agreement among experts on that topic.
10      Q.   Okay.  Where did you obtain this statement
11  regarding the list of symptoms for rheumatic diseases
12  then?
13      A.   I don't know.
14      Q.   If I scroll up here to the attachments, it
15  says MemoryShape PAS.  What is a PAS?
16      A.   Postapproval study.
17      Q.   Would either the MemoryShape or the Memory
18  Gel postapproval study contain a list of rheumatic
19  symptoms?
20      A.   I don't know.
21      Q.   It says, "We've changed our system through
22  Christy Babb to note rheumatic disease when it has
23  been diagnosed by a board-certified rheumatologist."
24           Do you know when that occurred?
25      A.   I don't recall.
```

```
 1      Q.   Must have been prior to September 11, 2013;
 2   right?
 3      A.   I don't know.
 4      Q.   Did you have any involvement in deciding
 5   whether the system -- let's see -- should require a
 6   diagnosis by a board-certified rheumatologist?
 7      A.   Well, I don't have specific recollection of
 8   the discussion or process by which we arrived at
 9   that, but based on this email, it appears I had an
10   opinion that it should be included if it was
11   diagnosed by a board-certified rheumatologist.
12      Q.   What should be included?
13      A.   The diagnosis of rheumatic disease.
14      Q.   Okay.  What was the policy before Christy
15   Babb decided or you decided that it should be
16   included diagnosis?
17      A.   I don't know.  That would have been in the
18   clinical department.  They are the ones that would
19   administer the study.
20      Q.   Okay.  And what study is that?
21      A.   Well, whichever this study is referring to.
22   I presume it is one of the postapproval studies.
23      Q.   Well, it says the subject, MemoryShape and
24   Memory Gel New Enrollment Study, Final protocol
25   attached.  Do you see that?
```

```
 1      A.   Oh, it -- yeah.  There was another study
 2   that was started along the way, and it may have been
 3   around that.
 4      Q.   Okay.  When it says "changed our system,"
 5   which system did you understand she was talking
 6   about?
 7      A.   The way the complaint system recorded
 8   complaints.
 9      Q.   Would that system -- I know that they are
10   talking about the system with respect to this new
11   enrollment study.  Would the same system apply to
12   complaints made to the FDA?
13           MR. RAWLIN:  Objection.  Form.  Vague.
14   Go ahead.
15      A.   Yeah, I don't know.  Somebody in complaints
16   would have to answer that.  I don't know.
17      Q.   Okay.  The next portion of the first -- of
18   the second sentence says, "I think that has provided
19   a much clearer picture of who actually has true
20   disease in this category."
21           When you say "I think that has" in that
22   sentence, did you mean diagnosis by a board-certified
23   rheumatologist?
24      A.   Yes.
25      Q.   Okay.  What did you mean by "a much clearer
```

```
 1   picture of who actually has true disease in this
 2   category"?
 3        A.   They had a valid diagnosis by an expert in
 4   that area.
 5        Q.   Do you know whether the complaint system
 6   for MDRs were -- strike that.
 7             Do you know whether the FDA limited
 8   complaints through the MDRs to only those conditions
 9   or symptoms that had a valid diagnosis?
10             MR. RAWLIN:  Objection.  Form.
11   Foundation.
12        A.   I don't know that.  I know that FDA met
13   with Christy Babb on several occasions and approved
14   this approach.
15        Q.   When were those meetings?
16        A.   I don't know.  Some point, you know,
17   between when I started and the date of this email.
18        Q.   Did you -- did Mentor have -- strike that.
19             Did you have an understanding of what was
20   required to establish whether a patient with a
21   complaint had a true disease in the rheumatic
22   category?
23             MR. RAWLIN:  Objection.  Form.
24   Foundation.  Go ahead.
25        A.   I can't answer that.  It would depend on
```

```
 1      Q.   I know, but is that the reason that you do
 2   not know the symptoms that can indicate a rheumatic
 3   disease?
 4      A.   Well --
 5           MR. RAWLIN:  Objection.  I don't think
 6   that's what he said, but go ahead.
 7      A.   Symptoms alone don't indicate rheumatic
 8   disease.
 9      Q.   Okay.  Let's keep going, then.
10           Are you aware of -- can severe memory
11   decline be indicative of a rheumatic disease?
12           MR. RAWLIN:  Objection.  Foundation.
13           Go ahead.
14      A.   I don't know.
15      Q.   Can muscle soreness be indicative of
16   rheumatic disease?
17           MR. RAWLIN:  Objection.  Foundation.
18           Go ahead.
19      A.   Sometimes in rheumatic disease, I
20   understand that can be a symptom, but the disease is
21   not diagnosed on the mere presence of that symptom.
22      Q.   Is it hard to diagnose rheumatic disease?
23      A.   It is extremely difficult.
24      Q.   Does it often require narrowing down
25   whether the patient has other conditions prior to
```

1  determining whether they may have a rheumatic
2  disease?
3       A.   Again, I mean, I'm not a rheumatologist, so
4  it is, in general medical knowledge, a very difficult
5  set of diseases to diagnose.  It requires more than
6  the presence of symptoms to make a valid diagnosis,
7  and I'm not an expert in that.
8            There's lab tests.  There's x-rays.
9  There's all kinds of things that are typically done
10 to make a valid diagnosis.
11      Q.   Okay.  Can muscle soreness be indicative of
12 a rheumatic disease?
13           MR. RAWLIN:  Objection.  Asked and
14 answered.
15           Go ahead.
16      Q.   Oh, you are right.  You don't have to
17 answer that one.  Sorry.
18           Can extreme fatigue be indicative of a
19 rheumatic disease?
20      A.   I mean, it can be as indicative or not as
21 indicative depending on the remainder of the clinical
22 picture.
23      Q.   Okay.  And what about abnormal thyroid
24 levels?  Can they be indicative of a rheumatic
25 disease?

```
 1      A.    As well as not indicative of rheumatic
 2   disease.
 3      Q.    Okay.  And then can drowsiness indicate a
 4   rheumatic disease?
 5      A.    Drowsiness, sleepiness?
 6      Q.    Uh-huh.
 7      A.    I don't know if that's a specific symptom
 8   requirement for a specific rheumatic disease.
 9      Q.    Okay.  Can anxiety or depression -- strike
10   that.
11            Can anxiety be indicative of a rheumatic
12   disease?
13      A.    Again, I'm not a rheumatic expert.  I don't
14   have in front of me the diagnostic criteria for all
15   of these diseases, so I don't know.
16      Q.    Okay. Well, just in your general knowledge
17   as a medical provider, do you know whether depression
18   could be indicative of a rheumatic disease?
19      A.    Well, that's the whole point here is that
20   general medical knowledge is not adequate to diagnose
21   these diseases.
22      Q.    Okay.  If an individual complained of
23   symptoms such as those we just went through -- memory
24   loss, muscle soreness, extreme fatigue, abnormal
25   thyroid levels, you know, or the variety -- are there
```