Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "G"

```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
2                         EASTERN DIVISION

3

4   CATHERINE GRAVITT and     )
    TRAVIS GRAVITT,           )
5                             )
         Plaintiffs,          )
6   vs.                       )  Case No. 1:17-cv-5428
                              )
7   MENTOR WORLDWIDE, LLC,    )
    a foreign corportation,   )
8                             )
         Defendant.           )
9   _____)

10

11

12

13

14

15                       DEPOSITION OF

16                        PHILIP YANG

17              CONDUCTED VIRTUALLY VIA ZOOM

18                THURSDAY, DECEMBER 16, 2021

19                        1:04 P.M. PST

20

21

22

23

24  Job No.:  375005

25  Reported By:  Cheryl A. Dixon, RPR, CRR
```

```
 1                  P R O C E E D I N G S
 2                       --- o0o ---
 3                     PHILIP YANG,
 4   having been first duly sworn, testified as follows:
 5                      EXAMINATION
 6   BY MS. UBEROI:
 7       Q.   Good afternoon, Mr. Yang.  My name is Barbara
 8   Uberoi.  I'm an attorney with the Law Offices of Dogali
 9   Law Group and I represent the plaintiffs in this matter,
10   Catherine Gravitt and Travis Gravitt.  Have you ever met
11   with Catherine Gravitt before?
12       A.   No.
13       Q.   Have you had any conversations with her in
14   the past?
15       A.   No.
16       Q.   And then with respect to Mr. Gravitt, have
17   you ever met Mr. Gravitt before?
18       A.   No.
19       Q.   Have you ever had any conversations or
20   communications with Mr. Gravitt in the past?
21       A.   No.
22       Q.   During the course of this deposition it's my
23   opportunity -- or actually before we go there.  Have you
24   ever had your deposition taken before?
25       A.   30 years ago.
```

