Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "H"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CATHERINE GRAVITT and TRAVIS GRAVITT,<br><br>      Plaintiffs,<br><br> v.<br><br>MENTOR WORLDWIDE, LLC, a foreign corporation,<br><br>      Defendant. | CASE NO: 1:17-CV-05428 |

**DECLARATION OF CATHERINE GRAVITT SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Catherine Gravitt, do hereby declare:

1. I am over the age of majority, competent to make the declaration, and have personal knowledge as to all facts contained herein unless otherwise stated.

2. This declaration is made in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

3. After my daughter was born in 2008, I suffered from a severe loss of volume in my breasts that led to my decision to have saline filled breast implants. Though the surgery was successful, the implants began to drop. I later learned that the drop was because the capsule had not developed around the implant.

4. To correct the results of the first implant procedure, I underwent a second surgery at which time I received Mentor MemoryGel Siltex textured silicone-gel filled breast implants.

Though the second surgery had a successful result regarding the appearance, I experienced new and worsening symptoms and conditions such as anxiety, depression, foggy headedness, memory loss, muscle soreness, thyroid problems, fatigue, generalized pain, lymphadenopathy, swelling, fainting spells, falling asleep standing up, unexplained losses of consciousness, and unexplained rashes thereafter.

5. I understood that there would be a low risk of complications with the Mentor MemoryGel implants including rupture and gel bleed, but I never knew that there would be risks of medical complications from the silicone itself. I was never warned of the risk that I would experience the number of health complications and auto-immune type symptoms that I have had since being implanted with the MemoryGel implants.

6. If I had known of the complications and symptoms that I have experienced and the severity and persistence of the complications, I would have never accepted MemoryGel silicone-gel filled implants.

On this 17 day of October, 2022, I, Catherine Gravitt, do hereby declare under the penalties of perjury of the United States of America and the State of Illinois that the foregoing is true and correct.

_____
Catherine Gravitt