Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "N"

Confidential - Provisionally Filed Under Seal Pending Court Review