Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "AA"

CERTIFIED TRANSCRIPT

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CATHERINE GRAVITT and TRAVIS    )
GRAVITT,                        )
              Plaintiffs;       )
                                )
                                )
                                )
    -v-                         ) No. 1:17-CV-05428
                                )
                                )
                                )
MENTOR WORLDWIDE, LLC, a        )
foreign corporation,            )
              Defendant.        )

     The Discovery Deposition of FLORENCE MUSSAT, M.D. taken before Beth Radtke, RPR, CRR, within and for the State of Illinois, pursuant to the provisions of the Federal Rules of Civil Procedure of the United States District Court, pertaining to the taking of depositions, taken at 680 North Lake Shore Drive, Chicago, Illinois, commencing at the hour of approximately 10:00 a.m. on the 22nd day of August, 2018.

Page 2

```
 1           APPEARANCES
 2
 3  DOGALI LAW GROUP, PA
       By Mr. Andy Dogali
 4     101 East Kennedy Boulevard
       Suite 1100
 5     Tampa, Florida 33602
       adogali@dogalilaw.com
 6     813.289.0700
 7     -and-
 8  LENZE LAWYERS, PLC
       By Ms. Jennifer Lenze
 9     1300 Highland Avenue
       Suite 207
10     Manhattan Beach, California 90266
       jlenze@lenzelawyrs.com
11     310.322.8800
       Appeared on behalf of the Plaintiffs;
12
13  TUCKER ELLIS, LLP
       By Mr. Dustin B. Rawlin
14     950 Main Avenue
       Suite 1100
15     Cleveland, Ohio 44113
       dustin.rawlin@tuckerellis.com
16     216.696.4235
       Appeared on behalf of the Defendant.
17
              *****
18
19
20
21
22
23
24
```

Page 3

```
 1             INDEX
 2
 3  WITNESS                              PAGE
 4  FLORENCE MUSSAT, M.D.
       Examination By Mr. Rawlin          4
 5     Examination By Mr. Dogali        114
       Further Examination by Mr. Rawlin 118
 6
 7  EXHIBITS
 8  Exhibit No.  1 Complaint              7
    Exhibit No.  2 Website printout      30
 9  Exhibit No.  3 Breast Implant Removal and  33
                   Disease (article)
10  Exhibit No.  4 En Block Breast Implant  36
                   Removal (article)
11  Exhibit No.  5 9-27-16 registration form  54
    Exhibit No.  6 E-mail                54
12  Exhibit No.  7 Ultrasound            55
    Exhibit No.  8 MRI results           56
13  Exhibit No.  9 9-27-16 consultation form  57
    Exhibit No. 10 Typed notes           60
14  Exhibit No. 11 9-27-16 medical history  61
    Exhibit No. 12 Prescription card     68
15  Exhibit No. 13 Blood work results    69
    Exhibit No. 14 Mental stability letter  71
16  Exhibit No. 15 Medical necessity letter  72
                   (second request)
17  Exhibit No. 16 Photographs           74
    Exhibit No. 17 E-mails               75
18  Exhibit No. 18 Medical necessity letter  79
                   (third request)
19  Exhibit No. 19 Consent form          80
    Exhibit No. 20 Consent form          82
20  Exhibit No. 21 Consent form          82
    Exhibit No. 22 Handwritten diagram   83
21  Exhibit No. 23 Operative note        85
    Exhibit No. 24 Pathology report      88
22  Exhibit No. 25 Cultures              90
    Exhibit No. 26 Prescription         103
23  Exhibit No. 27 MRI                  104
    Exhibit No. 28 Ultrasound           106
24
              *****
```

Page 4

 1    (Witness sworn.)
 2       FLORENCE MUSSAT, M.D.,
 3  having been first duly sworn, was examined and
 4  testified as follows:
 5              EXAMINATION
 6  BY MR. RAWLIN:
 7    Q.  Good morning, Dr. Mussat. My name is Dustin
 8  Rawlin. I represent Mentor Worldwide, LLC, in a
 9  lawsuit brought by one of your former patients,
10  Catherine Gravitt.
11       Can you please state your full name for the
12  record?
13    A.  So I'm Dr. Florence Mussat, M-u-s-s-a-t.
14    Q.  And you pronounce it Mussat?
15    A.  Yes.
16    Q.  And what is the name of your practice where
17  we are today?
18    A.  Florence Mussat, M.D., SC. I just named it
19  my own name.
20    Q.  And it looks like you treated Ms. Gravitt
21  from September 2016 through the latter part of 2016
22  and then maybe a couple communications after that?
23    A.  Right. The last appointment with her
24  physically here in the office was on Tuesday, May 9,

