Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "BB"

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

CATHERINE GRAVITT and        :

TRAVIS GRAVITT,              :

        Plaintiffs, :

vs.                          :  CASE NO. 1:17-CV-05428

MENTOR WORLDWIDE, LLC, a     :

foreign corporation,         :

        Defendant.   :

---------------------------

        The Virtual Videotaped Deposition of

        MICHAEL DeWOLFE, M.D.,

called by the Defendant for examination, pursuant to

the Federal Rules of Civil Procedure for the United

States District Courts pertaining to the taking of

depositions, the witness being located at 626 West

Fullerton Parkway in Chicago, Illinois, taken before

Donna A. Peterson, Notary Public, in and for the

Commonwealth of Virginia, on Wednesday, August 26,

2020, at 4:08 p.m., Central Daylight Savings Time.


Job No:  49011

8

| | | |
|---|---|---|
| 1 | G-R-A-V-I-T-T. | 17:08:53 |
| 2 | MR. RAWLIN: And this is Dustin Rawlin, of | 17:08:56 |
| 3 | Tucker Ellis, for the Defendant, Mentor Worldwide, | 17:08:58 |
| 4 | LLC. | 17:09:01 |
| 5 | THE VIDEOGRAPHER: Will the court reporter | 17:09:02 |
| 6 | please swear in the witness, after which we can | 17:09:04 |
| 7 | proceed. | 17:09:06 |
| 8 | Thereupon, | 17:09:06 |
| 9 | MICHAEL DeWOLFE, M.D., | 17:09:06 |
| 10 | was called as a witness by counsel for Defendant, and | 17:09:06 |
| 11 | having been duly sworn by the Notary Public, was | 17:09:06 |
| 12 | examined and testified as follows: | 17:09:21 |
| 13 | THE REPORTER: Thank you. | 17:09:21 |
| 14 | EXAMINATION BY COUNSEL FOR DEFENDANT | 17:09:24 |
| 15 | BY MR. RAWLIN: | 17:09:24 |
| 16 | Q. Good afternoon, Dr. DeWolfe. | 17:09:25 |
| 17 | Can you please state your full name for | 17:09:26 |
| 18 | the record. | 17:09:27 |
| 19 | **A. Yes. It's Michael Sean DeWolfe.** | 17:09:28 |
| 20 | Q. And what's the name of your practice? | 17:09:31 |
| 21 | **A. Well, that's a complex question. So I** | 17:09:34 |
| 22 | **have my own practice, which is named Elevare MD under** | 17:09:36 |

DeWolfe, Michael　　　　　　　　　　　　　　　　　　August 26, 2020

17

| | | | |
|---|---|---|---|
| 1 | | University of Chicago, correct? | 16:17:14 |
| 2 | A. | Correct. | 16:17:15 |
| 3 | Q. | Okay.  You are licensed in Illinois, | 16:17:09 |
| 4 | correct? | | 16:17:14 |
| 5 | A. | Correct. | 16:17:14 |
| 6 | Q. | Licensed in any other states? | 16:17:14 |
| 7 | A. | No. | 16:17:16 |
| 8 | Q. | Are you board certified? | 16:17:17 |
| 9 | A. | I am. | 16:17:19 |
| 10 | Q. | In what? | 16:17:20 |
| 11 | A. | In plastic and reconstructive surgery. | 16:17:22 |
| 12 | Q. | Okay.  Any other professional licenses or | 16:17:25 |
| 13 | certifications? | | 16:17:28 |
| 14 | A. | No. | 16:17:29 |
| 15 | Q. | No malpractice, other than the things we | 16:17:30 |
| 16 | talked about, which I know you're contesting, any | | 16:17:36 |
| 17 | other disciplinary actions or anything by the medical | | 16:17:39 |
| 18 | board, anything like that? | | 16:17:41 |
| 19 | A. | No. | 16:17:42 |
| 20 | Q. | Can you take me through your employment | 16:17:43 |
| 21 | since medical school. | | 16:17:47 |
| 22 | A. | So I've been employed by the same group | 16:17:49 |

DeWolfe, Michael                                August 26, 2020

                                                                32

| | | |
|---|---|---|
| 1 | Q. Okay. And maybe you could help me, this | 16:33:22 |
| 2 | breast implant illness is not some type of | 16:33:25 |
| 3 | recognese [sic] -- recognized disease condition, | 16:33:28 |
| 4 | correct? | 16:33:31 |
| 5 | MS. UBEROI: Objection, form. | 16:33:32 |
| 6 | MR. RAWLIN: Go ahead. | 16:33:36 |
| 7 | THE WITNESS: By -- by medical people, no. | 16:33:37 |
| 8 | By people, probably yes. | 16:33:42 |
| 9 | BY MR. RAWLIN: | 16:33:45 |
| 10 | Q. Right. I mean by -- by medical | 16:33:46 |
| 11 | associations, by doctors' groups, by the Society of | 16:33:47 |
| 12 | Plastic Surgeons, this is not a formal diagnosable | 16:33:51 |
| 13 | condition, correct? | 16:33:55 |
| 14 | MS. UBEROI: Form. | 16:33:57 |
| 15 | THE WITNESS: That's correct. | 16:33:57 |
| 16 | There's no physician that would -- would tell a | 16:33:59 |
| 17 | patient they have breast implant illness. | 16:34:01 |
| 18 | BY MR. RAWLIN: | 16:34:04 |
| 19 | Q. And did you not diagnose Catherine Gravitt | 16:34:04 |
| 20 | with breast implant illness, correct? | 16:34:07 |
| 21 | A. This is -- | 16:34:09 |
| 22 | MS. UBEROI: Form. | 16:34:10 |

```
                                                                      33
 1              THE WITNESS:  -- correct.                      16:34:10
 2              MS. UBEROI:  Sorry.                            16:34:11
 3   BY MR. RAWLIN:                                            16:34:12
 4       Q.     And you would not diagnose a patient with      16:34:12
 5   breast implant illness, correct?                          16:34:14
 6              MS. UBEROI:  Form.                             16:34:16
 7              THE WITNESS:  I would not specifically         16:34:17
 8   diagnose them as having breast implant illness.           16:34:19
 9              MR. RAWLIN:  Okay.  Let me put an exhibit      16:34:23
10   up.  This is going to be Exhibit 3.  Let me know when    16:34:34
11   that pops up for you.                                     16:34:51
12              THE WITNESS:  Okay, here it is.                16:35:00
13              (Deposition Exhibit Number 3 was marked        16:35:00
14   for identification and attached to the transcript.)       16:35:00
15   BY MR. RAWLIN:                                            16:35:01
16       Q.     Okay.  This is an update from the Food and    16:35:01
17   Drug Administration from August 20th this year, a         16:35:06
18   couple -- basically a week ago:  Medical device           16:35:09
19   reports for systemic symptoms in women with breast        16:35:12
20   implants.                                                 16:35:15
21              Do you see where it says, "A number of         16:35:16
22   patients and clinicians use the term, and in quotes,      16:35:18
```