Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "CC"

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS


CATHERINE GRAVITT and     )

TRAVIS GRAVITT,           )

        Plaintiffs,       )

    v.                    )    CASE NO:

MENTOR WORLDWIDE, LLC,    )    1:17-CV-05428

a foreign corporation,    )

        Defendant.        )


       The videotaped deposition of

KIMBERLY SCANLON, D.O., called for examination,

taken pursuant to the Federal Rules of Civil

Procedure of the United States District Courts

pertaining to the taking of depositions, taken

before PATRICIA ANN LAMBROS, a Notary Public

within and for the County of Cook, State of

Illinois, and a Certified Shorthand Reporter,

C.S.R. No. 84-1790, of said state, at Suite 300,

1100 West 31st Street, Downers Grove, Illinois,

on the 18th day of February, A.D. 2019, at

1:14 p.m.

9

1          The court reporter today is
2  Patricia Lambros with Henderson Legal Services,
3  Inc.
4          Will you please swear in the witness.
5               (WHEREUPON, the witness was duly
6               sworn.)
7       THE VIDEOGRAPHER:  Thank you.
8            Please proceed.
9               KIMBERLY SCANLON, D.O.,
10 called as a witness herein, having been first
11 duly sworn, was examined and testified as
12 follows:
13                    EXAMINATION
14 BY MR. RAWLIN:
15    Q.    Okay.  Good afternoon, Dr. Scanlon.
16 My name is Dustin Rawlin.
17          Can you please state your full name
18 for the record.
19    **A.    I'm Kimberly Scanlon.**
20    Q.    Okay.  And what's the name of the
21 practice where we are today?
22    **A.    DuPage Medical Group.**
23    Q.    Okay.  I represent a company called
24 Mentor Worldwide, LLC, in a lawsuit that

Scanlon, Kimberly                                   February 18, 2019

18

1      A.   Um-hum.
2      Q.   Dr. Scanlon, where did you do your
3  undergraduate?
4      A.   Hope College in Holland, Michigan.
5      Q.   Okay.  And then where did you do
6  medical school?
7      A.   Chicago Osteopathic, now Midwestern
8  University right here in Downers Grove.
9      Q.   Okay.  And did you do a residency?
10     A.   I did an internship at Chicago
11 Osteopathic and then a residency at LaGrange
12 Hospital.
13     Q.   Okay.  And what degree do you hold,
14 medical degree?
15     A.   A D.O., Doctor of Osteopathic
16 Medicine.
17     Q.   Okay.  And are you licensed in
18 Illinois?
19     A.   Yes.
20     Q.   Are you board-certified?
21     A.   Yes.
22     Q.   In what area?
23     A.   Family practice.
24     Q.   Okay.  Any other professional licenses

20

1       that you're a member of the American Academy of
2       Family Practice?
3           A.    Correct.
4           Q.    And the American Medical Association?
5           A.    Yes.
6           Q.    Okay. Doctor, are there any meetings
7       of these societies that you attend regularly?
8           A.    No.
9           Q.    Okay. Do you do continuing medical
10      education on an ongoing basis?
11          A.    Yes.
12          Q.    Okay. Have you ever been a consultant
13      to a medical device or drug company?
14          A.    No.
15          Q.    Okay. Could you -- I understand that
16      you have a family practice.
17          A.    Correct.
18          Q.    Can you tell the members of the jury
19      what that means?
20          A.    Family practice is just the wide range
21      of medicine. We see from newborns to elderly,
22      treat chronic disease like diabetes and blood
23      pressure versus acute things like sinus
24      infections and sore throats. And we do a lot of

Scanlon, Kimberly	February 18, 2019

23

1	A.	No, because I'm usually the one that
2	writes them.
3	Q.	Okay. The electronic notes, are those
4	typed in by you?
5	A.	Yes.
6	Q.	Okay. Doctor, I want to kind of jump
7	into your care and treatment of Ms. Gravitt which
8	goes back quite a ways.
9	A.	Okay.
10	Q.	But I want to explain to you,
11	Ms. Gravitt's lawsuit alleges that a whole host
12	of medical conditions that she's experienced are
13	caused by her silicone gel breast implants which
14	she had placed in 2009 and removed in 2016.
15		Have you ever had any conversations
16	with her about that issue?
17	A.	Not directly.
18	Q.	Okay.
19	A.	If I recall right. She was worried
20	about -- she's had a lot of medical issues and
21	try to relates them to the implants, but she's
22	had just some strange stuff that's happened the
23	last couple of years.
24	Q.	Yeah. Have you yourself ever told her

36

```
 1   disorder?
 2       A.   I did not know that.
 3       Q.   Okay.  Have you ever seen where she's
 4   been diagnosed as bipolar?
 5       A.   Not to my recollection.
 6       Q.   Okay.  Obsessive-compulsive disorder?
 7       A.   Yes.
 8       Q.   Okay.  Are those things that you
 9   treated her -- any of those mental health things
10   things that you treated her for?
11       A.   Some of the depression and anxiety, we
12   treated some of the easy stuff, but we referred
13   her on to the specialists when things got above
14   our level.
15       Q.   Okay.  And then -- sure.  I'm sorry.
16       A.   Her dad died when she was very young
17   which contributed to a lot of the issues.
18       Q.   Did you ever become aware from talking
19   to her mom or her of any other traumatic
20   instances, anything in her childhood that would
21   lead to her severe anxiety and depression?
22       A.   Just the death of the father.
23       Q.   Okay.  And then under:  Psych
24   tomorrow, saw rheumatologist and was told
```

