Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "DD"

                                                                    1

              IN THE UNITED STATES DISTRICT COURT

            FOR THE NORTHERN DISTRICT OF ILLINOIS


    CATHERINE GRAVITT          )
    and TRAVIS GRAVITT,        )
            Plaintiffs,        )
      v.                       )  CASE NO.
    MENTOR WORLDWIDE, LLC,     )  1:17-CV-05428
    a foreign corporation,     )
            Defendant.         )
    _____    )


            The deposition of MUHAMMAD AZHAR,
    M.D., called by the Defendant for examination,
    pursuant to the Federal Rules of Civil
    Procedure for the United States District Courts
    pertaining to the taking of depositions, taken
    before Cynthia J. Conforti, CSR, RPR, CRR, at
    14953 South Van Dyke Road, Unit 1, Plainfield,
    Illinois, commencing at the hour of 10:30 a.m.
    on the 30th day of October, 2018.

7

```
 1                      (Witness sworn.)
 2                MUHAMMAD AZHAR, MD,
 3   having been duly sworn, was examined and
 4   testified as follows:
 5                   EXAMINATION
 6   BY MR. RAWLIN:
 7       Q.     Good morning, Dr. Azhar.  Could
 8   you please state your full name for the record?
 9       A.     Dr. Muhammad Azhar.
10       Q.     And what's the name of your
11   practice?
12       A.     Behavioral Health and Education
13   Specialists.
14       Q.     Dr. Azhar, my name is Dustin
15   Rawlin.  I represent Mentor Worldwide, LLC, in
16   a lawsuit brought by Catherine Gravitt.
17       A.     Um-hmm.
18       Q.     And we're here today to talk a
19   little bit about your care and treatment of
20   Ms. Gravitt.
21              Our records indicate that you
22   treated Ms. Gravitt from September 9th of 2015
23   through March 14th of 2018?
24       A.     I think that's correct.
25       Q.     And, Doctor, did you say that you
```

```
 1      Q.      In what state?
 2      A.      I'm licensed in State of Illinois.
 3      Q.      Any other states?
 4      A.      Yes.  I'm licensed in North
 5  Dakota, I'm licensed in Michigan, as well as
 6  Minnesota.
 7      Q.      Okay.  And those licenses are all
 8  active?
 9      A.      So far in my -- that's what I
10  know, they're active.
11      Q.      Are you board certified?
12      A.      Yes, I am.
13      Q.      In what area?
14      A.      I'm board certified in adult
15  psychiatry, as well as child and adolescent
16  psychiatry.
17      Q.      Okay.  Any other certifications?
18      A.      No.
19      Q.      Okay.  Doctor, when did you
20  graduate from medical school?
21      A.      1997.
22      Q.      '97?
23      A.      Yes.
24      Q.      Okay.  And where have you been
25  employed since then?
```