Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "EE"

Carpenter, Stanley                                February 19, 2019

```
                                                              1
              UNITED STATES DISTRICT COURT

         FOR THE NORTHERN DISTRICT OF ILLINOIS


   CATHERINE GRAVITT and    )
   TRAVIS GRAVITT,          )
              Plaintiffs,   )
       v.                   )     CASE NO:
   MENTOR WORLDWIDE, LLC,   )   1:17-CV-05428
   a foreign corporation,   )
              Defendant.    )


              The deposition of
   STACEY CARPENTER, D.O., called for examination,
   taken pursuant to the Federal Rules of Civil
   Procedure of the United States District Courts
   pertaining to the taking of depositions, taken
   before PATRICIA ANN LAMBROS, a Notary Public
   within and for the County of Cook, State of
   Illinois, and a Certified Shorthand Reporter,
   C.S.R. No. 84-1790, of said state, at Suite 250,
   2056 Westings Avenue, Naperville, Illinois, on
   the 19th day of February, A.D. 2019, at 9:03 a.m.
```

6

1              (WHEREUPON, the witness was duly

2              sworn.)

3              STACEY CARPENTER, D.O.,

4  called as a witness herein, having been first

5  duly sworn, was examined and testified as

6  follows:

7                     EXAMINATION

8  BY MR. RAWLIN:

9      Q.   Good morning, Dr. Carpenter.

10     **A.   Good morning.**

11     Q.   My name is Dustin Rawlin.  I represent

12 Mentor Worldwide, LLC, in a lawsuit that your

13 former patient, Catherine Gravitt, has brought.

14          Can you please state your full name

15 for the record.

16     **A.   Sure.  It's Stacey, S-t-a-c-e-y;**

17 **Carpenter, C-a-r-p-e-n-t-e-r.**

18     Q.   Okay.  Our records indicate that you

19 treated Ms. Gravitt from September 9, 2015,

20 through March 14, 2018.  Does that sound about

21 right to you?

22     **A.   Yes.**

23     Q.   Okay.  Have you seen Ms. Gravitt since

24 March 2018?

Carpenter, Stanley                              February 19, 2019

13

1   Ohio, from 2010 to 2012.
2       A.   Um-hum.  Yes.
3       Q.   And an internship from 2009 to 2010.
4       A.   Yes.
5       Q.   Okay.  You were licensed by the State
6   of Michigan for three years.
7       A.   Correct.
8       Q.   And since 2013, you've been licensed
9   by the State of Illinois.
10      A.   Yes.
11      Q.   Okay.  You're board-certified by the
12  American Osteopathic Board of Family Physicians.
13      A.   Correct.
14      Q.   And it looks like you have been
15  employed since graduation by either Portage
16  Health in Hancock, Michigan, and then since
17  February 2014, DuPage Medical Group here in
18  Naperville.
19      A.   Correct.
20      Q.   Okay.  Have you had any malpractice
21  claims or disciplinary actions against you?
22      A.   No.
23      Q.   Okay.  Doctor, have you ever been a
24  paid consultant to a medical device or drug