Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "FF"

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

CATHERINE GRAVITT and        :

TRAVIS GRAVITT,              :

        Plaintiffs, :

vs.                          :   CASE NO. 1:17-CV-05428

MENTOR WORLDWIDE, LLC, a     :

foreign corporation,         :

        Defendant.  :

---------------------------

The Virtual Videotaped Deposition of

MARK MICHAEL CONNOLLY, M.D.,

called by the Defendant for examination, pursuant to

the Federal Rules of Civil Procedure for the United

States District Courts pertaining to the taking of

depositions, taken before Donna A. Peterson, Notary

Public, in and for the Commonwealth of Virginia,

Friday, August 14, 2020, 11:01 a.m.

Job No:  48998

Connolly, Mark Michael                                    August 14, 2020

5

| | | |
|---|---|---|
| 1 | MS. UBEROI:  Good morning, Dr. Connolly. | 11:02:26 |
| 2 | My name is Barbara Uberoi and I represent | 11:02:27 |
| 3 | the Plaintiffs Catherine Gravitt and Travis Gravitt. | 11:02:30 |
| 4 | THE VIDEOGRAPHER:  Will the court reporter | 11:02:34 |
| 5 | please swear in the witness. | 11:02:35 |
| 6 | THE REPORTER:  Please raise your right | |
| 7 | hand. | |
| 8 | Thereupon, | |
| 9 | MARK M. CONNOLLY, M.D., | |
| 10 | was called as a witness by counsel for Defendant, and | |
| 11 | having been duly sworn by the Notary Public, was | |
| 12 | examined and testified as follows: | |
| 13 | THE REPORTER:  Thank you. | |
| 14 | EXAMINATION BY COUNSEL FOR DEFENDANT | 11:02:56 |
| 15 | BY MR. RAWLIN: | 11:02:56 |
| 16 | Q.   Good morning, Dr. Connolly. | 11:02:56 |
| 17 | Could you please state your full name for | 11:02:57 |
| 18 | the record. | 11:02:59 |
| 19 | **A.   Mark Michael Connolly.** | 11:03:00 |
| 20 | Q.   And what is the name of your practice? | 11:03:01 |
| 21 | **A.   CDN Surgical is --** | 11:03:04 |
| 22 | Q.   Okay.  Dr. Connolly, as I said, my name is | 11:03:09 |

Connolly, Mark Michael                    August 14, 2020

13

| | | |
|---|---|---|
| 1 | A.    I am. | 11:09:31 |
| 2 | Q.    Are you board certified? | 11:09:32 |
| 3 | A.    I am. | 11:09:33 |
| 4 | Q.    In what area? | 11:09:34 |
| 5 | A.    In general surgery.  The residency board | 11:09:36 |
| 6 | is for surgical oncology. | 11:09:39 |
| 7 | Q.    Okay.  Any other certifications or | 11:09:41 |
| 8 | professional licenses? | 11:09:43 |
| 9 | A.    No. | 11:09:51 |
| 10 | Q.    Okay.  Can you walk me through your | 11:09:51 |
| 11 | employment since medical school. | 11:09:53 |
| 12 | A.    Well, I worked for both University of | 11:09:54 |
| 13 | Chicago and I worked in a private practice at one | 11:09:57 |
| 14 | time Colum -- on the north side of Chicago with a | 11:10:04 |
| 15 | private surgical group.  That's it. | 11:10:07 |
| 16 | Q.    And that's it? | 11:10:12 |
| 17 | A.    That's it.  It was 26 years at the | 11:10:13 |
| 18 | University of Chicago and now I'm just at the north | 11:10:15 |
| 19 | side at, it's called, it's AMITA St. Joseph Hospital | 11:10:18 |
| 20 | in Chicago. | 11:10:23 |
| 21 | Q.    Okay.  Doctor, I've looked at PubMed and | 11:10:24 |
| 22 | see that you have authored a number of articles, | 11:10:28 |