Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "GG"

Donzelli, Joseph J.                                    February 19, 2019

                                                                      1

                    UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF ILLINOIS


CATHERINE GRAVITT and      )
TRAVIS GRAVITT,            )
         Plaintiffs,       )
     v.                    )    CASE NO:
MENTOR WORLDWIDE, LLC,     )    1:17-CV-05428
a foreign corporation,     )
         Defendant.        )


          The deposition of
JOSEPH J. DONZELLI, M.D., called for
examination, taken pursuant to the Federal Rules
of Civil Procedure of the United States District
Courts pertaining to the taking of depositions,
taken before PATRICIA ANN LAMBROS, a Notary
Public within and for the County of Cook, State
of Illinois, and a Certified Shorthand Reporter,
C.S.R. No. 84-1790, of said state, at Suite 200,
1247 Rickert Drive, Naperville, Illinois, on the
19th day of February, A.D. 2019, at 12:15 p.m.

5

1              (WHEREUPON, the witness was duly

2         sworn.)

3              JOSEPH J. DONZELLI, M.D.,

4  called as a witness herein, having been first

5  duly sworn, was examined and testified as

6  follows:

7                    EXAMINATION

8  BY MR. RAWLIN:

9       Q.    Good afternoon, Dr. Donzelli.  Can you

10 state your full name for the record.

11      **A.    Joseph J. Donzelli.**

12      Q.    Okay.  And you are a physician with

13 DuPage Medical Group?

14      **A.    I am.**

15      Q.    Okay.  My name is Dustin Rawlin.  I

16 represent Mentor Worldwide, LLC, in a lawsuit

17 that your former patient, Catherine Gravitt, has

18 brought regarding her silicone gel breast

19 implants.  She is claiming that she thinks a

20 number of her ailments and medical conditions

21 were caused by her breast implants.

22            And our records indicate that you

23 treated her in 2016.  Is that correct?

24      **A.    That is correct.**

Donzelli, Joseph J.                                  February 19, 2019

9

1      Q.    Okay. Doctor, let's quickly go
2 through your background.
3          You did your undergraduate degree,
4 graduating in 1989 from St. Norbert College in
5 Wisconsin?
6      **A.    That's correct.**
7      Q.    Medical school, you got your M.D.
8 degree, 1993, from Chicago Medical School.
9      **A.    Correct.**
10     Q.    You did your residency in
11 otolaryngology --
12     **A.    Otolaryngology.**
13     Q.    -- otolaryngology --
14     **A.    Yeah.**
15     Q.    -- head and neck surgery at Loyola
16 University Medical Center.
17     **A.    Correct.**
18     Q.    Any other medical training?
19     **A.    No.**
20     Q.    Okay. And you're licensed in
21 Illinois, correct?
22     **A.    I am.**
23     ==Q.==    ==You're board-certified?==
24     **==A.==    ==I am.==**

                                                                    10

 1       Q.    In otolaryngology?
 2       A.    Yes.
 3       Q.    I'll get that down by the end of this
 4   deposition.
 5             Okay.  Any malpractice claims or
 6   disciplinary actions against you?
 7       A.    No.
 8       Q.    Doctor, could you tell the jury a
 9   little bit about as an ENT doctor -- we'll
10   shorten it, make it easier for people to say --
11   what's your practice like?
12       A.    Sure.  I have kind of a general
13   practice of ENT which means I cover from
14   pediatric to senior citizen age group.  In that
15   scope, I deal with ear problems, do ear surgery
16   like tubes, general stuff like that; sinus
17   surgery.
18       Q.    Like my little girl had?
19       A.    Yeah.  Okay.  So that's common.
20             Tonsil surgery, adenoid surgery, sinus
21   surgery.  I have a special focus in thyroid.  I
22   treat many patients with thyroid disorders.  In
23   particular, I do a lot of thyroid surgery,
24   thyroid repair, thyroid surgery, so I do anywhere