Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "HH"

```
                                                                    1
                     UNITED STATES DISTRICT COURT

               FOR THE NORTHERN DISTRICT OF ILLINOIS

     CATHERINE GRAVITT and       :

     TRAVIS GRAVITT,              :

              Plaintiffs, :

     vs.                          :   CASE NO. 1:17-CV-05428

     MENTOR WORLDWIDE, LLC, a     :

     foreign corporation,         :

              Defendant. :
     ---------------------------

              The Virtual Videotaped Deposition of

                         LINDA EHLERS,

              LICENSED CHIROPRACTIC PHYSICIAN,

     called by the Defendant for examination, pursuant to

     the Federal Rules of Civil Procedure for the United

     States District Courts pertaining to the taking of

     depositions, taken before Donna A. Peterson, Notary

     Public, in and for the Commonwealth of Virginia, on

     Thursday, August 27, 2020, at 10:18 a.m.


     Job No:  49013
```

                                                                    8

```
 1                    LINDA EHLERS,                          10:19:44
 2         LICENSED CHIROPRACTIC PHYSICIAN,                  10:23:05
 3   was called as a witness by counsel for Defendant, and  10:23:05
 4   having been duly sworn by the Notary Public, was        10:23:05
 5   examined and testified as follows:                      10:20:22
 6               THE REPORTER:  Thank you.                   10:20:22
 7          EXAMINATION BY COUNSEL FOR DEFENDANT             10:20:23
 8   BY MR. RAWLIN:                                          10:20:23
 9       Q.   Good morning, Dr. -- is it "A-lers," is        10:20:24
10   that how you pronounce it?                              10:20:28
11       A.   Yes, sir.                                      10:20:29
12       Q.   Okay.  Could you state your full name for      10:20:29
13   the record.                                             10:20:33
14       A.   My full name is Linda Lucien Ehlers.           10:20:33
15       Q.   And Dr. Ehlers, are you still practicing       10:20:37
16   or are you retired?                                     10:20:40
17       A.   I am semi-retired.  I no longer accept new    10:20:41
18   patients, I stopped that in 2017.                       10:20:46
19       Q.   Okay.  What's the name of your practice?       10:20:50
20       A.   Moraine Valley Chiropractic Center --          10:20:54
21       Q.   Okay.                                          10:20:54
22       A.   M-O-R-A-I-N-E.                                 10:20:57
```

10

| | | |
|---|---|---|
| 1 | the Amended Notice for your deposition today. | 10:21:54 |
| 2 | A.   I've got it. | 10:22:00 |
| 3 | Q.   Have you seen that before? | 10:22:02 |
| 4 | A.   **Actually I don't have a copy of that in my** | 10:22:03 |
| 5 | **records.** | 10:22:11 |
| 6 | Q.   Okay. | 10:22:11 |
| 7 | A.   **Let me just look.  I have correspondence** | 10:22:14 |
| 8 | **from the, from your law firm, but I don't have a copy** | 10:22:26 |
| 9 | **of that in my records.** | 10:22:27 |
| 10 | Q.   Okay.  The Notice Of Deposition asked you | 10:22:28 |
| 11 | to bring -- first of all, we have your records, but | 10:22:29 |
| 12 | if you have anything, like e-mails or correspondence, | 10:22:31 |
| 13 | with Ms. Gravitt that was not in your chart, if you | 10:22:34 |
| 14 | could have brought that with you, do you have | 10:22:36 |
| 15 | anything like that? | 10:22:38 |
| 16 | A.   **No.  There -- there was none that I could** | 10:22:39 |
| 17 | **find.** | 10:22:41 |
| 18 | Q.   Okay.  Doctor -- and you go by "Doctor," | 10:22:42 |
| 19 | right? | 10:22:47 |
| 20 | A.   Yes, sir. | 10:22:48 |
| 21 | ==Q.==   ==Okay.==  ==You -- the Notice Of Deposition== | ==10:22:49== |
| 22 | ==refers to you as "M.D.," a medical doctor.==  ==I think== | ==10:22:52== |

                                                                        11

1    you clarified for us that you are a doctor of           10:22:55
2    chiropractry, correct?                                  10:22:57
3        A.    That's correct.  In Illinois, we are          10:23:00
4    licensed, we are identified as licensed chiropractic    10:23:01
5    physicians.                                             10:23:05
6        Q.    Licensed chiropractic physicians, okay.       10:23:05
7               The deposition today is to learn about the   10:23:08
8    care and treatment you provided Ms. Gravitt.  Have      10:23:10
9    you had your deposition taken before?                   10:23:13
10       A.    Yes, I have.                                  10:23:15
11       Q.    About how many times?                         10:23:16
12       A.    I think this is the -- the fourth.  I         10:23:19
13   started in practice in 1982.  So about once every ten   10:23:27
14   years, I do a deposition.                               10:23:30
15       Q.    Okay.  Since it's been a while since your     10:23:35
16   last deposition, let me go over briefly the ground      10:23:37
17   rules to kind of help orient us today.                  10:23:38
18              Dr. Ehlers, you understand that you are      10:23:41
19   under oath, correct?                                    10:23:42
20       A.    That is correct, I understand that.           10:23:44
21       Q.    Okay.  The basic format is I'll ask           10:23:45
22   questions and you'll give me answers to the best of     10:23:48

18

1   undergraduate and getting your -- your license for       10:29:03
2   practicing chiropractry?                                 10:29:10
3        A.   I worked in what was then called the data      10:29:12
4   processing industry and then decided to change           10:29:14
5   careers.                                                 10:29:18
6        Q.   Okay.  And what does someone in the data       10:29:19
7   processing industry do?                                  10:29:22
8        A.   I was an administrative assistant to a         10:29:24
9   director of data processing at the Federal Reserve       10:29:30
10  Bank and then at CN -- CNA Insurance, both of those      10:29:34
11  in downtown Chicago.                                     10:29:39
12       Q.   Okay.  You are licensed as a chiropractic      10:29:40
13  physician in Illinois, correct?                          10:29:49
14       A.   That's correct.                                10:29:50
15       Q.   I think I saw that your license is set to      10:29:51
16  expire at the end of next month.  Are you intending      10:29:53
17  to renew it?                                             10:29:57
18       A.   Yes.                                           10:29:58
19       Q.   Okay.  Because you still have established      10:29:59
20  patients that are still coming to you for care?          10:30:03
21       A.   That's correct.                                10:30:05
22       Q.   Okay.  Any other professional licenses or      10:30:06