Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "II"

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

CATHERINE GRAVITT and      :

TRAVIS GRAVITT,            :

        Plaintiffs, :

vs.                        :  CASE NO. 1:17-CV-05428

MENTOR WORLDWIDE, LLC, a   :

foreign corporation,       :

        Defendant.  :

---------------------------

    The Virtual Videotaped Deposition of

      SHERIN MARY GEORGE, PA-C,

called by the Defendant for examination, pursuant to

the Federal Rules of Civil Procedure for the United

States District Courts pertaining to the taking of

depositions, taken before Donna A. Peterson, Notary

Public, in and for the Commonwealth of Virginia, on

Monday, August 24, 2020, at 1:12 p.m.


Job No:   49015


Pages:  1 - 88

                                                                    7

1  Ellis, on behalf of the Defendant, Mentor Worldwide,    13:13:27
2  LLC.                                                    13:13:31
3           THE VIDEOGRAPHER:  Will the court reporter     13:13:31
4  please swear in the witness, after which we may         13:13:32
5  proceed.                                                13:13:34
6  Thereupon,
7           SHERIN MARY GEORGE, PA-C,
8  was called as a witness by counsel for Defendant, and
9  having been duly sworn by the Notary Public, was
10 examined and testified as follows:
11          THE REPORTER:  Thank you.
12          MR. RAWLIN:  Just preliminarily, Alexis,       13:13:59
13 you filed a motion to appear pro hac in this case, is   13:14:01
14 that correct?                                           13:14:04
15          MS. MORRIS:  Yes, that's correct.              13:14:04
16          MR. RAWLIN:  You're not yet admitted,          13:14:06
17 right?                                                  13:14:09
18          MS. MORRIS:  I believe I was admitted pro      13:14:09
19 hac.                                                    13:14:13
20          MR. RAWLIN:  I just saw a motion on it         13:14:13
21 this morning, I haven't seen an order on it, and I      13:14:15
22 just, we don't have an objection to you appearing at    13:14:16

George, Sherin Mary                                          August 24, 2020

```
                                                              13
 1   representing Ms. Gravitt about her lawsuit against      13:18:11
 2   Mentor?                                                 13:18:14
 3       A.   No.                                            13:18:14
 4       Q.   Have you and I ever spoken before?             13:18:15
 5       A.   No.                                            13:18:17
 6       Q.   Okay.  If we could get a little bit of         13:18:17
 7   background, Ms. George.  Could you walk me through      13:18:23
 8   where did you do your undergraduate studies?            13:18:26
 9       A.   Yeah.  Urbana-Champaign, I did my degree       13:18:28
10   in psychology, Bachelor's in Psychology.  And then I    13:18:33
11   did my Master's at Northwestern University in           13:18:36
12   Chicago, Master's in Physician Assistant.               13:18:42
13       Q.   And when did you get your bachelor's           13:18:44
14   degree?                                                 13:18:46
15       A.   It was 2010.  And that was -- and my           13:18:46
16   graduate degree in 2012.                                13:18:51
17       Q.   Okay.  Did you do any internships?             13:18:53
18       A.   No.                                            13:18:57
19       Q.   Okay.  Were those two degrees, your            13:18:58
20   bachelor's degree and your master's degree, is that     13:19:03
21   the education that's required to be a physician's      13:19:06
22   assistant?                                              13:19:07
```

```
 1      A.    Yes.                                          13:19:08
 2      Q.    Okay.  And you used to hold an Illinois       13:19:09
 3   license, correct?                                      13:19:13
 4      A.    Yes.                                          13:19:14
 5      Q.    And then at some point, you moved to          13:19:15
 6   Florida and you have a Florida license.                13:19:18
 7      A.    Yes.                                          13:19:19
 8      Q.    And that's a license to be a physician's      13:19:20
 9   assistant?                                             13:19:22
10      A.    Yes.                                          13:19:23
11      Q.    Okay.  Any other certifications or            13:19:24
12   professional licenses that you hold?                   13:19:26
13      A.    I am doing a certification, I am              13:19:28
14   technically an intern for something called fertility   13:19:31
15   care medical consultant.  That's something I did       13:19:36
16   after I moved to Florida.                              13:19:39
17      Q.    Okay.  Can you explain to me what someone     13:19:41
18   in fertility care -- I'm sorry, what was the rest of   13:19:44
19   it?  Fertility care --                                 13:19:50
20      A.    Fertility care medical consultant.            13:19:51
21      Q.    Okay.  What does that entail?                 13:19:53
22      A.    It was a 13-month schooling, most of it       13:19:55
```