Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "JJ"

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

CATHERINE GRAVITT and     )
TRAVIS GRAVITT,           )
         Plaintiffs,      )
    v.                    )    CASE NO:
MENTOR WORLDWIDE, LLC,    )    1:17-CV-05428
a foreign corporation,    )
         Defendant.       )

The deposition of
LOUIS C. MONTANA, M.D., called for examination,
taken pursuant to the Federal Rules of Civil
Procedure of the United States District Courts
pertaining to the taking of depositions, taken
before PATRICIA ANN LAMBROS, a Notary Public
within and for the County of Cook, State of
Illinois, and a Certified Shorthand Reporter,
C.S.R. No. 84-1790, of said state, at Suite 300,
1100 West 31st Street, Downers Grove, Illinois,
on the 20th day of February, A.D. 2019, at
1:21 p.m.

Montana, Louis C.  February 20, 2019

5

1        (WHEREUPON, the witness was duly
2              sworn.)
3        LOUIS C. MONTANA, M.D.,
4   called as a witness herein, having been first
5   duly sworn, was examined and testified as
6   follows:
7                 EXAMINATION
8   BY MR. RAWLIN:
9       Q.   Good afternoon, Dr. Montana.  My name
10  is Dustin Rawlin.  I represent Mentor Worldwide,
11  LLC, in a lawsuit brought by Catherine Gravitt
12  regarding her silicone gel breast implants.
13           And the purpose of your deposition
14  today is just to find out your care and
15  treatment -- I know it's one consultation with
16  Ms. Gravitt, okay?
17      **A.   Okay.**
18      Q.   Our records indicate you saw
19  Ms. Gravitt on June 20, 2017, and only once.  Is
20  that consistent with your records?
21      **A.   Yes.**
22      Q.   Okay.
23           (WHEREUPON, a certain document
24               was marked Montana Deposition

Montana, Louis C.  February 20, 2019

10

1   undergraduate at the University of Illinois at
2   Urbana-Champaign?
3       **A.   Correct.**
4       Q.   You did your medical school at Rush
5   Medical College in Chicago?
6       **A.   Correct.**
7       Q.   You did a general surgery residency at
8   Rush-Presbyterian-St. Luke Medical Center?
9       **A.   Correct.**
10      Q.   And then you were chief resident,
11  general surgery, of Rush-Presbyterian-St. Luke
12  Medical Center.
13      **A.   Yes.**
14      Q.   Okay.  Are you board-certified?
15      **A.   I am.**
16      Q.   In what area?
17      **A.   Board-certified by the American Board**
18  **of Surgery for general surgery.**
19      Q.   General surgery.  Okay.  Have you ever
20  been certified in plastic surgery?
21      **A.   No.**
22      Q.   Okay.  And Doctor, it looks like you
23  have worked with DuPage Medical Group since
24  2010.