Gravitt v. Mentor Worldwide LLC
Case No. 1:17-cv-5428

# Exhibit "KK"

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

CATHERINE GRAVITT )
and TRAVIS GRAVITT, )
 Plaintiffs, )
 v. ) CASE NO.
MENTOR WORLDWIDE, LLC, ) 1:17-CV-05428
a foreign corporation, )
 Defendant. )
_____ )

 The deposition of HOWARD SEGAL, M.D., called by the Defendant for examination, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Cynthia J. Conforti, CSR, RPR, CRR, at 2949 North Damen Avenue, Unit 1, Chicago, Illinois, commencing at the hour of 9:50 a.m. on the 29th day of October, 2018.

Segal, M.D., Howard								October 29, 2018

4

1                  (Witness sworn.)
2              HOWARD SEGAL, M.D.,
3   having been duly sworn, was examined and
4   testified as follows:
5                   EXAMINATION
6   BY MR. RAWLIN:
7       Q.     Good morning, Dr. Segal.  My name
8   is Dustin Rawlin.  I represent Mentor
9   Worldwide, LLC in a lawsuit brought by your
10  former patient Casey Gravitt, and we are here
11  today to get some testimony about your care and
12  treatment of Casey.
13              It looks like you treated
14  Ms. Gravitt from about 1997 to 2006.  Is that
15  consistent with your recollection?
16      **A.     Yes.**
17      Q.     Okay.  Have you seen Ms. Gravitt
18  since 2016?
19      **A.     No.  Let me just look at my last**
20  **note for 2007.  Actually, I saw -- my last time**
21  **I saw her was May 16, 2007.**
22      Q.     Okay.
23      **A.     And then I had phone contact with**
24  **her 9/29 of '07.**
25      Q.     Okay.  To your knowledge, have you

Segal, M.D., Howard							October 29, 2018

									11

1	University of Chicago?
2		**A.	Yes.**
3		Q.	And your fellowship at the
4	University of Illinois College of Medicine at
5	Chicago?
6		**A.	Yes.**
7		Q.	Are you licensed currently?
8		**A.	Yes.**
9		Q.	In what states?
10		**A.	Illinois.**
11		Q.	Okay.  And are you board
12	certified?
13		**A.	I believe no longer board**
14	**certified.**
15		Q.	Okay.  Were you at one time, when
16	you were treating Casey Gravitt, board
17	certified?
18		**A.	Yes.**
19		Q.	And what were you board certified
20	in?
21		**A.	Both psychiatry and child**
22	**adolescent psychiatry.**
23		Q.	Any other professional licenses
24	that you hold?
25		**A.	No.**