 1     Q.    Okay.  Was that deposition given in relation
 2  to litigation involving Mentor?
 3     A.    No.
 4     Q.    Was it a litigation involving breast
 5  implants?
 6     A.    No.
 7     Q.    Could you state your full name for the
 8  record?
 9     A.    Philip, one L -- I need to spell my middle
10  name for you, S-h-u dash C-h-u-a-n -- Yang, Y-a-n-g.
11     Q.    All right.  During the course of the
12  deposition I will have an opportunity to ask you
13  questions regarding the facts of the case.  Sometimes
14  the questions may seem a little arcane, but in that
15  instance we are basically filling in requirements that
16  the laws -- well, the rules relating to litigation
17  require.
18           The court reporter will be taking down
19  your deposition testimony word by word, so it's
20  important to refrain from using nods or shakes of your
21  head because they can't be recorded.  We also ask that
22  you pause when a question is being asked before you --
23  and then before answering the question, and the same
24  would be with respect to objections that your counsel
25  may make.

```
 1      Q.   And when did you receive your master's?
 2      A.   1977, I think.
 3      Q.   Okay.  And one more just quick question.
 4   Where did you attend undergrad?
 5      A.   MIT.
 6      Q.   And when did you graduate?
 7      A.   '76.
 8      Q.   Okay.  You previously told us when you worked
 9   at Mentor.  Oh, what was your last position at Mentor?
10      A.   Vice president technical studies and
11   submissions.
12      Q.   How long did you hold that position?
13      A.   I can't remember.
14      Q.   Did you have any -- did you hold a position
15   prior to being the vice president of technical studies
16   and submissions?
17      A.   I was hired as a manager with the same title.
18   I ended up as a vice president with the same title.
19      Q.   While working with Mentor, did you handle all
20   of their product lines under your duties?
21      A.   Not every one of them, no.
22      Q.   Did silicon-gel breast implants fall within
23   your duties?
24      A.   Yes.
25      Q.   Did any other products that contain silicon
```

```
 1    gel fall within your duties?
 2         A.    Becker implants.
 3         Q.    And any others?
 4         A.    And when I first started, there was another
 5    implant which was the reverse of a Becker, the gel on
 6    the inside and saline on the outside.
 7         Q.    And just for the record could you explain
 8    what a Becker implant is?
 9         A.    Becker implant is gel on the out --
10    silicon-shell gel, another silicon shell in which saline
11    is injected.
12         Q.    Are those called expanders?
13         A.    They are a reconstructive form of expander,
14    yes.
15         Q.    While you were working at Mentor, did you
16    also provide -- work with expanders as part of your
17    scope of work?
18         A.    Beckers are expanders, yes.
19         Q.    Okay.  Can you give me a very brief overview
20    of your duties?
21         A.    Primarily it started out to write the PMA for
22    gel breast implants back in '91, and then over time -- I
23    mean, that continued on for the whole time that we were
24    applying for breast implants.  Over -- I'm trying to
25    think what the other part of your question was, the
```

```
 1                MR. RAWLIN:  Objection, foundation.
 2                THE WITNESS:  You have to remember, I
 3   don't know what they're doing today, so if you're asking
 4   me anything related to after I left, I have no idea what
 5   they're doing today, so...
 6   BY MS. UBEROI:
 7        Q.    I understand that.  I was asking you
 8   regarding the -- about the differences, if any, between
 9   approximately, say, 2000 and 2009?
10        A.    I wouldn't know about 2009.  Between 2000 and
11   2006, as far as I know, they were the same materials to
12   make the shells.
13                MR. RAWLIN:  Mr. Yang also wasn't at
14   Mentor Texas where the manufacturing facility was.
15   BY MS. UBEROI:
16        Q.    For the purposes of studies, though, were the
17   silicon -- I'm sorry, were the shells of the Becker
18   implants and the memory-gel breast implants similar in
19   thickness?
20                MR. RAWLIN:  Objection, foundation.
21                THE WITNESS:  I don't remember the
22   thicknesses of those shells.
23   BY MS. UBEROI:
24        Q.    What is "gel bleed"?
25        A.    Any silicon that can come to the surface of a
```

```
 1   shell.
 2       Q.    Are breast implants tested for gel bleed
 3   during the PMA process?
 4       A.    Yes.
 5       Q.    Could you describe the testing for me as it
 6   existed between 2000 and 2006?
 7       A.    I can't remember us doing a bleed study
 8   between 2000 and 2006.
 9       Q.    Did Mentor rely on the bleed study of the gel
10   manufacturer?
11             MR. RAWLIN:  Objection, form.
12             THE WITNESS:  No.
13   BY MS. UBEROI:
14       Q.    Did your department have to submit bleed
15   information to the FDA to obtain the PMA?
16       A.    We did.
17       Q.    And where did your department obtain that
18   information?
19       A.    We did the studies in early nineteen --
20   actually before I even got there and in early 1990s.
21       Q.    During your tenure were those studies ever
22   updated?
23       A.    I can't remember if we ever did additional
24   studies after that.
25       Q.    Do you recall the testing process for gel
```

1   bleed as it existed during your tenure?

2        A.   We took a device, put it on a -- what's

3   called a clean silicon disc of a known weight.  We put

4   it in a controlled environment and weighed the disc over

5   time to see how much -- quote/unquote -- new silicon

6   accumulated in it, and then we compared that number to a

7   disc that was just left out in the open, so we knew how

8   much water might have accumulated in the silicon disc.

9   And the difference between those two was considered to

10  be bleed.

11       Q.   Was the test sample contained within or

12  immersed within some type of substrate?

13       A.   No, the device was just placed on a disc of

14  silicon.

15       Q.   Is there a test -- what is "diffusion"?

16       A.   Diffusion is the movement of a molecule

17  through a membrane.

18       Q.   Was there a specific test for diffusion?

19            MR. RAWLIN:  Objection, form.  Go ahead.

20            THE WITNESS:  Gel bleed is a test for

21  diffusion.