Page 5

 1  2017.
 2    Q.  Okay.
 3    A.  And then two telephone conversations. The
 4  last one was Thursday, January 4, 2018.
 5    Q.  Okay. Doctor, have you ever had your
 6  deposition taken before?
 7    A.  Yes.
 8    Q.  About how many times?
 9    A.  Twice.
10    Q.  Do you know --
11    A.  Three times.
12    Q.  Do you know when the last time was?
13    A.  The last time was in January 2018.
14    Q.  And what was that relating to?
15    A.  It was related to a different case, nothing
16  to do with these type of procedures.
17    Q.  Was it one of your patients?
18    A.  One of my patients. It's a medical
19  malpractice case.
20    Q.  Is it against you?
21    A.  Against me, correct.
22    Q.  And what is the procedure that patient had?
23    A.  It was liposuction of the trunk with fat
24  transfer to the buttocks.

2 (Pages 2 - 5)

Page 14

1  Q. Okay. When did you start practicing as a
2  plastic surgeon?
3  A. In 1996 when I finished my training, and I
4  -- I got my first job in Fairfax, so that was
5  covering three states, Washington, D.C., northern
6  Virginia, and Maryland, and I was working mainly at
7  Fairfax Hospital. So I had three licenses, D.C.,
8  northern Virginia and Maryland.
9  Q. And how long were you there?
10 A. Three years.
11 Q. And were you with a practice or hospital
12 system?
13 A. Practice and hospital system both.
14 Q. And what was the practice called?
15 A. So it was Gloria Duda, M.D., PC, because it
16 was the name of the plastic surgeon who had hired me,
17 and I was also employed by Kaiser, Kaiser Northern
18 Virginia. So it was under the same system.
19 Q. Okay. Doctor, other than the two
20 malpractice cases we've talked about, any other
21 malpractice cases?
22 A. No.
23 Q. Any other disciplinary actions?
24 A. No.

Page 15

1  Q. Okay. You told me that, I think, once you
2  became licensed as a plastic surgeon in 1996, you
3  started working for Gloria Duda and Kaiser Northern
4  Virginia.
5     Can you tell me where you were employed
6  after that? Kind of walk me through your employment.
7  A. So I stayed there three years, and then in
8  between I had my son, so I came back to the
9  Chicagoland area and I got a job at Liposuction and
10 Cosmetic Surgery Institute, which is cosmetic
11 surgery, and the main office is based out of
12 Arlington Heights, Illinois.
13 Q. And long were you there?
14 A. Five years. So I started January 2000 and I
15 left in December 2005.
16 Q. And what types of procedures did you perform
17 at the Liposuction and Cosmetic Surgery Center?
18 A. So all cosmetic. I switched from general,
19 trauma, breast cancer reconstruction to cosmetic.
20 Q. In 2000?
21 A. Correct.
22 Q. So that would include breast augmentation?
23 A. Breast augmentation, breast revision, breast
24 lift, face surgery, tummy tuck, liposuction,

Page 16

1  therefore the name, Liposuction and Cosmetic Surgery
2  Institute.
3  Q. After that in 2005 where did you work next?
4  A. So then I decided to open my own practice,
5  so there was a gap of six months for organization,
6  and I created this current practice in May 2006.
7  Q. Okay. And you've been here since?
8  A. Correct. So physically in this office since
9  2011.
10 Q. Okay.
11 A. I initially sublet on the ninth floor from
12 another plastic surgeon who is no longer there.
13 Q. Okay. Doctor, have you served as an
14 assistant clinical professor of surgery at the
15 University of Illinois?
16 A. Yes, currently.
17 Q. Okay. And how long have you been doing
18 that?
19 A. So officially -- it was unofficial, but they
20 officially created that position, I guess, for me and
21 another plastic surgeon -- I don't know, three years
22 maybe. Officially three years, because we had to
23 place an official paperwork and license and
24 malpractice and everything.