66

1  next quarter, 12 days; the next quarter, 6 days;
2  the next quarter, 9 or 10 days.  Do you see that?
3       A.   Correct.
4       Q.   Again, that's a lot of absences from
5  school.
6       A.   Yes.
7       Q.   Some of those were days that you wrote
8  notes for her to be absent from school because of
9  what she was reporting to you, correct?
10      A.   Correct.
11      Q.   But you certainly didn't write all --
12  notes for all of these days, right?
13      A.   Correct.
14      Q.   I mean in her junior year, she was
15  gone 45 days in a quarter.  That would be --
16      A.   That's most of the quarter.
17      Q.   Yeah.  And then if you look at again
18  the next one, that's her freshman year, again,
19  significant absenteeism the whole year, correct?
20      A.   Correct.
21      Q.   Okay.  It also looks like, Doctor, did
22  you give her a medical waiver so that she didn't
23  have to go to physical ed because it looks like
24  in her sophomore year, 2002 through 2003, it

94

1   for increased dosage?

2       A.   Correct.

3       Q.   And that would need to be signed off

4   by psych?

5       A.   Right.  And I only have a certain

6   comfort level with some of the psychiatric

7   medicines, so when it's over my head, I refer

8   them on.

9       Q.   Okay.  And Doctor, would that be the

10  case with anything that Casey came to you with?

11  If it was something that you did not feel

12  comfortable or that was not within your

13  expertise, you would refer her to a specialist.

14      A.   Correct.

15      Q.   We've seen repeatedly in her records

16  that you referred her to a neurologist,

17  gastrointestinal -- gastro -- GI experts,

18  rheumatologists, correct?

19      A.   Correct.

20      Q.   And so if she was having a problem

21  that you did not feel equipped to handle, you

22  referred her to a specialist.

23      A.   Correct.

24      Q.   Did you ever refer her to a specialist

149

1  nodes are stable from your previous MRI, that's
2  kind of -- that's what's in the MRI, correct?
3       A.    Correct.
4       Q.    What do you mean when you say it looks
5  like you're having a reaction to the silicone in
6  the implants?
7       A.    From what she was telling me, some of
8  the pain.  You know, any foreign bodies can cause
9  a reaction, so we're trying to explain her pain.
10      Q.    Okay.
11      A.    She was worried she had a lymphoma, so
12 that's why we made that comment that she didn't
13 have a lymphoma.
14      Q.    Okay.  You're familiar with the FDA
15 has come out with some alerts about a lymphoma
16 associated with breast implants?
17      A.    I did not know that, actually.
18      Q.    Okay.  I think that's probably why she
19 was asking about lymphoma.
20            Doctor, in your -- kind of your
21 expertise, do you treat women with ruptured
22 breast implants?
23      A.    No.
24      Q.    Do you have any expertise in what

Scanlon, Kimberly                                    February 18, 2019

150

1    happens if an implant ruptures and the silicone
2    migrates to lymph nodes?
3        A.    No.  I send them to the specialists.
4        Q.    Okay.  And that's what you told
5    Ms. Gravitt to do.
6        A.    Correct.
7        Q.    Okay.
8              (WHEREUPON, a certain document
9              was marked Scanlon Deposition
10             Exhibit No. 60, for identification,
11             as of 2/18/19.)
12   BY MR. RAWLIN:
13       Q.    Dr. Scanlon, you've been shown what's
14   been marked as Exhibit 60.  I think these are
15   labs that you asked to be done on February 20,
16   2018.  And what were the results of the labs?
17       A.    The first lab was -- April 12 was her
18   CBC.
19       Q.    Okay.  That's actually later, right?
20   That's a couple months after February.
21       A.    Yeah.  This is weird.
22       Q.    The second page?
23       A.    The second one was a sed rate which
24   was normal.

159

1    A.    I had a patient who was fly-fishing in
2    Colorado, ended up with a parasite.
3    Q.    Okay.
4    A.    You know, so it's feasible, especially
5    if it's raw oysters.
6    Q.    Okay.
7    A.    You know, so it's not common, but it's
8    not unheard of.
9    Q.    Okay.  Doctor, let me kind of rule
10   some things out.  You are not an expert on breast
11   implants.
12   A.    Correct.
13   Q.    And you are not an expert on treating
14   women with breast implants.
15   A.    Correct.
16   Q.    And you don't have any opinions in
17   this case that Ms. Gravitt's silicone gel breast
18   implants caused any of the things you treated her
19   for.
20   A.    Correct.
21   Q.    In fact, you repeatedly treated her
22   for those ailments without any reference to her
23   breast implants.
24   A.    Correct.