22  BY MS. UBEROI:

23       Q.   Is there a different type of test for

24  diffusion that was used as a custom and practice in --

25  by your lab during your tenure?

```
 1                MR. RAWLIN:  These are saline-filled
 2   tissue expanders.
 3                MS. UBEROI:  Okay.  That's what I'm
 4   asking.
 5                MR. RAWLIN:  Yep.
 6                MS. UBEROI:  Thank you.
 7   BY MS. UBEROI:
 8       Q.   Okay.  We are going to mark as the next
 9   deposition exhibit, a document entitled "Confident Trade
10   Secret Report CP 246, Gel Bleed Study," dated August 18,
11   2004, and it is Bates stamp number 875664 through
12   875681.
13                (Exhibit 3 marked.)
14   BY MS. UBEROI:
15       Q.   I will scroll back here to the top and ask a
16   few simple questions about it.  If you would like to
17   review the document, you're welcome to do so.  I'll be
18   happy to scroll down.
19       A.   Can you give me the first page with the
20   summary on it?  The first page of the report.  Keep
21   going.
22       Q.   I can ask a real quick question about the
23   second page, which is Bates stamp number 875665.
24   Earlier you stated that you asked members of your team
25   to sign the document and then there is a signature block
```

```
 1      Q.    Would you like me to scroll down a little bit
 2   or --
 3      A.    I think that's the end -- is that the end of
 4   the abstract?  Yes.
 5      Q.    Yes.  Okay.  The abstract is located on
 6   Mentor Gravitt 875669.  I'll go ahead and go to the top
 7   of the abstract and we can use that to ask a couple of
 8   questions.  Does this refresh your recollection as to
 9   whether your team conducted testing on silicon -- well,
10   actually strike that.
11            If we go up -- no, actually we can do
12   that.
13            Does this document refresh your
14   recollection as to whether your team conducted diffusion
15   testing on silicon gel for breast implants?
16      A.    Yes, I guess we did.
17      Q.    Okay.  And what is the procedure to conduct
18   diffusion testing using an immersion process?
19      A.    I couldn't tell you because I just don't
20   remember.
21      Q.    All right.
22      A.    What I remember is what I just read from that
23   abstract in the two minutes I got to read it.
24      Q.    I notice in the page previous to the
25   abstract -- actually, it's a couple of pages up, on
```

```
 1   Bates stamp number 875667 -- it's actually on Bates
 2   stamp number 875666.  There is, it looks like, a list of
 3   appendixes; one is appendix C that identifies a
 4   solubility determination.  What is that?
 5        A.   Trying to understand what's the maximum
 6   amount of that particular compound -- in this case in
 7   water -- that can go into water or that can go into a
 8   porcine serum.
 9        Q.   So is the solubility determination also known
10   as a diffusion?
11        A.   No.  "Solubility determination" is how much
12   of that compound can physically dissolve in water.  You
13   can do a lot of bench top if you had to.  It has nothing
14   to do with diffusion.  It's a simple chemistry
15   experiment, that portion of it.
16        Q.   We returned to section 2, which is the
17   abstract.  With respect to the diffusion testing, I note
18   that it states that it was conducted in porcine serum.
19   What is porcine serum?
20        A.   It's the serum from pig's blood.  The serum
21   is only a portion of the blood; it's without the cells.
22        Q.   Are diffusion tests conducted with other
23   substrates?
24             MR. RAWLIN:  Barbara, foundation.  He's
25   already said he don't remember if he did this one.
```

```
 1    BY MS. UBEROI:
 2         Q.    Based on your experience, sir, can diffusion
 3    tests be conducted with saline?
 4         A.    Yes.
 5         Q.    Can they be conducted with a bovine
 6    substrate?
 7         A.    They could be.
 8         Q.    What is -- is the correct term "bovine
 9    substrate" or is it a "bovine serum"?
10         A.    If you're looking for a parallel to this one,
11    it would be bovine serum.
12         Q.    And what is bovine serum?
13         A.    It's from a cow, the serum from a cow.  Same
14    serum, same components of the serum as in the porcine
15    serum.
16         Q.    And again, this is just to complete the
17    record, what is saline?
18         A.    Saline is just salt and water.
19         Q.    Is there any --
20         A.    In a specific ratio.
21         Q.    Is that ratio consistent with a ratio in,
22    like, human blood?
23         A.    It's consistent with water -- salt and water
24    that you can find in the body, but it's not blood.  I
25    believe the definition of it is .9 percent sodium
```