Page 17

1  Q. Okay.
2  A. So three years ago.
3  Q. And so you're teaching med students?
4  A. No, residents.
5  Q. Okay.
6  A. So I do not do clinical work. The only
7  thing we're doing are teaching conferences and then
8  we are supervising the injection clinic, because
9  plastic surgery residents have to learn injections.
10 Q. Okay.
11 A. And because it was considered invasive,
12 sticking a needle in people's faces, therefore they
13 had to be officially supervised by official doctors,
14 so therefore me and another plastic surgeon.
15 Q. Fair enough.
16    Doctor, do you regularly attend the seminars
17 of any group or organization?
18 A. Yes, I'm a member of ASPS.
19 Q. Can you tell us what that is?
20 A. ASPS, it's Association of -- American
21 Association of Plastic Surgeons -- or American
22 Society of Plastic Surgeons. They've changed
23 initials a couple times. We are all members and I
24 have all my CMEs up to date. I guess you can access

5 (Pages 14 - 17)

Page 26

1  blue ribbon panel studies that came out that looked
2  at all the literature, all the epidemiology, all the
3  toxicology, and came to a consensus that silicone gel
4  breast implants could not be causally linked to
5  systemic disease?
6      MR. DOGALI: Same objection.
7  BY MR. RAWLIN:
8   Q. Correct?
9   A. Well, I grew up -- we were trained at the
10 time when all those studies were coming out, so we
11 were not allowed to use them in training, we were
12 only using saline implants and very occasionally
13 silicone gel in training, but that was very rare.
14     But then when I came in private practice, by
15 that time there were more studies coming out and
16 then, yes, there was an ongoing study because at the
17 time silicone gel was still nicer to feel for a
18 patient who desired breast reconstruction and was
19 very slim.
20  Q. And what these studies were finding was that
21 in looking at the science, they were not finding a
22 causal link between the breast implants and disease?
23     MR. DOGALI: Same objections.
24

Page 27

1  BY MR. RAWLIN:
2   Q. Correct?
3   A. Can I answer?
4   Q. Yes.
5   A. Yeah, at the time the general consensus was
6  that science was showing that there was no
7  connection.
8   Q. Okay. And that remains true today, correct?
9      MR. DOGALI: Same objections. Also object
10 to the scope of the deposition notice. The witness
11 is not disclosed as an expert. Anything beyond
12 Ms. Gravitt's chart would come as a surprise.
13     MR. RAWLIN: She can talk about her
14 knowledge.
15 BY THE WITNESS:
16  A. So I can answer you -- I mean, I am a
17 plastic surgeon in private practice, I am not an
18 expert in connective tissue disease and relationship
19 with silicone.
20 BY MR. RAWLIN:
21  Q. Sitting here today, you haven't seen any
22 science that suggests that silicone gel breast
23 implants cause connective tissue disease, correct?
24     MR. DOGALI: Same objections.

Page 28

1  BY THE WITNESS:
2   A. I just answered you I'm not an expert.
3  BY MR. RAWLIN:
4   Q. But you keep up to date on the science,
5  right?
6   A. I read all journals, and I -- for the past
7  two and a half years, I've been doing a lot of breast
8  implant removal for all those ladies who claim a
9  garden variety of symptoms related to. And I always
10 answer the same that I hope they're going to get
11 better, but again, I am not an expert, and I always
12 refer them to a rheumatologist, or an internist,
13 anybody in the community that's more of an expert for
14 that. I am just -- I am just the mechanical doctor,
15 I am just the effector.
16  Q. You place silicone gel breast implants in
17 patients, correct?
18  A. I do still.
19  Q. And if you thought that they were dangerous
20 or caused disease, you would not do that, correct?
21  A. Well, that would be my personal belief, but
22 again, I'm scientifically trained and I have to
23 follow modern science. So as we're reading in
24 peer-reviewed journals, the silicone gel implants so

Page 29

1  far are safe, there is no documentation of any
2  relationship between silicone and disease.
3   Q. And that's all I am getting at, is that you
4  believe in evidence-based medicine?
5      MR. DOGALI: Same objections.
6  BY THE WITNESS:
7   A. Well, there is a difference between belief
8  and evidence-based. I am a scientist.
9  BY MR. RAWLIN:
10  Q. Sure.
11  A. So now I am not going to tell you that some
12 powder from, I don't know, whatever plant base is
13 better than any others. I follow evidence-based
14 medicine, so it's not a question of belief.
15  Q. And maybe I -- by saying "you believe in
16 it," you follow evidence-based medicine?
17  A. Correct.
18  Q. And to you, evidence-based medicine says
19 that silicone gel breast implants are safe?
20  A. Correct.
21  Q. Okay.
22  A. I have not read anything recently in any
23 peer-reviewed journal, any documentation of any
24 relationship.

8 (Pages 26 - 29)

Page 30

1  Q. And you care about your patients?
2  A. Correct, but I've been doing more removal of
3  breast implants lately than new -- than placing new
4  silicone gel breast implants.
5  Q. And you know why that is, right?
6  A. My name was mentioned in a couple of groups.
7  Q. Right.
8      (Exhibit No. 2 was marked for
9      identification.)
10 BY MR. RAWLIN:
11 Q. Dr. Mussat, I've handed you what's been
12 marked as Exhibit 2, which is a printout from -- is
13 that your website?
14 A. Yes.
15 Q. fmussatmd.com?
16 A. Yes.
17 Q. And is this content that you would write or
18 someone would write at your direction?
19 A. We have a company, but we oversee everything
20 written, yes.
21 Q. And on the second page, it talks about
22 Chicago breast augmentation candidates.
23     Do you see that?
24 A. Yes.

Page 31

1  Q. And it says, you know, there are various
2  things of women in Chicago who are appropriate
3  candidates for breast augmentation surgery include
4  women who, and then there is a list of things.
5      Do you see that?
6  A. This picture?
7  Q. Mm-hmm.
8  A. Yes.
9  Q. And it says is a nonsmoker in good health?
10 A. Yes.
11 Q. And is aware of potential risks and
12 complications?
13 A. Yes.
14 Q. And it's important to you that a patient
15 understands the risks and complications before going
16 forward with something like breast augmentation
17 surgery, correct?
18 A. Any surgery.
19 Q. Okay. For you, what would a patient -- what
20 would you see if a patient wasn't in good health?
21 What would it take for to you say, you know, I don't
22 think silicone gel breast implants are right for you?
23     MR. DOGALI: Same prior objections.
24     THE WITNESS: Can I answer?

Page 32

1  BY MR. RAWLIN:
2  Q. Yeah.
3  A. So assuming the patient is in good health, a
4  patient has already large breasts, the patient is
5  asking for a crazy size, the patient needs a breast
6  lift, the patient has poor understanding of what it
7  means for surgery.
8  Q. What if they were diagnosed with a
9  preexisting autoimmune disease?
10 A. It's a fine line, and now if they have
11 documented lupus, MS, any autoimmune disease, and
12 they're followed by a rheumatologist and they're
13 taking any medications such as Plaquenil, that's a
14 frequent one I hear, I say no.
15 Q. You say no?
16 A. I say no.
17 Q. Okay.
18 A. Correct. We have -- I think the three
19 companies are aligned on that, that so far it is to
20 the discretion of the surgeon, but I say no.
21 Q. Okay.
22     (Exhibit No. 3 was marked for
23     identification.)
24

Page 33

1  BY MR. RAWLIN:
2  Q. Doctor, you've been handed what's been
3  marked as Exhibit 3 off of your website. It's
4  entitled Breast Implant Removal and Disease.
5      Do you see that?
6  A. Correct.
7  Q. And it says starting on page 1 and going
8  over to page 2: "Are you considering breast
9  augmentation but hesitate because you've heard
10 stories of silicone implants causing autoimmune
11 disease? As a surgical candidate, you are wise to do
12 your research and weigh the potential risks of
13 getting implants against the benefits."
14     Do you see where I am?
15 A. Yes.
16 Q. It goes on to say: "There are numerous
17 anecdotes floating around the internet about women
18 that suspected their implants caused or worsened a
19 serious health condition and chose to remove the
20 implants out of fear. In fact, Real Housewives of
21 Beverly Hills star Yolanda Foster opted to have her
22 silicone breast implants removed out of suspicion
23 they made her Lyme disease symptoms worse. The
24 entire experience was documented on her show and

9 (Pages 30 - 33)

```
                                          Page 38
 1  Illness."
 2       Do you see that?
 3   A.  Yes.
 4   Q.  Are you familiar with that website?
 5   A.  Correct.
 6   Q.  Run by a woman called Nicole Daruda?
 7   A.  I don't know the name of the lady.
 8   Q.  Okay.  And then underneath there, there is
 9  kind of a disclaim.  It says: "Note: Our website
10  may contain links to external websites that are not
11  provided or maintained by or in any way affiliated
12  with Florence Mussat, M.D., SC.  Please note that
13  Florence Mussat, M.D., SC, does not guarantee the
14  accuracy, relevance, timeliness, or completeness of
15  any information on these external websites."
16   A.  Correct.
17   Q.  So you're basically saying, look, here is a
18  website but I'm not vouching for any of the
19  information there?
20   A.  Yes.
21   Q.  Have you visited that website?
22   A.  Yes, initially when I had maybe my first
23  patient asking for implant removal with thorough
24  capsulectomy, so I discovered this world of ongoing

                                          Page 39
 1  -- how could I say -- information, which I didn't
 2  know existed.  And a lot of my colleagues do not know
 3  anything either about those websites, so I started
 4  reading about those two and a half years ago.
 5   Q.  Okay.  There's a lot of information on that
 6  website, correct?
 7   A.  Correct.
 8   Q.  There's a lot of misinformation on that
 9  website, correct?
10   A.  I am not here to judge whether it's
11  misinformation or not.  It is a fine line when
12  somebody's complaining about a symptom and writing it
13  publicly on a website.  I am not the judge of saying,
14  yes or no, she doesn't have a symptom.
15   Q.  Sure.
16   A.  So I think your word "misinformation" is
17  biased.
18   Q.  It is.  It is biased, because there's
19  information on that website that's not based on
20  science, correct?
21       MR. DOGALI:  Object to the form of the
22  question as leading, compound, and beyond the scope
23  of any reasonable interpretation of this deposition
24  notice.

                                          Page 40
 1  BY THE WITNESS:
 2   A.  Again, I'm just a small plastic surgeon in
 3  private practice, I am not an expert in autoimmune
 4  disease and silicone gel.
 5  BY MR. RAWLIN:
 6   Q.  Do you know anything about the
 7  qualifications or credibility of the people who
 8  operate that website?
 9   A.  I have no idea.
10   Q.  Do you have any idea about the source of
11  their information and whether it's correct or not?
12   A.  I have no idea.
13   Q.  Okay.
14   A.  I -- I think this is just a layperson, not a
15  medical doctor, from what I understand, but I have no
16  idea.
17   Q.  And you don't have any formal relationship
18  with the people who run that website, correct?
19   A.  I have no relationship.
20   Q.  No financial relationship?
21   A.  No.
22   Q.  Okay.  You know that you're recommended as
23  an explant surgeon?
24   A.  I am not the only one.  They have a list of

                                          Page 41
 1  doctors per every state of the United States and
 2  Canada.
 3   Q.  And part of the website, it says that you
 4  will "listen to breast implant illness."  Now does
 5  that mean that you are just compassionate as a doctor
 6  and you will listen to someone reporting their
 7  symptoms to you?
 8   A.  Yes.  I told you, I am not a judge of what I
 9  can be reading of somebody posting they have pain or
10  they have an eruption or they have, I don't know, an
11  allergic reaction.  So if a patient says I have pain
12  in the left shoulder, I'm going to write down, yes,
13  the patient has pain in her left shoulder.  I record
14  the symptoms.
15   Q.  Sure, absolutely.
16       Do you -- have you ever diagnosed a patient
17  with breast implant illness?
18   A.  I cannot say there is breast implant
19  illness.  If there is an ongoing medical problem, I
20  will direct the patient to the specialist of record.
21   Q.  Okay.
22   A.  And I see pretty much every field of, you
23  know, complaints.  So it could be neurosurgery, could
24  be autoimmune, could be hematology, could be
```

11 (Pages 38 - 41)

Page 42

1  oncology.
2   Q.  And you know what I mean by breast implant
3  illness, this community that you discovered a couple
4  years ago of women who think their breast implants
5  are making them sick, they claim a large number of
6  different symptoms and claim that it's due to their
7  breast implants and they call that breast implant
8  illness; you're familiar with that?
9   A.  Well, I read the websites and then whichever
10 symptoms it is.  So now I am no judge into saying
11 whether or not they are -- they have fake symptoms.
12 If they say they have pain, they have pain, I'm going
13 to record yes, they have pain in their left shoulder,
14 or yes, she has thyroid issue.  So if she has a
15 thyroid problem, I'm going to refer her to an
16 endocrinologist.  I am not the one to direct the care
17 of this.
18  Q.  Okay.  And I'm just -- I want to be clear.
19     You don't diagnose women with breast implant
20 illness; that's not your place?
21  A.  I do not say that I diagnose, they already
22 come with symptoms.
23  Q.  Okay.
24  A.  You know, I'm tired or, I don't know, I hear

Page 43

1  a lot of bad chronic fatigue or hypothyroidism,
2  autoimmune disease.  So usually the diagnosis is
3  already made.
4   Q.  Okay.  When you warn one of your patients
5  before you place a silicone gel breast implant in
6  them, do you ever tell them, you could get breast
7  implant illness?
8   A.  I do not use that word.  We have a very
9  extensive 15-page consent that has been written by
10 lawyers from ASPS, the Association of Plastic
11 Surgeons, and it does cover everything, and I tell
12 them -- they have, first of all, to read everything
13 and initial everything.  But we talk a lot about the
14 mechanical problem of the implant.  Now I'm -- if
15 they have any ongoing autoimmune disease, I will not
16 use silicone gel.
17  Q.  Okay.
18  A.  It is a general consensus.  It's a general
19 recommendation, the three companies are aligned on
20 that.
21  Q.  That if a patient comes in with a diagnosis
22 of autoimmune disease, they're probably not a good
23 candidate?
24  A.  Correct.

Page 44

1   Q.  Okay.  Do you warn your patients about the
2  risk of rupture of the implant?
3   A.  Yes.
4   Q.  Is that a common risk you discuss with all
5  patients?
6   A.  Always.
7   Q.  And has that been true for the entire time
8  you've been a plastic surgeon?
9   A.  Yes, and the numbers have been fluctuating
10 actually, so if you read the reports from different
11 companies, some companies report better, some report
12 less, more often.
13  Q.  And those are based on studies that they're
14 doing?
15  A.  Correct.
16  Q.  And they report out the results of those
17 studies?
18  A.  Correct.
19  Q.  And so that information is known to plastic
20 surgeons?
21  A.  Yes.
22     MR. DOGALI:  Same objection.
23 BY MR. RAWLIN:
24  Q.  Okay.  I know you said that you don't really

Page 45

1  have a preference, that you use all three types of
2  implants, Mentor, Allergan and Sientra.  It seems
3  like you mainly use Sientra more recently.
4      Do you know how many times you've used
5  Mentor silicone gel breast implants in your practice?
6   A.  Very rare.
7   Q.  Is there any reason for that, or is it just
8  because the pricing for Sientra is better?
9   A.  I guess because I have a relationship maybe
10 with Sientra and Natrelle®, Natrelle® from way back
11 when -- since I was a resident.  And Sientra, Sientra
12 came out, had better statistics about rupture.  They
13 came out with newer technology.
14     I guess, you know, we hear those
15 presentations, but I'm always wondering how much bias
16 there is because the presentations are made by
17 plastic surgeons who endorse the company of course.
18  Q.  Right.
19  A.  But the official statistics for Sientra are
20 still better than Mentor and Allergan, and then now
21 the warranty is better for Sientra, so I'm sure
22 Mentor and Allergan will be aligned.
23  Q.  Okay.  When you say I had a relationship
24 with Sientra, you're talking about a sales